# State of New York
# Court of Appeals



BEFORE: HON. EUGENE M. FAHEY,
Associate Judge

---

THE PEOPLE OF THE STATE OF NEW YORK,

                           Respondent,

-against-

ULISES BONILLA,

                           Appellant.

**ORDER DENYING LEAVE**

---

Appellant having applied for leave to appeal to this Court pursuant to Criminal Procedure Law § 460.20 from an order in the above-captioned case;*

UPON the papers filed and due deliberation, it is

ORDERED that the application is denied.

Dated: July 29, 2015
at Buffalo, NY

                                              EUGENE M. FAHEY
                                            Associate Judge

*Description of Order: Order of the Supreme Court, Appellate Division, Second Department, entered April 15, 2015, affirming a judgment of the Supreme Court, Nassau County, rendered May 15, 2012.