1

(V-16-3676)

COUNTY COURT OF THE STATE OF NEW YORK
COUNTY COURT:   NASSAU COUNTY
----------------------------------------x

THE PEOPLE OF THE STATE OF NEW YORK,

-against-

Indictment No.: 202N-11

ULISES BONILLA,

Defendant.

----------------------------------------X

November 27, 2010

Transcript of Interview of

ULISES BONILLA

By: Detective Cereghino

Detective Aponte

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ **AUG 15 2019** ★

**LONG ISLAND OFFICE**

# CERTIFIED
# ORIGINAL

Kathleen Karageorgos, Transcriber

Suzanne Hand & Associates, Inc.
One South Bay Avenue, Islip, NY 11751
(631) 277-2700

2

U. Bonilla

1
2      (At 12:32 a.m. Detective Cereghino,

3  Ulises Bonilla, and Detective Aponte

4  entered the room.)

5      DETECTIVE CEREGHINO:  Stand over here.

6  Before I uncuff you, do you have anything on you?

7      ULISES BONILLA:  No, nothing.

8      DETECTIVE CEREGHINO:  Turn around.  You

9  got nothing sharp on you, nothing that's going to

10  bother you?

11      ULISES BONILLA:  (Inaudible.)

12      DETECTIVE CEREGHINO:  How many pairs of

13  pants you got on?

14      ULISES BONILLA:  Two.

15      DETECTIVE CEREGHINO:  You got pockets on

16  the inside?

17      ULISES BONILLA:  Yeah.

18      DETECTIVE CEREGHINO:  Okay.  I'll take

19  the handcuffs off you.  Drop your jeans.  I want

20  to see the other pair of pants, and then I want

21  you to take the sweatshirt off too, okay?

22      ULISES BONILLA:  Um-hmm.

23      DETECTIVE CEREGHINO: When the last time you

24  ate?  You have shorts on underneath?

25      ULISES BONILLA:  (Inaudible.)

3

U. Bonilla

1

2     DETECTIVE APONTE:  (Inaudible) you got

3  enough money on you.

4     DETECTIVE CEREGHINO:  Take the hoodie

5  off and pull your pants off.  Take that off and

6  take the --

7     DETECTIVE APONTE:  Scarf.

8     DETECTIVE CEREGHINO:  -- scarf also.

9  I'll take that.  Have a seat in the corner there

10  and we'll be right with you.  Be right back.  How

11  much money do you have here?

12     ULISES BONILLA:  Like 160.

13     DETECTIVE CEREGHINO:  That's 160 there,

14  65, 66, 67, 68, 69, 70, 71, 72, 73.  I count as

15  174, okay?

16     ULISES BONILLA:  Okay.

17     DETECTIVE CEREGHINO:  You'll get a

18  receipt.  I'll let you have a cigarette in a

19  little while.  And some change, we'll count it all

20  up for you, all right?  When's the last time you

21  ate?

22     ULISES BONILLA:  Four days (inaudible).

23     DETECTIVE CEREGHINO:  Four days.  That's

24  what you told me in the car, right?

25     ULISES BONILLA:  I can't use that money.

4

1        U. Bonilla

2        DETECTIVE CEREGHINO:  What?

3        ULISES BONILLA:  I can't use that money.

4        DETECTIVE CEREGHINO:  Why?  All right.

5  Nevermind.  Here.  Here.  I'll be right back in to

6  talk to you.  Eat and we'll get you a soda too,

7  okay?

8              (At 12:36 a.m. Detective Cereghino

9          and Detective Aponte left the room.)

10              (At 12:44 a.m. Detective Cereghino

11         and Detective Aponte entered the room.)

12        DETECTIVE APONTE:  How you making out,

13  all right?

14        DETECTIVE CEREGHINO:  Ulises, I'm

15  Detective Cereghino and this is Detective Aponte.

16  We drove you in here, right?  I -- I -- on the way

17  in here I told you that I wanted to speak to you

18  but before I did, I wanted you to come in here and

19  give you your rights.  That's what I'm going to do

20  after I take some basic information from you.  The

21  only thing I ask you is if you find that I'm

22  talking too fast, because I tend to do that, you

23  tell me and I'll slow down so you can understand

24  what I'm saying.

25        ULISES BONILLA:  Okay.

U. Bonilla

1
2  DETECTIVE CEREGHINO:  Okay?  Your true
3  name is Ulises Bonilla?
4  ULISES BONILLA:  (No verbal response.)
5  DETECTIVE CEREGHINO:  What's your date
6  of birth?
7  ULISES BONILLA:  July -- July 29, 19
8  (inaudible).
9  DETECTIVE CEREGHINO:  Where do you live?
10  ULISES BONILLA:  Where I live?
11  DETECTIVE CEREGHINO:  Yeah.
12  ULISES BONILLA:  Used to live?
13  DETECTIVE CEREGHINO:  Yeah.
14  ULISES BONILLA:  163 Kinkel.
15  DETECTIVE CEREGHINO:  163 Kinkel?
16  ULISES BONILLA:  Yeah.
17  DETECTIVE APONTE:  Ulises, my ears are
18  not so good, so if you could just speak up for me,
19  because I don't hear so good.
20  DETECTIVE CEREGHINO:  Is that considered
21  Westbury or New Cassel?
22  ULISES BONILLA:  (Inaudible) Westbury.
23  DETECTIVE CEREGHINO:  Westbury.  Who do
24  you live there with?
25  ULISES BONILLA:  My mom, my dad, my

U. Bonilla

1
2  sister.  That's all the people that live there.
3           DETECTIVE CEREGHINO:  How far -- you
4  made it in school -- how far did you make it in
5  school?
6           ULISES BONILLA:  Twelfth grade.
7           DETECTIVE CEREGHINO:  Twelfth grade?
8           ULISES BONILLA:  (No verbal response.)
9           DETECTIVE CEREGHINO:  Now pay attention
10  'cause I'm going to read you your rights here,
11  okay?
12           Before asking you any questions you
13  should understand you have the right to remain
14  silent and that any statements you make may be
15  used against you in court.  Also, you have the
16  right to talk to a lawyer before answering any
17  questions or to have a lawyer present at any time.
18  If you cannot afford to hire a lawyer, one will be
19  furnished to you, if you wish, and you have the
20  right to keep silent until you've had a chance to
21  talk with a lawyer.  Do you understand?
22           ULISES BONILLA:  (No verbal response.)
23           DETECTIVE CEREGHINO:  You do?
24           ULISES BONILLA:  Yeah.
25           DETECTIVE CEREGHINO:  Okay.  Now that I

7

U. Bonilla

1
2 have advised you of your rights, are you willing

3 to answer questions?

4      ULISES BONILLA:   I don't know if I

5 could call a lawyer or something.

6      DETECTIVE CEREGHINO:  I'm sorry, could

7 you speak up?

8      ULISES BONILLA:  I don't know if I could

9 call somebody to call me a lawyer or something.

10      DETECTIVE CEREGHINO:  That's up to you,

11 whatever it is that you want to do.

12      ULISES BONILLA:  I can't make any phone

13 calls (inaudible)?

14      DETECTIVE CEREGHINO:  Ultimately, yes,

15 you'll be able to make a phone call, but I'm

16 asking you now if you want to speak to me without

17 a lawyer being present.

18      ULISES BONILLA:  I could speak to you.

19      DETECTIVE CEREGHINO:  You will speak to

20 me?

21      ULISES BONILLA:  Yeah.

22      DETECTIVE CEREGHINO:  Okay.  I want to

23 talk to you about what happened on Tuesday night,

24 September 28th on Kinkel Street.  What can you

25 tell me?

8

U. Bonilla

1

2    ULISES BONILLA:  I don't know, man.

3    DETECTIVE CEREGHINO:  Was there a

4 problem between you --

5    ULISES BONILLA:  No, there wasn't.

6 There was no -- that I know, there was -- I didn't

7 have no problem with nobody.

8    DETECTIVE CEREGHINO:  Who are we talking

9 about here?

10    ULISES BONILLA:  Huh?

11    DETECTIVE CEREGHINO:  Who are we talking

12 about here?  Who did you have a problem with?

13    ULISES BONILLA:  Nobody.  (Inaudible)

14 what you mean?

15    DETECTIVE CEREGHINO:  Did you have a

16 fight with anyone that night?

17    ULISES BONILLA:  Yes, I did.

18    DETECTIVE CEREGHINO:  Who?

19    ULISES BONILLA:  I don't know

20 (inaudible) his real name.

21    DETECTIVE CEREGHINO:  You don't know his

22 real name.  Do you know where he lives?

23    ULISES BONILLA:  (No verbal response.)

24    DETECTIVE CEREGHINO:  Do you know where

25 he lived?

U. Bonilla

1
2   ULISES BONILLA:  Yeah.

3   DETECTIVE CEREGHINO:  Where?

4   ULISES BONILLA:  Right there on Kinkel.

5   DETECTIVE CEREGHINO:  How close -- how

6   close did you have this fight with him to where he

7   lived?

8   ULISES BONILLA:  Like between the middle

9   of my house and his house.

10   DETECTIVE CEREGHINO:  Okay, and what

11   happened?

12   ULISES BONILLA:  I don't know.  I was --

13   I don't know.  To tell you the truth, I don't

14   know.  All I know he came -- he came with a --

15   with a -- with a -- with a thing to screw the

16   tire, to take the tire off the car.

17   DETECTIVE CEREGHINO:  A tire iron?

18   ULISES BONILLA:  The whole thing started

19   that -- that somebody -- somebody call one of my

20   friend that was there.  I was just coming from the

21   hospital.

22   DETECTIVE CEREGHINO:  Who is your

23   friend?

24   ULISES BONILLA:  Henry.

25   DETECTIVE CEREGHINO:  Henry, okay.

10

U. Bonilla

1

2      ULISES BONILLA:  And somebody call him

3  and there was this guy that moved to -- that moved

4  to Babylon, he called and said that somebody was

5  saying that -- to pay him up some -- some drugs --

6  drugs, you know, the drugs 'cause he -- you know,

7  so I -- so, he -- he came -- he came to me.  He

8  told me, "Yo, this guy, Tricky Thing" 'cause

9  that's what we call him some name -- some guy

10  named Elmer.  So call Henry 'cause I didn't have

11  no phone.

12      DETECTIVE CEREGHINO:  Right.

13      ULISES BONILLA:  So, he called Henry and

14  was like Henry told me, you know, that somebody

15  was looking for me to pay him the $600.  So, he

16  came, so after that -- so I was like yeah, so

17  forget it.  Let him tell whatever he want.

18      DETECTIVE CEREGHINO:  What does that

19  have to do with the guy you had the fight with?

20      ULISES BONILLA:  That was the main thing

21  because before he came -- (inaudible) after that

22  he came.  He came and I was just there talking and

23  then this guy named Misael was like, "Yo, watch

24  out."  Then he came and hit me with a -- with a

25  pipe.

U. Bonilla

1

2      DETECTIVE CEREGHINO:  Who hit you with a

3  pipe?

4      ULISES BONILLA:  That guy.

5      DETECTIVE CEREGHINO:  Okay.  Where did

6  he hit you with the pipe?

7      ULISES BONILLA:  Right here, cut right

8  here and one right here (indicating).

9      DETECTIVE CEREGHINO:  Okay.

10      ULISES BONILLA:  He came and hit me with

11  a pipe and I fall on him like this.  I fall on him

12  like this (indicating), and then everybody just

13  started fighting, you know, like -- not everybody.

14  You know, like, I was just holding to the guy

15  because he hit me over here and over here

16  (indicating), so he almost -- he almost knock me

17  out, so I was just leaning on the guy.

18      DETECTIVE CEREGHINO:  Why would he do

19  that to you?

20      ULISES BONILLA:  Because supposedly I

21  used to owe him like $600, you know.

22      DETECTIVE CEREGHINO:  You owed this guy

23  $600?

24      ULISES BONILLA:  Yeah, for coke.

25      DETECTIVE CEREGHINO:  For coke?

1       U. Bonilla

2           ULISES BONILLA:  Yeah.  Not me, though.

3   It was -- I used to buy it from him to sell it

4   to -- to -- to the guys that live -- that used to

5   live in front of him, so when I used to buy it

6   from him, you know, he used to give it to me in

7   credit, like, you know, like, "Take it and pay me

8   after," this and that.

9           DETECTIVE CEREGHINO:  What did Elmer and

10  Henry have to do with this?

11          ULISES BONILLA:  They -- I didn't have

12  no phone so he couldn't call me, you know, to tell

13  me I will pay up for that, you know, like to pay

14  him because since he -- supposedly he got deported

15  and he came back in -- excuse me.  I used to owe

16  him like $200.  Then when he came back I used to

17  still get drugs from him, you know --

18          DETECTIVE CEREGHINO:  Yeah.

19          ULISES BONILLA:  -- on credit, so he

20  call -- he call -- he call me supposedly but my

21  phone was -- you know, so he call -- he didn't

22  have Henry number, so he had Elmer number.  So, he

23  call Elmer.  Elmer used to live in Babylon.  He

24  called Nigger -- he call Henry.

25          DETECTIVE CEREGHINO:  Henry's Nigger,

U. Bonilla

1

2  right?

3          ULISES BONILLA:  Yeah, Henry's Nigger.

4  So, he told Nigger there to pay -- to tell me to

5  pay him up, with the -- Tricky Thing told him he

6  was just talking shit.  He was talking mad shit on

7  the phone supposedly saying to tell me to pay him

8  the money that I owe him.  So, after that when

9  he -- when he call him and he said -- he's saying

10  that he's going to fuck you up (inaudible).  So, I

11  was like leave him alone.  So, then this girl,

12  some lesbian girl got there in some car and I was

13  talking to her because she know -- she know that

14  guy.  So, I was telling her, "Yo, why -- why --

15  why that man want to fight me for, for no reason?

16  He know I'm pay him?"  She was like, "I don't

17  know."  She was just saying, "I don't know."

18          Then out of nowhere a truck pass, like a

19  four -- some brown one.  I didn't see it because I

20  was talking to the girl, and it passed and Misael

21  was behind me, so he was like, "Yo, watch out.  I

22  think they're looking for you."  So I was like,

23  "Leave him alone."  That was -- never thought he

24  was going to come and do nothing to me.  So, he

25  passed by.  When he passed by, after that, they

14

U. Bonilla

1
2 parked the truck over around there somewhere.

3 Then like seven people get off the car, you know,

4 and he got off with a metal -- with a metal pipe

5 thing.

6           DETECTIVE CEREGHINO:  Yeah.

7           ULISES BONILLA:  I don't know.  It was a

8 thing to screw the tires.

9           DETECTIVE CEREGHINO:  Right.

10           ULISES BONILLA:  So, he got off with

11 that thing, he nailed me here first.  Then he

12 started hitting me, hitting me over here.  I fell

13 like this.  He grabbed me, he grabbed me like this

14 and started hitting me over here.  I had -- I had

15 all this thing like bruise up (indicating).

16           DETECTIVE CEREGHINO:  How many guys were

17 with him?

18           ULISES BONILLA:  Seven guys.

19           DETECTIVE CEREGHINO:  Seven guys with

20 him, and how many guys were with you?

21           ULISES BONILLA:  Like four, three.

22           DETECTIVE CEREGHINO:  Did they get

23 involved in the fight?

24           ULISES BONILLA:  Yeah.

25           DETECTIVE CEREGHINO:  Who did they go

15

U. Bonilla

1

2   after?

3           ULISES BONILLA:  That guy that was

4   fucking me up.  I was -- I was like this.  I'm

5   telling you, I was just holding on to him and he

6   was just hitting me with the pipe up top.  He hit

7   me over here, he hit me over here, so I like zoom

8   out.  You know, like I would -- I would blank out.

9   Then he hit me over here and another one over here

10  (indicating).  You know, so I was just holding to

11  the guy telling him, "Stop, stop," like that, "I'm

12  bleeding."  You know, so then Misael got in.  You

13  know, Misael got in and stuff like that, so --

14          DETECTIVE CEREGHINO:  What did Misael

15  have in his hand?  And let me tell you right now,

16  we've already talked to Misael.  So, what did he

17  have in his hand?

18          ULISES BONILLA:  Supposedly he had the

19  gun.  Some gun.  A gun.

20          DETECTIVE CEREGHINO:  A gun.  Where did

21  he get that from?

22          ULISES BONILLA:  Huh?  I don't know.

23  All I know that he -- like, when I was holding to

24  the guy like that, Misael got in and started

25  separating us and stuff like that, started

U. Bonilla

1
2  separating us, you know?  I was -- I was just

3  like -- like down for it.  So, Misael started

4  separating us, then everybody they had tried to

5  come in because Misael got in for -- you know, to

6  save me and --

7          DETECTIVE CEREGHINO:  That's not what

8  Misael said.

9          ULISES BONILLA:  What?

10         DETECTIVE CEREGHINO:  That's not what

11 Misael said.

12         ULISES BONILLA:  That's what happened.

13 Misael --

14         DETECTIVE CEREGHINO:  You want to hear

15 what Misael said?

16         ULISES BONILLA:  All right.

17         DETECTIVE CEREGHINO:  He said he shoots

18 the gun in the air and says, "This is one on one.

19 Stay out of it."

20         ULISES BONILLA:  Nah.  Nah.

21         DETECTIVE CEREGHINO:  That's what Misael

22 says.

23         ULISES BONILLA:  No.  Misael come in --

24         DETECTIVE CEREGHINO:  I'm just telling

25 you what Misael said.

17

U. Bonilla

1

2        ULISES BONILLA:  Okay.  Let me tell you

3  what I know.  I was holding on to the guy like

4  that and Misael got in the fight.  Then everybody

5  got in.

6        DETECTIVE CEREGHINO:  I'm sorry, who

7  were you holding on to?

8        ULISES BONILLA:  To the guy who was

9  fighting.

10       DETECTIVE CEREGHINO:  The guy that

11  started in with you?

12       ULISES BONILLA:  Yeah, the guy that was

13  hitting me with a -- with a -- with a -- with a --

14  with a pipe.  He was hitting me over here

15  (indicating).  I had all this thing like that

16  bruise up the next day.

17       DETECTIVE CEREGHINO:  So, you're face to

18  face with him?

19       ULISES BONILLA:  Huh?

20       DETECTIVE CEREGHINO:  Are you face --

21       ULISES BONILLA:  No, I'm not face to

22  him, man.  Like, I was --

23       DETECTIVE CEREGHINO:  How were you

24  holding him?

25       ULISES BONILLA:  'Cause I was like this.

U. Bonilla

I was like -- I was like this (indicating).

DETECTIVE CEREGHINO:  You can show me.
Stand up.  You can show me.

ULISES BONILLA:  Look, I was like this
talking to that girl, right, to some lesbian girl.
I was asking why that guy wanted to fight me.  I'm
like this talking.  Misael there in the back where
Nigger is.  They standing right there.  So, the
car passed.  So, when the car passed he said, "Yo,
watch out.  I think they're looking for you."  So,
when he said that, you know, like, I said, "Don't
pay mind to him," you know?  So, somehow -- it was
true, though.  They parked the car then like mad
-- seven people -- then Misael was like, "Watch
out."  When he said "Watch out," it was too late
for me to respond.  When he said "Watch out," I
look like this, he hit me over here, then the
second hit was over here.  When he move here, I
fell like this (indicating) and I grab him, you
know, like --

DETECTIVE CEREGHINO:  How did you grab
him?

ULISES BONILLA:  To wrestle him like
this (indicating).

19

U. Bonilla

1

2      DETECTIVE CEREGHINO:  So, you're facing

3  him when you grab him?

4      ULISES BONILLA:  No, like when --

5  when -- when he came -- when he came for me, I'm

6  like this.  When he hit me over here, I turn

7  around and he -- you know, I turn around and then

8  he started hitting me.  He hitting me over here

9  (indicating).

10      DETECTIVE CEREGHINO:  So, how did you

11  grab him?

12      ULISES BONILLA:  When I turn around like

13  this --

14      DETECTIVE CEREGHINO:  When you said you

15  grabbed him, how did you grab him?

16      ULISES BONILLA:  Like how -- what you

17  mean?

18      DETECTIVE CEREGHINO:  When you said you

19  grabbed him, how did you grab him?

20      ULISES BONILLA:  Like this.  He hit me

21  right here, right?  When he came on me, I went

22  like this to try to wrestle him (indicating).

23      DETECTIVE CEREGHINO:  So, you were face

24  to face with him?

25      ULISES BONILLA:  Huh?

1          U. Bonilla

2          DETECTIVE CEREGHINO:  You were face

3   to -- you were looking at each other?

4          ULISES BONILLA:  No, we wasn't looking

5   at each other.  It wasn't no fight like this.

6          DETECTIVE CEREGHINO:  But your chest was

7   facing his chest?

8          ULISES BONILLA:  Huh?

9          DETECTIVE CEREGHINO:  You were looking

10  this way.  It was wasn't like this.  You were

11  looking at him like this, right (indicating)?

12         ULISES BONILLA:  Yeah, I was holding him

13  like this (indicating).

14         DETECTIVE CEREGHINO:  So, then what --

15  sit down.  Then what happened?

16         ULISES BONILLA:  So, then Misael got in

17  and started hitting the guy too, you know, like --

18         DETECTIVE CEREGHINO:  Okay.

19         ULISES BONILLA:  When he got in, he

20  started hitting the guy.

21         DETECTIVE APONTE:  Who's the guy?  Who's

22  the guy?

23         ULISES BONILLA:  Huh?

24         DETECTIVE APONTE:  Who's the guy?

25         ULISES BONILLA:  We call him by Pedico

U. Bonilla

1
2  (phonetic).  That's what we call him.  That's what
3  I used to call him because he always used to sell
4  the coke to us, you know.
5          DETECTIVE APONTE:  So, the guy who gave
6  you $600 worth of coke, you don't know his name?
7          ULISES BONILLA:  Pedico Armando.
8          DETECTIVE APONTE:  Armando.
9          DETECTIVE CEREGHINO:  Armando, okay.  I
10  asked you that before.
11          ULISES BONILLA:  Yeah, but, you know,
12  like that's all I know.  I think that's --
13          DETECTIVE CEREGHINO:  No problem.  I
14  asked you that before and you said you didn't
15  know.
16          ULISES BONILLA:  So, you know, like --
17  so, that's all.  That's what happened.  Then
18  the -- then when Misael right there, like he said,
19  "Yo, watch out," he fired a gun.  He fired a gun
20  because he was helping me get away from that guy,
21  you know, 'cause that guy was hitting me.  Like, I
22  was like this, you know, I hold -- was holding to
23  him (indicating).  I tried to wrestle him, you
24  know, but he was just going at it like crazy.  He
25  was just hitting me like crazy, you know, and I

22

U. Bonilla

1
2  was -- I was like -- I was just coming from the

3  hospital 'cause I -- I broke my finger halfway.

4          DETECTIVE CEREGHINO:  You hurt your

5  finger at work that day, right?

6          ULISES BONILLA:  Yeah, and I had a --

7  like a -- like some -- some -- some -- some thing

8  they put over here so you will have your finger

9  like this (indicating).

10          DETECTIVE CEREGHINO:  How's it feeling

11 now?

12          ULISES BONILLA:  I don't feel this, this

13 whole thing, because it was broke all the way

14 to -- around the whole tip.

15          DETECTIVE CEREGHINO:  Okay.  So, now

16 what happens after you're hugging him?

17          ULISES BONILLA:  I'm just hugging him.

18          DETECTIVE CEREGHINO:  Right.

19          ULISES BONILLA:  Then Misael got in,

20 right?  When Misael got in, he was like, "Yo, yo,

21 I got this.  I got this."  Then he was like --

22 then he fire the gun and I thought it shoot me,

23 you know.

24          DETECTIVE CEREGHINO:  Were you still

25 hugging the other guy when he fired the gun?

23

U. Bonilla

1

2      ULISES BONILLA:  Huh?

3      DETECTIVE CEREGHINO:  Were you still

4  hugging him --

5      ULISES BONILLA:  I was already on the

6  floor.

7      DETECTIVE CEREGHINO:  With him?

8      ULISES BONILLA:  No, by myself.

9      DETECTIVE CEREGHINO:  Okay.

10      ULISES BONILLA:  I was on the floor.

11      DETECTIVE CEREGHINO:  Where did Armando

12  go?

13      ULISES BONILLA:  Huh?  He was just there

14  standing.  When I -- when I -- when I fell -- when

15  Misael fire the gun, I was on the floor like this

16  already, you know?  He was just hitting me in the

17  back of my -- my -- my -- my -- my back right

18  here.  Right here he was just hitting me, hitting

19  me (indicating).  I was like, "Yo, stop, son,

20  stop."  I was telling ,"Yo, Armando, para, para"

21  or "Pedico, Para."  You know, I was telling him

22  like that, you know, "Stop."

23      So, when Misael fire the gun, I

24  didn't -- I didn't think it was Misael, you know?

25  I thought it was one of the guys that -- that --

U. Bonilla

1

2  that was there, you know, when they fire the gun,

3  but Misael told me, "Yo, I got this.  I got this."

4  It was like, "I got this."  Then he fire the gun,

5  then, you know, like after that, you know, I was

6  just -- I started running.

7              DETECTIVE CEREGHINO:  Who else was with

8  you besides Misael and Elmer?

9              ULISES BONILLA:  No, Elmer wasn't with

10  me.  Henry and there was some other -- two black

11  people and the one black people I think.  I was

12  just getting there from the hospital.

13              DETECTIVE CEREGHINO:  So, how did you

14  get away?

15              ULISES BONILLA:  Huh?  When Misael fired

16  the gun, I thought -- I thought somebody from him,

17  from the people that he was, fire the gun.  I

18  thought that was them, so when -- when they fire

19  the gun, I started running.  I started running.

20  Then Misael was like, "Go to my house, go to my

21  house."  I went to Misael house, you know, and I

22  stay over there.  That's all, man.

23              DETECTIVE CEREGHINO:  What happened to

24  Armando?

25              ULISES BONILLA:  I heard what happened

U. Bonilla

1

2  to him, you know.

3          DETECTIVE CEREGHINO:  What happened to

4  him?

5          ULISES BONILLA:  I didn't -- I didn't --

6  I didn't -- I don't think I did that, man.

7          DETECTIVE CEREGHINO:  Did what?

8          ULISES BONILLA:  I didn't -- I didn't --

9  I didn't kill him or something.  I didn't.

10          DETECTIVE CEREGHINO:  How did he die?

11          ULISES BONILLA:  I don't know.  The

12  thing is that I don't know.  I try -- I try -- I

13  be trying to -- I be thinking and thinking all

14  this time, you know, like, that's why I'm all like

15  -- you know, like, I'm not even like -- I wasn't

16  even trying like, you know, like, leave.  I would

17  have leave to another state or something or to my

18  country.  You know, I was just trying figure it

19  out, for you guys to figure it out, something.

20  You know, like to get this over, man, because I

21  don't know.  I don't know.  To tell you the truth,

22  I don't know.  I was just -- all -- that's all I

23  know, man.  That's all I know, you know?  That's

24  what happened, you know?  That's what happened,

25  this and that.  I don't know.  I was just --

U. Bonilla

DETECTIVE CEREGHINO:  Did you ever think about turning yourself in?

ULISES BONILLA:  Yeah.

DETECTIVE CEREGHINO:  Why would you turn yourself in?

ULISES BONILLA:  That 14 because I didn't went to court, I has to -- to court, you know, and I didn't went to the court, you know, so it's --

DETECTIVE CEREGHINO:  Oh, 'cause you didn't appear in court?

ULISES BONILLA:  Yeah.

DETECTIVE CEREGHINO:  But you wouldn't turn yourself in for this?

ULISES BONILLA:  Huh?  No, it's the same thing, you know?  It was the same thing, the 14 -- the 14 -- I saw my email.  The 14, I got a -- I had another court date, so I was just going, you know, like I'm just go.  I might get locked up and they're going to -- they're going to know I'm locked up.  They're going to find me there, you know?

DETECTIVE CEREGHINO:  Okay.

ULISES BONILLA:  So, I know, you know --

U. Bonilla

1

2  everybody -- everybody, you know, like -- I ask

3  people before like, "Should I go tell my story?

4  Should I go tell my story?"  Everybody was like,

5  "Do it.  Do it." But you know -- you know --

6          DETECTIVE CEREGHINO:  How did you get

7  out of there?

8          ULISES BONILLA:  Huh?

9          DETECTIVE CEREGHINO:  How did you get

10 out of there?

11         ULISES BONILLA:  I run.  I run to Misael

12 house.

13         DETECTIVE CEREGHINO:  Really?

14         ULISES BONILLA:  All the way to Misael

15 house.

16         DETECTIVE CEREGHINO:  What about -- what

17 about your sister's car?

18         ULISES BONILLA:  Huh?

19         DETECTIVE CEREGHINO:  What about your

20 sister's car?

21         ULISES BONILLA:  She went -- she went

22 to -- to -- buy the -- some pills, I guess.

23         DETECTIVE CEREGHINO:  Yeah?

24         ULISES BONILLA:  For my mom, you know,

25 so I called her.  You know, I was like, "Can

U. Bonilla

1

2  you -- can you give me a ride?"  She wouldn't give

3  me no ride.  She was like, "I don't know where you

4  are."  I didn't want to tell her where I was, you

5  know.

6              DETECTIVE CEREGHINO:  So you never got

7  in her car?

8              ULISES BONILLA:  No, just when I went --

9  she was going to take me to the hospital 'cause my

10  finger was all broken and shit, you know,

11  that's --

12             DETECTIVE CEREGHINO:  'Cause you know we

13  have your sister's car?

14             ULISES BONILLA:  I know.

15             DETECTIVE CEREGHINO:  And there's blood

16  in that car.

17             ULISES BONILLA:  I know.

18             DETECTIVE CEREGHINO:  So, it shouldn't

19  be yours?

20             ULISES BONILLA:  Yes, it's my blood.

21  Got to be my blood.

22             DETECTIVE CEREGHINO:  From your finger?

23             ULISES BONILLA:  Yeah.

24             DETECTIVE CEREGHINO:  Where did you sit

25  in the car?

U. Bonilla

1

2    ULISES BONILLA:  Huh?  On the -- on

3  the -- by -- in the middle, I guess.  The left

4  side -- right side in the back.

5    DETECTIVE CEREGHINO:  You sat in the

6  backseat?

7    ULISES BONILLA:  Yeah.

8    DETECTIVE CEREGHINO:  Were you behind

9  the driver?

10    ULISES BONILLA:  No.

11    DETECTIVE CEREGHINO:  And any blood in

12  that car is from your finger?

13    ULISES BONILLA:  Yes.  If there's any

14  blood in there, it got to be from me, you know,

15  from my finger or something because I went to the

16  car -- I went to the car.  She was going to take

17  me to the hospital, you know?

18    DETECTIVE CEREGHINO:  Okay.

19    ULISES BONILLA:  'Cause I came from my

20  job.  My whole finger was like all bleeding and

21  stuff because at my job -- I told them -- I went

22  to the hospital and I told -- I told them if I

23  could sue them or something because the whole tip

24  of my finger was falling, you know, like broken in

25  half, like --

1                          U. Bonilla

2              DETECTIVE CEREGHINO:  So, the last time

3    you saw Armando, what kind of condition was he in?

4              ULISES BONILLA:  He was standing.  He

5    was walking away to his house.  When I was

6    running, they fire, I was looking back like this.

7    I was looking back like this, you know

8    (indicating).

9              DETECTIVE CEREGHINO:  Did Misael shoot

10   him?

11             ULISES BONILLA:  Huh?

12             DETECTIVE CEREGHINO:  Did Misael shoot

13   him?

14             ULISES BONILLA:  I don't know.  I don't

15   know that.  I don't know.  He told me -- I was

16   running.  When I was running, Misael -- Misael and

17   Henry was running with me and they were like, "Yo,

18   who" --

19             DETECTIVE CEREGHINO:  We know.  We

20   talked to Misael and we talked to Henry.

21             ULISES BONILLA:  I was like, "Who shoot

22   him?  Who shoot him?"  I was like, "Who shoot

23   him?"  Because and I was like, "Who shoot him?"

24   And Misael was like, "Henry did."  I was like,

25   "Henry?"  And I was like, "You sure?"  And then

U. Bonilla

1
2  Henry was like, "You crazy."  And we're like
3  Henry -- Henry, you know, like -- Henry never like
4  - I never saw Henry in the whole fight.  All I
5  know I was hugging the guy like this (indicating).
6  Then Misael was like, "Yo, I got this."  He got
7  in, though.  He started punching the guy too to
8  get him away.  He couldn't get him away from me.
9  I don't know what was going on with him.  He could
10 -- I couldn't even tell him to stop.  I try to
11 wrestle him and, you know, like, I couldn't even
12 throw him down.  Like, I was like this
13 (indicating).  You know, like, I was all bleeding.
14 My whole face was --
15            DETECTIVE CEREGHINO:  So, when you stop
16 hugging him -- and you said you fell to the
17 ground?
18            ULISES BONILLA:  Yeah, I fell like this
19 (indicating).
20            DETECTIVE CEREGHINO:  Did you get up
21 right away?
22            ULISES BONILLA:  When they fired.  When
23 they fired because when --
24            DETECTIVE CEREGHINO:  Right.
25            ULISES BONILLA:  Because --

1                          U. Bonilla

2              DETECTIVE CEREGHINO:  He --

3              ULISES BONILLA:  -- when Misael got

4     in --

5              DETECTIVE CEREGHINO:  He shoots the gun.

6              ULISES BONILLA:  Um-hmm.

7              DETECTIVE CEREGHINO:  Did you get up

8     right away?

9              ULISES BONILLA:  When he shoot the gun?

10             DETECTIVE CEREGHINO:  Yes.

11             ULISES BONILLA:  Yeah, when he shoot it.

12             DETECTIVE CEREGHINO:  What did you do

13    then?

14             ULISES BONILLA:  I left.

15             DETECTIVE CEREGHINO:  You ran?

16             ULISES BONILLA:  Yeah, because --

17             DETECTIVE CEREGHINO:  And Misael ran?

18             ULISES BONILLA:  Behind me, yeah.

19             DETECTIVE CEREGHINO:  And Henry ran?

20             ULISES BONILLA:  Yeah.

21             DETECTIVE CEREGHINO:  So, you let go of

22    the guy, you fall to the ground, gun -- gunshot

23    and all three of you run?

24             ULISES BONILLA:  Yeah.  Yeah.

25             DETECTIVE CEREGHINO:  Okay.

U. Bonilla

1

2          ULISES BONILLA:  That's what happened.

3          DETECTIVE CEREGHINO:  We know -- we know

4   Armando wasn't shot, right?

5          ULISES BONILLA:  Huh?

6          DETECTIVE CEREGHINO:  We know Armando

7   wasn't shot.

8          ULISES BONILLA:  I know.

9          DETECTIVE CEREGHINO:  Right?

10         ULISES BONILLA:  I know.

11         DETECTIVE CEREGHINO:  Well, what

12  happened to him?

13         ULISES BONILLA:  I don't know.  That's

14  what I trying to figure it out.  Like, I don't

15  know.  To tell you the truth, I be -- I be -- I

16  be -- like, it don't go in my head.  Like, I don't

17  know how to -- I didn't have nothing on me.  I

18  didn't have nothing on me.  Nothing, like -- like,

19  nothing, you know?  Like, to tell you the truth, I

20  didn't have nothing, man.  Like, you know, I was

21  just coming from the hospital.  Like, at the

22  moment I just got there.  I was just walking from

23  the store because they dropped me off at the store

24  because I walk halfway from the hospital.  They

25  drop me off at the store, then I came -- I bought

34

U. Bonilla

1
2  me a beer at the store.  Then I came, I was

3  walking back.

4          DETECTIVE CEREGHINO:  Which store?

5          ULISES BONILLA:  Huh?  That new deli.

6          DETECTIVE CEREGHINO:  On Brooklyn and

7  Prospect?

8          ULISES BONILLA:  Yeah.

9          DETECTIVE CEREGHINO:  Did you ever fight

10  with Armando in there a couple of nights before?

11          ULISES BONILLA:  No.  The one -- yeah, I

12  had -- I had a little argument that he -- I didn't

13  fight him.  I got jumped that time, too.  I got

14  jumped and I try to tell you I got stopped that

15  time too and I --

16          DETECTIVE CEREGHINO:  What happened

17  then?

18          ULISES BONILLA:  What happened then

19  when?

20          DETECTIVE CEREGHINO:  By the deli.

21          ULISES BONILLA:  So, that time -- look,

22  I got stopped that time, right?  That time I had a

23  fight.  I went to the store.  I went to the store,

24  you know, and I always -- you know, they always

25  sell coke in the back.  So, I go to the back and I

U. Bonilla

1

2 was like, "Yo, can I get a bag?"  He was like, "I

3 don't got it for you," like this, right?  He was

4 like, "No," (para vos no hay, THERE'S NONE FOR

5 YOU) like that.  So, he was like -- it was like,

6 "Why not" (le dije yo asĺ, I SAID IT LIKE THIS)

7 "You know why" (me dijo, HE TOLD ME).  So, you

8 know -- like, you know, he had --

9          DETECTIVE CEREGHINO:  He was being nasty

10 to you?

11          ULISES BONILLA:  Yeah, he was being --

12          DETECTIVE CEREGHINO:  Why?  Why was he

13 being nasty to you?

14          ULISES BONILLA:  I don't know.  He --

15 because he was like, "I don't got it."  You know,

16 like, he was like, "I don't got it for you."  It

17 was like, "Why not?"  He was like, "No, because

18 you know you owe me too much."  It was like, so, I

19 always owe him money, you know?

20          DETECTIVE CEREGHINO:  What were you

21 asking for a bag of?

22          ULISES BONILLA:  Huh?

23          DETECTIVE CEREGHINO:  What were you

24 asking for a bag of?

25          ULISES BONILLA:  Coke.

36

U. Bonilla

1

2     DETECTIVE CEREGHINO:  Coke, okay.

3     ULISES BONILLA:  Coke.  I was asking for

4 a bag of coke.  You know, I was like, "Can I get a

5 20?"

6     DETECTIVE CEREGHINO:  Who were you

7 dealing with then?

8     ULISES BONILLA:  Like --

9     DETECTIVE CEREGHINO:  When you were

10 asking for the bag of coke.

11     ULISES BONILLA:  Like who I'm dealing

12 with, like --

13     DETECTIVE CEREGHINO:  Were you talking

14 to Armando?

15     ULISES BONILLA:  Yeah, I was asking

16 Armando.

17     DETECTIVE CEREGHINO:  At the deli.

18     ULISES BONILLA:  I got in -- that was

19 the -- before.

20     DETECTIVE CEREGHINO:  What was this,

21 like three days before?

22     ULISES BONILLA:  Yes, a week or three

23 days before.  I don't remember.

24     DETECTIVE CEREGHINO:  Okay.

25     ULISES BONILLA:  So, I went to the deli

37

U. Bonilla

1

2    and I ask him, you know, I was like, "Can I get a

3    bag from credit?"  You know, like always.  So, I

4    was like, "Can I get a bag?"  And he was like,

5    "No."  He was like, "I don't got it for you."  I

6    was like, "Why not?"  He was like, "No, you owe me

7    too much."  So, he was like -- that's not a reason

8    for you not to -- you know?  He was like, "You

9    know what, I want you to pay me off right now."

10   So, you know, that's the whole reason.  He told me

11   to pay him off right now.  I was like, "I can't

12   pay you off right now."  He was like, "Let me talk

13   to you."

14            So, when I go outside to talk to him, he

15   started taking off his shirt.  Then I was like,

16   "What the fuck?"  You know, like, you know, I

17   didn't know what the fuck was wrong with him.  So,

18   it was like he started taking off his shirt.

19   Then, like, you -- you -- you could go see the

20   video.  They got videos in there.  You can see.

21   Like, I'm going outside, then three guys that was

22   with him started hitting me, started hitting me on

23   top, started hitting me, start -- you know, then

24   they separate us.  They took me out.

25            Then -- you know, then I wanted to fight

39

U. Bonilla

1

2 guys -- you know, when I got in, mad guys started

3 hitting me, you know?

4      Marby -- Marby is -- Marby is like

5 Henry's brother.  He don't -- he never had a fight

6 before and that day he got in because he saw that

7 mad guys was jumping me.  So, he saw that mad guys

8 -- so after that, the next day -- that happened,

9 right?  After that, the next day -- that was a

10 Friday, I think.  On Saturday Armando went to talk

11 to me.  Armando, Pedico, went to talk to me.  He

12 was like -- he was like, "Yo" -- he was like, "Yo,

13 I'm sorry for that night."  Was like, "You know, I

14 was drunk, I was on coke.  You know, like -- you

15 know, what happened, you know, like, you know.

16 Like, I don't know.  I was on coke.  I'm sorry,

17 man."

18      You know why he even -- you know, I

19 don't -- I don't -- I don't do coke like that, you

20 know.  He over there like took out mad bags of

21 coke.  If you want -- if you talk to Misael, you

22 can ask him.  You know, he took like mad bags of

23 coke saying, "Yo, yo" --

24      DETECTIVE CEREGHINO:  We did talk to

25 Misael.

40

1                          U. Bonilla

2              ULISES BONILLA:  He was like --

3              DETECTIVE CEREGHINO:  We talked -- we

4    talked to everybody.

5              ULISES BONILLA:  He say --

6              DETECTIVE CEREGHINO:  How many times

7    have you had to fight Armando?

8              ULISES BONILLA:  That's it.

9              DETECTIVE CEREGHINO:  Twice?

10             ULISES BONILLA:  That's it, yeah.

11             DETECTIVE CEREGHINO:  And you're sure it

12   was about cocaine?

13             ULISES BONILLA:  Yeah.

14             DETECTIVE CEREGHINO:  You sure it wasn't

15   about something happening in the park?

16             ULISES BONILLA:  What park?

17             DETECTIVE CEREGHINO:  Briley (phonetic),

18   the one over on Railroad?

19             ULISES BONILLA:  The park (☐El parque de

20   los morenos?  THE BLACK PEOPLE PARK?)

21             DETECTIVE CEREGHINO:  On Railroad

22   Avenue.

23             ULISES BONILLA:  No.

24             DETECTIVE CEREGHINO:  On Broadway.

25             ULISES BONILLA:  Nah, it was --

U. Bonilla

1

2      DETECTIVE CEREGHINO:  Something with his

3  daughter?

4      ULISES BONILLA:  Nah.  Nah.  Nah.

5      DETECTIVE CEREGHINO:  Were you ever

6  accused of doing anything with his daughter?

7      ULISES BONILLA:  Nah.  By who?  By the

8  cops, yeah.

9      DETECTIVE CEREGHINO:  By anybody.

10      ULISES BONILLA:  No.  By them, no.

11      DETECTIVE CEREGHINO:  His 10-year-old

12  daughter --

13      ULISES BONILLA:  No.  By them, no.  No.

14  I never have nothing to do with that girl.  By

15  them, I never got accused by them.

16      DETECTIVE CEREGHINO:  We have people

17  seen you go into the bathroom with her.

18      ULISES BONILLA:  What?  Go into the

19  bathroom where?

20      DETECTIVE CEREGHINO:  At the park.

21      ULISES BONILLA:  At the park?  I

22  never -- I never spoke to a little girl at the

23  park.  Only one time she asked me for -- for Marby

24  phone number.  Vickie, some girl named Vickie

25  wanted to go out with her -- with him, some shit,

42

U. Bonilla

1

2  you know?  That's the only time I spoke to him.

3  You know, when the cops -- that day I had the

4  fight the cops stopped me too and they told me

5  about something like that, and I was like, "What?"

6  They were like, "What happened?"  That day -- that

7  day I was at -- do you know where I was that day?

8  I was over there at the tool shop.

9            DETECTIVE CEREGHINO:  Do you know which

10  daughter I'm talking about?

11            ULISES BONILLA:  Nancy?

12            DETECTIVE CEREGHINO:  No, the

13  10-year-old.  Nancy's the 15-year-old.  The

14  10-year-old.  What's the 10-year-old's name?

15            ULISES BONILLA:  That -- that little

16  girl?

17            DETECTIVE CEREGHINO:  The 10-year-old.

18            ULISES BONILLA:  The little girl?

19            DETECTIVE CEREGHINO:  What's her name?

20            ULISES BONILLA:  I don't know her name.

21            DETECTIVE CEREGHINO:  Is her name

22  Jennifer?

23            ULISES BONILLA:  I guess.

24            DETECTIVE CEREGHINO:  It's a funny

25  thing.  When I get there that night, the night

43

U. Bonilla

1

2 that Armando died and I'm standing there talking

3 to his family --

4          ULISES BONILLA:  Uh-huh.

5          DETECTIVE CEREGHINO:  -- and your name

6 came up and I asked the family, "Does anybody have

7 Ulises's phone number?"  Do you know who was able

8 to give me Ulises's phone number?  The

9 10-year-old.

10         ULISES BONILLA:  All right.

11         DETECTIVE CEREGHINO:  How would the

12 10-year-old have your phone number?

13         ULISES BONILLA:  Marby give it her.

14         DETECTIVE CEREGHINO:  Who did?

15         ULISES BONILLA:  Marby.  Marby, Nigger,

16 Nigger brother.

17         DETECTIVE CEREGHINO:  Why would Marby

18 give a 10-year-old --

19         ULISES BONILLA:  Supposedly he told me

20 that she asked for my phone number, you know?  But

21 she never used to like -- she never used to -- she

22 only used to like -- like -- like -- like, this

23 some little girl that used to be like, "Hi" to

24 everybody on the block like, no -- nothing.  You

25 know, like nothing -- nothing like that like you

U. Bonilla

1
2  thinking, like -- like (inaudible), you know, this

3  and that, no.  It was like some stuff like that,

4  like, she always used to say "Hi," this and that,

5  you know, like that.

6          DETECTIVE CEREGHINO:  But everybody

7  seems to be saying that's why you had the fight

8  with Armando that night.

9          ULISES BONILLA:  Nah.  Nah.  Nah.  Nah.

10  No, never.  Never.  That was -- that was over some

11  fucking drug shit that I forget because it wasn't

12  even my -- my drug.  It was to sell it to Tricky

13  Thing, and that drug was for Tricky Thing.  He

14  knew.  That's why he call -- he call Elmer and he

15  tell him to pay him up.  He was like, "Tell Ulises

16  to pay him up."  That's why Elmer moved to --

17  from -- he used to live right there on Kinkel.

18  Then he moved to Babylon.  The same thing, he

19  moved to Babylon 'cause he used to owe him like

20  $300 of coke, you know?  He used to owe him like

21  $300 of coke, so he move over there.  Supposedly,

22  you know, he wasn't going to come back and now

23  supposedly --

24          DETECTIVE CEREGHINO:  What street do you

25  live on?

45

U. Bonilla

1

2     ULISES BONILLA:  On Kinkel.

3     DETECTIVE CEREGHINO:  What street did

4 Armando live on?

5     ULISES BONILLA:  On Kinkel.

6     DETECTIVE CEREGHINO:  Did Armando ever

7 come over to your house to drink with your father?

8     ULISES BONILLA:  Yeah.

9     DETECTIVE CEREGHINO:  And did he ever

10 ask you for the $600?

11     ULISES BONILLA:  Huh?

12     DETECTIVE CEREGHINO:  Did he --

13     ULISES BONILLA:  No.  When he used to

14 come, like, he always used to be like -- you know,

15 he always used to be like, "Here."  He used to be

16 like, "Here, take it."  You know, sometimes he

17 used to go with a 20.

18     DETECTIVE CEREGHINO:  So, why did all of

19 a sudden he start demanding the money?

20     ULISES BONILLA:  Huh?

21     DETECTIVE CEREGHINO:  Why all of a --

22     ULISES BONILLA:  That's what I don't --

23 I don't know because remember, I took -- I took

24 already it was $600, and I was still asking.

25 Supposedly, I think it was because of Tricky

U. Bonilla

1

2  Thing, because he didn't pay him the $300.  It was

3  'cause when he get drunk, you know, like when he

4  coked up --

5          DETECTIVE CEREGHINO:  So, a couple of

6  days before Armando dies, you have a fight with

7  him at the deli because he's saying you owe him a

8  lot of money?

9          ULISES BONILLA:  Yeah.

10          DETECTIVE CEREGHINO:  Right?

11          ULISES BONILLA:  Yeah.

12          DETECTIVE CEREGHINO:  Right, so now

13  three days later it's Tuesday night, you're

14  waiting outside his house.  You know he's mad,

15  according to you.

16          ULISES BONILLA:  No, not waiting outside

17  his house.  Not waiting --

18          DETECTIVE CEREGHINO:  This happened --

19  this happened --

20          ULISES BONILLA:  I'm not waiting outside

21  his house.

22          DETECTIVE CEREGHINO:  This happened

23  right outside his house.

24          ULISES BONILLA:  (Inaudible) Molino

25  (phonetic) lived -- I cross his house.  You

47

1       U. Bonilla

2 guys -- all the police --

3    DETECTIVE CEREGHINO:  Who were you

4 trying to cross?

5    ULISES BONILLA:  Some guy named Luis.

6 Elmer, Tricky Thing, he used to live there, so --

7    DETECTIVE CEREGHINO:  Right, he lived at

8 179.

9    ULISES BONILLA:  I cross.

10    DETECTIVE CEREGHINO:  And Armando lived

11 at 180.

12    ULISES BONILLA:  Okay.

13    DETECTIVE CEREGHINO:  And right in the

14 middle of the street is where the fight happened.

15    ULISES BONILLA:  We always -- we always

16 drink there.  We always --

17    DETECTIVE CEREGHINO:  But it happens to

18 be in front of Armando's house.

19    ULISES BONILLA:  We always used to drink

20 there, we always used to chill there, and we

21 always used to, like, go across the street and get

22 the coke or anything like that, you know?  We used

23 to have everything in there, like -- I mean, we

24 didn't used to go nowhere.  The weed, everything,

25 right there, you know?  We never used to go

SUZANNE HAND & ASSOCIATES, INC.  631-277-2700  WWW.HANDREPORTING.COM

48

U. Bonilla

1
2  nowhere, you know?

3          DETECTIVE CEREGHINO:  Right.

4          ULISES BONILLA:  So, we used to go back

5  there because my mom don't let -- don't let --

6  used to let nobody, you know, in my house.  So,

7  you know, we used to go to the back of that guy --

8  we (inaudible) Molino.  We used to go in the back

9  of his house and drink and all that, you know?  We

10  used to go in the back of the house and drink, you

11  know?

12          DETECTIVE CEREGHINO:  But you know --

13          ULISES BONILLA:  You ask the cops and

14  the police in there.  They all see us in there

15  like drinking and stuff like that.

16          DETECTIVE CEREGHINO:  You know he wants

17  $600 from you, right?

18          ULISES BONILLA:  Yeah.

19          DETECTIVE CEREGHINO:  And you're hanging

20  out right across from the street from his house?

21          ULISES BONILLA:  'Cause I seen he drunk.

22  How many time he get -- he get -- he get mad coked

23  up because that day -- remember, he told me the

24  next day when I had the fight, he told me he was

25  sorry.  He told me he was sorry, right?  He was

U. Bonilla

1
2   like, "I forgot about that.  Here, let's do some
3   coke.  Let's drink."  He bought like a 24 pack.
4   He threw out like five bags, so he was like don't
5   pay mind to (la joda, THE FUCKING AROUND).
6           Then after that when he started getting
7   mad drunk, mad drunk, then he started saying,
8   "Yo," he was like, "Remember, you know, I'm
9   leaving soon.  I'm leaving soon, you know, like I
10  need the money."  You know, like -- that's what he
11  -- every -- every time he used to, like, do mad
12  coke he used to, like, bring that up.  You know,
13  like -- he like -- because I always used to be
14  like -- you know, like, "You can't be doing that
15  pressing."  Like, I was like, "You can't be
16  pressing people because you know you just came
17  from the south.  You get deported.  Anybody can
18  just snitch on you.  You're doing the same thing,"
19  this and that, you know.  I used to tell him like
20  that, you know?  He was like, "Oh, you're right.
21  You're right."  Because my cousin -- my cousin one
22  day, you know, like went up to him.  He was like,
23  "Yo, give me two bags or I'm call the cops on
24  you."  So, you know, he give it to him.
25          DETECTIVE CEREGHINO:  You know out of

50

U. Bonilla

1  all the people, out of all the people in this case

2  that we've talked to, all the people, you're the

3  only one that said this is about coke.

4

5  ULISES BONILLA:  Because I'm --

6  DETECTIVE CEREGHINO:  The two boys, the

7  two boys that saw you go in the bathroom with

8  Jennifer at the park, they didn't say this is

9  about coke.

10  ULISES BONILLA:  With Jennifer?  Who two

11  boys?  Who two boys?

12  DETECTIVE CEREGHINO:  Two boys that were

13  in the park.

14  ULISES BONILLA:  What two --

15  DETECTIVE CEREGHINO:  That saw you --

16  that saw you go in the bathroom.

17  ULISES BONILLA:  I never went to the

18  bathroom with nobody.  I never went to the

19  bathroom with nobody, you know?  I never.  Never.

20  How am I going to -- you know, the only time that

21  I know that I was like -- that day that I had the

22  fight with Armando, that was like, I guess,

23  like -- it was like a day, two days before.

24  DETECTIVE CEREGHINO:  Before he died?

25  ULISES BONILLA:  No.  No, that -- that

1                        U. Bonilla

2    other fight.  That other fight.

3              DETECTIVE CEREGHINO:  Right.

4              ULISES BONILLA:  You know, when his

5    girl -- when his little girl went to ask me for --

6    he was like, this is what you told me -- and I'm

7    playing handball 'cause I always used to go play

8    handball.

9              DETECTIVE CEREGHINO:  Where?

10             ULISES BONILLA:  The New Cassel park.

11             DETECTIVE CEREGHINO:  Where is that

12   park?

13             ULISES BONILLA:  Right there, like in

14   the (el parque de los morenos, THE BLACK PEOPLE

15   PARK).

16             DETECTIVE CEREGHINO:  What they call

17   Britey or Briley or something?

18             ULISES BONILLA:  I guess.  I don't know

19   its name, its real name.

20             DETECTIVE CEREGHINO:  Did you ever see

21   Jennifer in that park?

22             ULISES BONILLA:  Yeah, I saw her like --

23   like two times.  She used to go in there on a bike

24   or something.

25             DETECTIVE CEREGHINO:  How long before

52

U. Bonilla

1

2  Armando died did you see her in the park?

3          ULISES BONILLA:  Like three weeks.

4          DETECTIVE CEREGHINO:  Three weeks?

5          ULISES BONILLA:  Three weeks, something

6  like that.

7          DETECTIVE CEREGHINO:  It wasn't more

8  recent than that?

9          ULISES BONILLA:  No, it wasn't recent

10  than that.  I saw her -- I'm telling you it was

11  the day that she asked me for the phone number of

12  Marby.  She was like, "Yo," she was like, "Yo,

13  come here."  She was like, "Yo, you know this guy

14  with a Moha (phonetic)," you know.

15          DETECTIVE CEREGHINO:  How old is Marby?

16          ULISES BONILLA:  Huh?  Marby is like 19,

17  I think.

18          DETECTIVE CEREGHINO:  And 10-year-old --

19          ULISES BONILLA:  No, it wasn't for her.

20  It wasn't for her, you know, because she did tell

21  me like, "It's not for me."

22          DETECTIVE CEREGHINO:  She told you?

23          ULISES BONILLA:  Yeah, she told me.

24          DETECTIVE CEREGHINO:  How long did you

25  talk to Jennifer?

53

U. Bonilla

1

2    ULISES BONILLA:  She came to the gate.

3    You know, like, I play a handball in the side of

4    the road in the back by Railroad on that side, so

5    she came like next to the gate, like going inside

6    the park like this.  You go inside like this and

7    I'm playing handball inside (indicating).  So, she

8    came to the gate and was like, "Come here.  I got

9    to ask you something."

10   DETECTIVE CEREGHINO:  So, you knew her

11   well enough?

12   ULISES BONILLA:  Yeah, she --

13   DETECTIVE CEREGHINO:  Did you know her

14   name was Jennifer?

15   ULISES BONILLA:  Huh?  Jenny --

16   DETECTIVE CEREGHINO:  Jenny.

17   ULISES BONILLA:  -- or something like

18   that.

19   DETECTIVE CEREGHINO:  Oh, so you did

20   know her name?

21   ULISES BONILLA:  Yeah, everybody know

22   her.

23   DETECTIVE CEREGHINO:  Before you said

24   you didn't know her name.

25   ULISES BONILLA:  Huh?  You talking

54

U. Bonilla

1   her -- like, you're telling me who was it.

2      DETECTIVE CEREGHINO:  You said Nancy.  I

3   said Nancy's the 15-year-old.

4

5      ULISES BONILLA:  Yeah.

6      DETECTIVE CEREGHINO:  I said the

7   10-year-old, and you said you didn't know her

8   name.  That's fine.  Continue.

9      ULISES BONILLA:  So -- so, she came --

10  she came at --

11     DETECTIVE CEREGHINO:  Who was she with?

12     ULISES BONILLA:  Huh?

13     DETECTIVE CEREGHINO:  Who was she with

14  when she came over to you?

15     ULISES BONILLA:  She was by herself on a

16  bike.

17     DETECTIVE CEREGHINO:  She wasn't with

18  her brother Oscar?

19     ULISES BONILLA:  No.

20     DETECTIVE CEREGHINO:  Was Oscar in the

21  park?

22     ULISES BONILLA:  No.

23     DETECTIVE CEREGHINO:  Okay.  Go on.

24     ULISES BONILLA:  She just came.  She

25  came on a bike, right?  She came on a bike, you

55

U. Bonilla

1
2   know, so she came, like, "Yo, come here.  Let me

3   ask you something.  You know this guy named Marby

4   with a moha?"  You know, so I was like, "Marby

5   with a moha?"  I don't really know his real name.

6   I call him Chili Cocoa, by his nickname, you know.

7   So I was like, "Marby."  Was like, "Yeah, he live

8   by your house, he got a moha, light, skinny."  I

9   was like, "Oh yeah, you're talking about Chili

10  Cocoa," like that, right.  She was like, "Yeah."

11  She was like, "Can you give me his phone number

12  because this girl name Vickie" -- Vickie is some

13  really chubby girl, like Jocelyn cousin, something

14  like that.

15          DETECTIVE CEREGHINO:  Who's Jocelyn?

16          ULISES BONILLA:  Huh?  That's some

17  lesbian girl.  I think she go out with one of

18  the -- one -- one (inaudible).

19          DETECTIVE CEREGHINO:  Was she there the

20  night you had the fight with Armando?

21          ULISES BONILLA:  I was talking to her.

22          DETECTIVE CEREGHINO:  In front of the

23  house?  So, she was there?

24          ULISES BONILLA:  I was talking to her.

25          DETECTIVE CEREGHINO:  She was there?

56

U. Bonilla

1

2     ULISES BONILLA:  Yeah.

3     DETECTIVE CEREGHINO:  Go on.

4     ULISES BONILLA:  So, you know, she told

5 me, "You know, this girl want -- want -- want

6 Marby phone number."  I was like, "For what?"  It

7 was like, "I think she want to go out with him,

8 some girl named Vickie."  So, you know, I was

9 like, "I can't give it to you.  I got to ask him."

10 So, you know, so I call him.  I was like, "Should

11 I give it to her?"  I call the guy.  He was like,

12 "Yeah, yeah."  He was like, "Give it to her," you

13 know?  So, I gave him the phone number.  You know,

14 that's all.

15     DETECTIVE CEREGHINO:  So, you gave Jenny

16 Marby's phone number?

17     ULISES BONILLA:  Yeah.

18     DETECTIVE CEREGHINO:  Tell me again how

19 Jenny got your phone number.

20     ULISES BONILLA:  Marby give it to him.

21 You can even ask him.  She ask -- she ask Marby --

22 she ask Marby for my phone number.

23     DETECTIVE CEREGHINO:  Why?

24     ULISES BONILLA:  Huh?  I don't know.

25 She just ask him.  It was like, "Why you give it

U. Bonilla

1

2   to her?"  You know, I been telling him, like, you

3   know --

4          DETECTIVE CEREGHINO:  When did she call

5   you?

6          ULISES BONILLA:  Huh?

7          DETECTIVE CEREGHINO:  When did she call

8   you?

9          ULISES BONILLA:  I don't know when -- I

10   don't know when the Marby give the phone number

11   and when did she call me.

12          DETECTIVE CEREGHINO:  How -- when

13   Armando died, her father --

14          ULISES BONILLA:  Um-hmm.

15          DETECTIVE CEREGHINO:  -- how far back

16   did she call you?  Was it a few days, was it a

17   month?

18          ULISES BONILLA:  My phone was

19   disconnected like -- for like -- like three weeks,

20   I guess.

21          DETECTIVE CEREGHINO:  Three weeks before

22   Armando died?  I believe it was disconnected

23   September 26th, two days before.

24          ULISES BONILLA:  Two days?

25          DETECTIVE CEREGHINO:  Yeah.

58

U. Bonilla

1

2    ULISES BONILLA:  No.  My phone

3 disconnected, like, you know, like -- depends --

4 it depends how you like -- what you waste on the

5 -- on the -- on the --

6    DETECTIVE CEREGHINO:  When you say she

7 came up to you to ask you for Marby's phone

8 number --

9    ULISES BONILLA:  Yeah.

10    DETECTIVE CEREGHINO:  -- how long --

11 when did that happen and -- as in relation to

12 Armando dying?

13    ULISES BONILLA:  Like how --

14    DETECTIVE CEREGHINO:  Was it a day, a

15 couple of days before?  Was it the beginning of

16 the summer?

17    ULISES BONILLA:  When she ask me for

18 Marby number?

19    DETECTIVE CEREGHINO:  Yeah.

20    ULISES BONILLA:  It was like -- like --

21 like two weeks, I guess.  Two weeks.

22    DETECTIVE CEREGHINO:  Two weeks before

23 Armando died?

24    ULISES BONILLA:  Yeah, two weeks.  Two

25 weeks, I guess.  Yeah, like two weeks.  Yeah,

59

U. Bonilla

1

2    because I remember I went -- I was at the -- at

3    the tool shop at that time, you know?  I went to

4    the tool shop to get a tool, you know?

5              DETECTIVE CEREGHINO:  Okay.

6              ULISES BONILLA:  You know, yeah.  That

7    was like two weeks ago, you know?  You know,

8    that's all, man.  Like, I don't know what you guys

9    been --

10             DETECTIVE APONTE:  What did Armando die

11   of?  What did Armando die of?

12             ULISES BONILLA:  What you mean?

13             DETECTIVE APONTE:  What did he die of?

14   How did he die?  What caused his death?

15             ULISES BONILLA:  I don't know.  I guess

16   a gunshot or a stab.  I don't know.

17             DETECTIVE APONTE:  You had said before

18   that you know he wasn't shot.

19             ULISES BONILLA:  Huh?

20             DETECTIVE APONTE:  You said before that

21   you knew he wasn't shot, so how was he --

22             ULISES BONILLA:  He told me.  He said he

23   wasn't shot.

24             DETECTIVE CEREGHINO:  You said that he

25   wasn't shot, and I asked you what -- what did

60

U. Bonilla

1  happen to him and you said you didn't know.

2  

3          ULISES BONILLA:  Yeah.  That's what I'm

4  saying.  I don't -- I don't know.

5          DETECTIVE APONTE:  But right now --

6          ULISES BONILLA:  They told me.  I heard

7  from everybody.

8          DETECTIVE CEREGHINO:  Listen to the

9  detective.

10          DETECTIVE APONTE:  What did they tell

11  you?

12          ULISES BONILLA:  Huh?

13          DETECTIVE APONTE:  What did they tell

14  you?  What did you hear from people?

15          ULISES BONILLA:  First I heard that he

16  die -- he died from the -- from the -- from the

17  gunshot.  Then I heard that he died from being

18  stabbed, you know.

19          DETECTIVE APONTE:  Okay.

20          ULISES BONILLA:  You know, that's what

21  they told me.  You know, that's what I heard.  You

22  know, like, that's -- that's all.

23          DETECTIVE APONTE:  That he had died from

24  being stabbed is the last thing you heard.

25          ULISES BONILLA:  Yeah, the last thing I

61

U. Bonilla

1

2  heard.

3          DETECTIVE APONTE:  Okay.

4          ULISES BONILLA:  But first they told me

5  that he died from being shot, you know.

6          DETECTIVE APONTE:  But you know that

7  when you were running away after the gunshot you

8  saw him walking, you say.

9          ULISES BONILLA:  Yeah, after the

10  gunshot.

11          DETECTIVE APONTE:  So, Armando was

12  walking?

13          ULISES BONILLA:  Yeah, he was --

14          DETECTIVE APONTE:  Then you said at one

15  point -- you said -- you said, "I don't know how

16  that happened.  I don't think I murdered him.  I

17  don't think I did that.  I don't know."  That's

18  what you were saying.

19          ULISES BONILLA:  Yeah.

20          DETECTIVE APONTE:  That's what you were

21  saying.

22          ULISES BONILLA:  I saw him walking back

23  to the house.  I'm going like -- you know, when I

24  fell and the gunshot went on --

25          DETECTIVE APONTE:  But if he's stabbed,

62

U. Bonilla

1

2  you would know whether you did it or not.

3          ULISES BONILLA:  No, I -- I --

4          DETECTIVE APONTE:  Listen to me.

5          ULISES BONILLA:  All I know I was

6  hugging the guy.

7          DETECTIVE APONTE:  You're telling me

8  he's hitting you.

9          ULISES BONILLA:  Yeah.

10         DETECTIVE APONTE:  Okay, he's supposedly

11 hitting you with something.

12         ULISES BONILLA:  Yeah, he hit me with

13 a -- with a -- with a thing like this

14 (indicating).

15         DETECTIVE APONTE:  What kind of injuries

16 you got?  What are you talking about?

17         ULISES BONILLA:  Like one over here, I

18 got a scar right here, I got this one, like, here.

19 This whole thing right here was like (indicating)

20 --

21         DETECTIVE APONTE:  He's hitting you with

22 a tire iron, you're saying?

23         ULISES BONILLA:  Yeah.

24         DETECTIVE APONTE:  With a tire iron he's

25 hitting you?

63

U. Bonilla

1

2  ULISES BONILLA:  Yeah.

3  DETECTIVE APONTE:  And he's hitting you

4  in the back?  Let's take a look at your back.  Let

5  me see your back.  Do you have any injuries from

6  that?  Stand up.

7  ULISES BONILLA:  I had a big ass bump

8  right here (indicating).

9  DETECTIVE APONTE:  You had a big bump

10  and it all healed up?  Are you okay now?

11  ULISES BONILLA:  It was only bruised,

12  like a big ass bump like this over here

13  (indicating).

14  DETECTIVE APONTE:  From being hit with a

15  tire iron?

16  ULISES BONILLA:  Yeah, because when I

17  was holding him like this -- when I was holding

18  him like this (indicating) --

19  DETECTIVE APONTE:  Right.  Right.

20  ULISES BONILLA:  -- he was like this.

21  DETECTIVE APONTE:  He was hitting you

22  hard, hitting you hard with the tire iron?

23  ULISES BONILLA:  Yeah.

24  DETECTIVE APONTE:  On your head?

25  ULISES BONILLA:  No, in the back.

64

1                           U. Bonilla

2              DETECTIVE APONTE:  Well, he hit you over

3    here and over here, right?

4              ULISES BONILLA:  That was when we came

5    at me.

6              DETECTIVE APONTE:  Right.

7              ULISES BONILLA:  That was when he came

8    at me.

9              DETECTIVE APONTE:  Okay.

10             ULISES BONILLA:  But, you know, then I

11   went like this.  You know, I was, like, hugging

12   him like this and he was just -- I was trying to

13   wrestle him and he was just hitting me in the back

14   like that (indicating) and I was like, "Yo, stop.

15   Stop."

16             DETECTIVE APONTE:  You got hit in the

17   head -- sit down.  You got hit in the head with a

18   tire iron?

19             ULISES BONILLA:  Uh-huh.

20             DETECTIVE APONTE:  With a tire iron?

21             ULISES BONILLA:  Yeah.

22             DETECTIVE APONTE:  With a tire iron in

23   the head?

24             ULISES BONILLA:  Yeah, I didn't --

25             DETECTIVE APONTE:  And on your back?

1          U. Bonilla

2          ULISES BONILLA:  Uh-huh.  What you think

3  I --

4          DETECTIVE APONTE:  I think your head

5  would be smashed open.

6          ULISES BONILLA:  No, it was only two

7  hits.  It was only two hits.

8          DETECTIVE APONTE:  Were you wearing a

9  helmet?  Were you wearing a helmet or something?

10          ULISES BONILLA:  No.  No, I wasn't,

11  but --

12          DETECTIVE APONTE:  A tire iron.  You

13  know what a tire iron is, right?

14          ULISES BONILLA:  Yeah, I know.  That's

15  what I'm telling you.  I --

16          DETECTIVE APONTE:  One, you're out.

17  You're not getting back up.

18          ULISES BONILLA:  No.

19          DETECTIVE APONTE:  One, you're out.

20  You're not getting back up.

21          ULISES BONILLA:  No, he didn't knock me

22  out.  He didn't knock me out.

23          DETECTIVE APONTE:  Not with the second

24  one either?

25          ULISES BONILLA:  No, the second one was

66

U. Bonilla

1  like a little bit softer.

2          DETECTIVE APONTE:  Oh, he did you a

3  little softer with the second one?

4          ULISES BONILLA:  You see it?  Like, it

5  was a big ass cut, you know (inaudible).  You

6  know, like a -- he didn't knock me out.  He

7  didn't.  Like, I was just zoom out and --

8          DETECTIVE APONTE:  Then he was banging

9  on your back?

10          ULISES BONILLA:  Yeah, he was just

11  like -- like -- like --

12          DETECTIVE APONTE:  Did you open up?  Did

13  he cut you open?  Were you bleeding from your head

14  too?

15          ULISES BONILLA:  Yeah.

16          DETECTIVE APONTE:  Did they have to

17  stitch you up or something?

18          ULISES BONILLA:  No.

19          DETECTIVE APONTE:  No stitches?

20          ULISES BONILLA:  No, it healed up by

21  itself.

22          DETECTIVE APONTE:  Because he hit you

23  soft with the tire iron?

24          ULISES BONILLA:  No, it was a big -- it

25

U. Bonilla

1

2  was a big cut.

3           DETECTIVE APONTE:  Let me see.  Let me

4  see where.

5           ULISES BONILLA:  This line right here,

6  this whole line (indicating).

7           DETECTIVE APONTE:  Let me see.  Let me

8  see the other side.  Where's the other scar?

9           ULISES BONILLA:  Right here

10  (indicating).

11           DETECTIVE APONTE:  With a tire iron?

12           ULISES BONILLA:  Yeah.  It's around here

13  somewhere.  No, he did it.

14           DETECTIVE APONTE:  You know how he died.

15  You know how he died.  You just have to explain

16  why it had to happen that way.

17           ULISES BONILLA:  No, I --

18           DETECTIVE APONTE:  You just have to

19  explain why it had to happen that way.

20           ULISES BONILLA:  You guys --

21           DETECTIVE APONTE:  Something happened

22  there, all right?  Something happened there and

23  you know what happened there 'cause you're right

24  there.  You're right there in the mix of them, all

25  right?  Listen, what did I tell you?  I said

1                          U. Bonilla

2    you're going to have an opportunity to explain

3    your side of the story.

4              ULISES BONILLA:  I'm explaining my side

5    of my story.

6              DETECTIVE APONTE:  But what you're

7    saying makes no sense.  You got to do a better

8    job.

9              ULISES BONILLA:  I told you I need

10   somebody to speak Spanish.

11             DETECTIVE APONTE:  I'm talking to --

12             ULISES BONILLA:  I use my English --

13             DETECTIVE CEREGHINO:  You're talking

14   great.

15             DETECTIVE APONTE:  You're talking fine.

16             DETECTIVE CEREGHINO:  I've had no

17   problem understanding you.

18             ULISES BONILLA:  You know, but I -- you

19   know, like I get confused, you know, like --

20             DETECTIVE APONTE:  You get confused when

21   your story doesn't make sense.  That's different

22   from language.

23             ULISES BONILLA:  It doesn't make sense

24   like (si la digo en Español es major para mi, IT

25   IS BETTER IF I SAY IT IN SPANISH).

69

U. Bonilla

1   DETECTIVE APONTE:  If you're -- if

2   you're -- if you're getting hit with a tire iron

3   --

4

5   ULISES BONILLA:  He hit me twice.  Look,

6   the first one when I wasn't looking and the other

7   one when I turn around, you know?  That's all, you

8   know?  Like then, you know -- like, I try --

9   DETECTIVE APONTE:  The first time -- the

10  first time you said you fell on top of him.

11  ULISES BONILLA:  I don't -- no.

12  DETECTIVE APONTE:  Yeah, you said the

13  first time you were on top of him and then --

14  ULISES BONILLA:  No, I didn't.  No.  No.

15  No.  No.

16  DETECTIVE APONTE:  Yeah, that's what you

17  said.

18  ULISES BONILLA:  I grab him like this.

19  I grab him like this, you know (indicating).

20  DETECTIVE APONTE:  Right.

21  ULISES BONILLA:  Then I fell, I said.  I

22  never said he fall on top of me.

23  DETECTIVE APONTE:  The first time you

24  did.

25  DETECTIVE CEREGHINO:  Who else hugged

70

U. Bonilla

1  

2 him?  Who else hugged him by the chest?

3         ULISES BONILLA:  Misael.

4         DETECTIVE CEREGHINO:  When?

5         ULISES BONILLA:  When I was fighting

6 with him.

7         DETECTIVE CEREGHINO:  You're hugging

8 him.  How's Misael hugging him?

9         ULISES BONILLA:  He was trying to get

10 him away from me.

11         DETECTIVE CEREGHINO:  But you're still

12 hugging him on the chest?

13         ULISES BONILLA:  I was like this.  I was

14 like this (indicating).

15         DETECTIVE CEREGHINO:  You're chest to

16 chest with him, right?

17         ULISES BONILLA:  I'm like this.  I'm

18 like this (indicating).

19         DETECTIVE CEREGHINO:  Guess where he

20 gets stabbed.  Guess where he gets stabbed many

21 times.

22         ULISES BONILLA:  Where?

23         DETECTIVE CEREGHINO:  Right in the

24 chest.  You're the only one hugging his chest.

25         DETECTIVE APONTE:  Ulises.  Ulises.

U. Bonilla

1

2          ULISES BONILLA:  No.  No.

3          DETECTIVE APONTE:  Ulises.  Ulises.

4   Ulises, listen to me.  Listen to me.  There's too

5   many people there for you to invent a story.

6   Listen to me.

7          ULISES BONILLA:  No.  No.

8          DETECTIVE APONTE:  Listen.  Listen.

9   Listen.  Listen.  Just listen.

10         DETECTIVE CEREGHINO:  Just listen,

11  Ulises.

12         DETECTIVE APONTE:  There's too many

13  people there.

14         ULISES BONILLA:  I can't -- I can't --

15  I --

16         DETECTIVE APONTE:  Ulises.  Ulises,

17  there's too many people there.

18         ULISES BONILLA:  I can't --

19         DETECTIVE APONTE:  There's too many

20  people there, okay?  Too many witnesses.  Too many

21  people.  That's why you've been running nonstop,

22  because you know there was too many --

23         ULISES BONILLA:  Nonstop.  I would leave

24  already, man.

25         DETECTIVE APONTE:  Something got out of

U. Bonilla

1

2  control.  You have to explain why it went out of

3  control, but you can't say that you don't know

4  what happened there.

5         ULISES BONILLA:  No.

6         DETECTIVE APONTE:  You can't say that.

7  There's too many people there.

8         ULISES BONILLA:  You don't --

9         DETECTIVE APONTE:  We want to believe

10  you, but the story you're telling us makes no

11  sense.  I want to believe you, but the story --

12  you say I don't think I -- I don't think I

13  murdered him.  I don't even understand what that

14  means, I don't think I murdered him.  That means

15  you want to say something.  You want to say

16  something here.  There's too many witnesses there,

17  my man.  You know as well as I know, there's too

18  many witnesses.  Your best friends, your best

19  people there are telling us what happened, okay?

20  What we don't know is -- what we don't know is --

21         ULISES BONILLA:  I know I didn't have

22  nothing on me to do, like, stab or something like

23  that.

24         DETECTIVE APONTE:  No, but you did.  But

25  you did.  Come on, Ulises.  Cut it out.  Listen to

U. Bonilla

1

2  me.

3          ULISES BONILLA:  When I started fighting

4  with him, I didn't have nothing.

5          DETECTIVE APONTE:  Then maybe when you

6  started -- maybe not when you started but at some

7  point.  At some point you had it.

8          ULISES BONILLA:  I don't know how --

9          DETECTIVE APONTE:  Maybe you wanted to

10  get him off of you, maybe you wanted --

11         ULISES BONILLA:  I don't --

12         DETECTIVE APONTE:  I don't know why but

13  you can't --

14         ULISES BONILLA:  That's what I don't

15  understand.  I mean, listen.  Listen, all this

16  time I been trying to think.  I been trying to

17  think, like, did I do it like when I -- when I was

18  hugging him or trying to get away from him or

19  something like that, or how -- did I took the

20  knife from him or something like that, you know?

21         DETECTIVE APONTE:  You tell me.

22         ULISES BONILLA:  Or somebody give it to

23  me or something, like -- I be -- I be trying to

24  think.

25         DETECTIVE APONTE:  Those are the things

74

```
 1              U. Bonilla
 2      we're trying to get answers to.
 3      ULISES BONILLA:  Okay.  Those are things
 4      I want to get an answer too, you know.
 5      DETECTIVE APONTE:  Those are the
 6      things -- listen to me.  Listen to me.  We weren't
 7      there, all right?  You were -- you were there, so
 8      those things you have the answers to.
 9      ULISES BONILLA:  I --
10      DETECTIVE APONTE:  Maybe you wanted to
11      get him off of you, maybe you wanted to back him
12      away from you.  I don't know.
13      ULISES BONILLA:  No.
14      DETECTIVE APONTE:  Maybe somebody passed
15      you the knife.  I don't know, but what I --
16      ULISES BONILLA:  I don't remember -- I
17      don't remember somebody pass me the knife or
18      something or --
19      DETECTIVE APONTE:  Do you remember
20      throwing -- getting rid of the knife afterwards?
21      ULISES BONILLA:  No, I --
22      DETECTIVE APONTE:  Come on, you remember
23      something.
24      ULISES BONILLA:  I don't even --
25      DETECTIVE APONTE:  Ulises.  Ulises.
```

75

U. Bonilla

2  Ulises.  Ulises.

3          ULISES BONILLA:  Listen, I remember the
4  gunshot and running.

5          DETECTIVE APONTE:  Yeah.

6          ULISES BONILLA:  Then I looking back,
7  you know, because I thought the gunshot was from
8  the guys that was with him.

9          DETECTIVE APONTE:  Okay.

10          ULISES BONILLA:  I looking back and I
11  see Armando going to his house.  That's all --
12  that's the last thing I remember.

13          DETECTIVE APONTE:  Ulises.  Ulises,
14  listen to me.  You remember getting rid of the
15  knife.

16          ULISES BONILLA:  How?

17          DETECTIVE APONTE:  Even if you don't
18  remember using the knife, you remember getting rid
19  of the knife.

20          ULISES BONILLA:  How did -- no.  No,
21  I -- I got to Misael house.  I didn't have no
22  knife on me.  I didn't have no knife on me.  I was
23  bleeding all over my face.

24          DETECTIVE APONTE:  Did somebody pass you
25  the knife?  I believe you that when it started you

U. Bonilla

1
2  didn't have a knife.  Maybe that's true.  I'm

3  trying to believe you here.

4          ULISES BONILLA:  No.

5          DETECTIVE APONTE:  Maybe it's true.  Did

6  somebody pass you a knife at some point?

7          ULISES BONILLA:  Maybe.  I don't know.

8          DETECTIVE APONTE:  All right.  Who would

9  have passed you the knife?  You shouldn't be

10 protecting anybody because everybody's telling the

11 truth.

12         ULISES BONILLA:  I'm not.  Listen, I'm

13 not.  Listen, the person that got in was Misael,

14 Nigger.  I don't know.  He --

15         DETECTIVE APONTE:  Did somebody pass you

16 a knife?

17         ULISES BONILLA:  No, I don't remember.

18 I don't know.  It's --

19         DETECTIVE APONTE:  Come on, Ulises.

20 Come on.

21         ULISES BONILLA:  No.  I was just hugging

22 him like this (indicating).

23         DETECTIVE CEREGHINO:  Do you ever carry

24 a knife?

25         ULISES BONILLA:  No, I never -- I was

77

U. Bonilla

1  just coming from the hospital.  How the -- am I

2  going to go to the hospital --

3

4          DETECTIVE CEREGHINO:  You carry it for

5  work?  You could carry it for a lot of reasons.

6          ULISES BONILLA:  No, I never carry no

7  knife.  Like, I don't remember.

8          DETECTIVE APONTE:  Ulises, whether you

9  carried a knife or you didn't carry a knife, the

10  bottom line is when this thing is happening, at

11  some point -- I'm not saying in the beginning, but

12  at some point you have a knife in your hand and

13  you're stabbing this guy, and we're trying to

14  figure out why.  We're trying to figure out why.

15          ULISES BONILLA:  (Inaudible.)

16          DETECTIVE APONTE:  Look at me.  Look at

17  me.  Look at me.  This isn't hard.

18          ULISES BONILLA:  It's hard.  You

19  don't -- you --

20          DETECTIVE APONTE:  No.  No.  No.  No.  I

21  know it's difficult for you to say it.

22          ULISES BONILLA:  I decide to talk to you

23  guys not even with a lawyer over here.  Just to

24  explain to you guys, you know?

25          DETECTIVE APONTE:  Right.  Right.

78

U. Bonilla

1    ULISES BONILLA:  You know, like, to tell

2    you, like, my real story, like what I know.  I

3    decide doing that because I don't -- you know?

4    DETECTIVE CEREGHINO:  Let's back up,

5    then.  Do you think any of Armando's friends

6    stabbed him?

7    ULISES BONILLA:  Armando friends?

8    DETECTIVE CEREGHINO:  Right.  Do you

9    think any of his friends stabbed him?

10   ULISES BONILLA:  I don't -- I don't

11   know.  I don't --

12   DETECTIVE CEREGHINO:  Misael.  Misael.

13   What did Misael have?

14   ULISES BONILLA:  I don't know.  He

15   had --

16   DETECTIVE CEREGHINO:  No.  What did he

17   have?

18   ULISES BONILLA:  He had the gun.

19   DETECTIVE CEREGHINO:  He had the gun.

20   ULISES BONILLA:  He had the gun.

21   DETECTIVE CEREGHINO:  Do you think

22   Misael stabbed him?

23   ULISES BONILLA:  He's the only one that

24   got in.  Nigger -- Nigger, I don't know if he got

1                    U. Bonilla

2   in or not.  Nigger -- I wasn't -- I wasn't --

3   I was -- you don't understand, man.  You don't --

4              DETECTIVE APONTE:  Did somebody pass you

5   a knife, Ulises?

6              DETECTIVE CEREGHINO:  You're the only

7   one -- you're the only one on this guy.

8              ULISES BONILLA:  Huh?

9              DETECTIVE CEREGHINO:  You are the only

10  one on this guy.

11             ULISES BONILLA:  Getting beat up, but I

12  wasn't on the guy.  I was just getting hit by the

13  guy.

14             DETECTIVE APONTE:  Okay.

15             ULISES BONILLA:  That's why Misael got

16  in.

17             DETECTIVE APONTE:  So, listen.  So, all

18  right.  Guy's beating you up.  Did somebody give

19  you a knife?  Do you get a knife?

20             ULISES BONILLA:  No, I don't -- I

21  don't --

22             DETECTIVE APONTE:  Come on.  Come on.

23  Think.

24             ULISES BONILLA:  Listen, I been all this

25  time -- I been all this time, like, trying to

U. Bonilla

1
2  think.  Everybody --

3         DETECTIVE CEREGHINO:  When you run
4  away --

5         ULISES BONILLA:  Listen, everybody told
6  me, like, "Yo, listen, you did it.  You did it.
7  You remember?"  I was like, "No.  No, I don't
8  remember doing that."

9         DETECTIVE APONTE:  So, obviously people
10 are even telling you that you did it, right?

11        ULISES BONILLA:  They were like, "You
12 did it.  Everybody telling you that you did it."

13        DETECTIVE APONTE:  Right.  Your own
14 friends are telling you you did it.

15        ULISES BONILLA:  "Did you do it to
16 defend yourself or something like that?"  I'm
17 like, "Yo, I don't remember."

18        DETECTIVE CEREGHINO:  What does Misael
19 tell you happened?

20        ULISES BONILLA:  Huh?

21        DETECTIVE CEREGHINO:  What does Misael
22 tell you happened?

23        ULISES BONILLA:  Misael didn't tell me
24 nothing.  When I went to his house, he was like,
25 "Yo, he good.  He good."  He was like, "Yo, he

81

U. Bonilla

2  good.  I shoot him.  I shoot him."

3      DETECTIVE CEREGHINO:  You know what?

4  When you ran away from there down to the corner

5  and Misael was with you, I can tell you what you

6  told Misael.

7      ULISES BONILLA:  That what?  What?  Tell

8  Misael what?

9      DETECTIVE CEREGHINO:  About what

10  happened.

11      ULISES BONILLA:  What happened at what?

12      DETECTIVE CEREGHINO:  With the fight

13  with Armando.

14      ULISES BONILLA:  No.

15      DETECTIVE CEREGHINO:  You said something

16  to Misael.

17      ULISES BONILLA:  No.  I never said

18  nothing to Misael.  I never said nothing to

19  Misael.  Misael just told me, "Are you good, son?

20  Did he cut you?  Did he do something to you?"  I'm

21  like, "No."   Like --

22      DETECTIVE CEREGHINO:  Where did you go

23  that night?

24      ULISES BONILLA:  To Misael house.

25      DETECTIVE CEREGHINO:  Then where did you

82

U. Bonilla

1
2  go.

3          ULISES BONILLA:  Huh?  I went to -- I
4  went to walk around the whole night.

5          DETECTIVE CEREGHINO:  Where did you go
6  after that?

7          ULISES BONILLA:  I went -- I went to the
8  city.

9          DETECTIVE CEREGHINO:  When did you go to
10  Boston?

11          ULISES BONILLA:  Huh?

12          DETECTIVE CEREGHINO:  You seem to have
13  problems hearing me.  When did you go to Boston?

14          ULISES BONILLA:  Like later.  Like two
15  days after.

16          DETECTIVE CEREGHINO:  Why did you go to
17  Boston?

18          ULISES BONILLA:  Huh?  'Cause I was
19  scared.

20          DETECTIVE CEREGHINO:  Why?

21          ULISES BONILLA:  I was scared.  You
22  know, like when they told me that the next -- that
23  the -- the two days I was here -- you know, I was
24  here the two days after that.  You know, when I
25  heard that shit happened, like I be thinking in my

83

U. Bonilla

1

2    head.  I was like, is it me?  It was me or

3    somebody did it or somebody passed me a knife or

4    something?

5            DETECTIVE CEREGHINO:  So, at that point

6    you were uncertain as to whether you did it or

7    not?

8            ULISES BONILLA:  I been thinking if it

9    was me or it -- or it was somebody else.

10           DETECTIVE CEREGHINO:  Were you high that

11   night?  Were you drinking?

12           ULISES BONILLA:  Yeah, I was drinking at

13   my job and then I went to -- to -- to the

14   hospital.  They give me some fucking pills that

15   got me more (inaudible).

16           DETECTIVE CEREGHINO:  So, is there some

17   doubt in your mind about whether you did this or

18   not?

19           ULISES BONILLA:  I didn't have no knife.

20   That's the whole thing.

21           DETECTIVE APONTE:  Did someone pass you

22   a knife?

23           ULISES BONILLA:  I -- the whole fight,

24   you know, like I got hit twice in the head.

25           DETECTIVE APONTE:  Okay.

84

U. Bonilla

1

2       ULISES BONILLA:  Then, you know, like,
3   I'm just holding to the guy when he beating me up,
4   you know, like --
5       DETECTIVE APONTE:  Okay.
6       ULISES BONILLA:  But I know Misael got
7   in.  You know, like, Misael got in.  You know,
8   like -- you know, try to defend me.  Misael got
9   in, started hitting the guy, then, you know, the
10  (inaudible).  When Misael got off, the one thing I
11  heard when I was like this, Misael was like, "I
12  got it, I got this, I got this," this and that, so
13  he let go.  He let go the gun, I guess, because,
14  you know, when he -- when he supposedly let go of
15  the gun, you know, I thought the other guy was
16  shooting.  I thought they was shooting at me.  I
17  thought they was -- to tell you the truth, I
18  thought they were shooting and I was like --
19      DETECTIVE APONTE:  You know what the
20  problem I have, Ulises, is that you describe
21  everything real good, very detailed.
22      ULISES BONILLA:  'Cause I was --
23      DETECTIVE APONTE:  You remember
24  everything and you don't remember the stabbing.
25      ULISES BONILLA:  No.

1    U. Bonilla

2        DETECTIVE APONTE:  You don't remember

3    whether you had the knife or somebody passed you a

4    knife.

5        ULISES BONILLA:  The gunshot was right

6    next to my ear.

7        DETECTIVE APONTE:  Yeah, but you

8    remember everything very clearly.

9        ULISES BONILLA:  I remember --

10        DETECTIVE APONTE:  You remember the girl

11    who -- the homosexual girl who was there, the

12    lesbian girl --

13        ULISES BONILLA:  That was before -- that

14    was before I got hit twice in the head.

15        DETECTIVE APONTE:  Right.  Right.

16        ULISES BONILLA:  That was before I got

17    hit twice in the head.

18        DETECTIVE APONTE:  But then you remember

19    that -- the struggle with him, you remember you're

20    chest to chest with him, you remember that your

21    friend Misael shoots in the air.  You remember all

22    these things.

23        ULISES BONILLA:  Yeah, I remember --

24    listen, yeah, I remember --

25        DETECTIVE APONTE:  But you don't

1                          U. Bonilla

2   remember --

3           ULISES BONILLA:  I didn't have no knife.

4   I don't -- I don't -- I don't remember.

5           DETECTIVE APONTE:  Not when it started.

6   You said not when it started.  You know that when

7   it started you didn't have a knife.

8           ULISES BONILLA:  I didn't have no knife

9   when it started.  I didn't have no knife when he

10  came and hit me.

11          DETECTIVE APONTE:  Okay, maybe.

12          ULISES BONILLA:  I didn't have no knife.

13  I didn't have -- I didn't --

14          DETECTIVE APONTE:  So, then when did you

15  get the knife?

16          ULISES BONILLA:  How am I going to get

17  the knife?  I never stop.  We never stop fighting

18  or nothing.  We never -- like, I never even got a

19  punch on that guy, to tell you the truth.  Like, I

20  was just -- when he hit me once, he hit me again.

21  The only thing was I hold on, try to throw him to

22  the floor but he was just banging on me like that

23  (indicating), and I was like just bleeding all

24  over, like, you know, zoom out.  Like, I was just

25  like blank.  You know, like I was just holding to

87

U. Bonilla

1  him, you know?  That when Misael got in because he

2  saw the guy is like hitting me like --

3          DETECTIVE APONTE:  So, you're all

4  bloody?  When this thing was done you're all

5  bloody?

6          ULISES BONILLA:  Yeah.

7          DETECTIVE APONTE:  Yeah?

8          ULISES BONILLA:  Yeah, I was.

9          DETECTIVE APONTE:  So, when you say --

10  when you say that your friend asked you, "Are you

11  all right, did he cut you," you say, "No, no, I'm

12  all right, I'm all right" --

13          ULISES BONILLA:  No, he was like, "Where

14  he cut you?  Where he cut you?  Like, did he stab

15  you or something?  Where he cut you?"  I was like,

16  "Just here and here."  I was all bleeding over

17  here and stuff like that you know (indicating)?

18          DETECTIVE APONTE:  You were bleeding?

19          ULISES BONILLA:  I was all bleeding.

20          DETECTIVE CEREGHINO:  What happened to

21  the shirt you were wearing that night?

22          ULISES BONILLA:  Huh?

23          DETECTIVE CEREGHINO:  What happened to

24  the shirt you were wearing that night?

U. Bonilla

1

2      ULISES BONILLA:  I don't know.  I throw

3  it out.

4      DETECTIVE CEREGHINO:  You threw it out?

5      ULISES BONILLA:  Yeah.

6      DETECTIVE CEREGHINO:  It had a lot of

7  blood on it, huh?

8      ULISES BONILLA:  Yeah, my blood.  You

9  know, it was all over me here.  Like, you know,

10  like over here.  It had my blood over here

11  (indicating).

12      DETECTIVE APONTE:  That was your blood?

13      ULISES BONILLA:  That I know it was.

14  You know, I didn't -- I didn't know that that

15  happened.  I didn't know at that time.  I didn't

16  know, you know?  I knew that till the next day,

17  like the middle of the day.  I was going to go to

18  work, you know?  Then I was like --

19      DETECTIVE APONTE:  But that was your

20  blood on your shirt?

21      ULISES BONILLA:  That was my blood.

22      DETECTIVE APONTE:  What pants did you

23  have on?

24      ULISES BONILLA:  Regular pants.

25      DETECTIVE APONTE:  Regular pants.

U. Bonilla

1

2       ULISES BONILLA:  Like how?  Like what --

3

4       DETECTIVE APONTE:  Well, you got rid of

5  the shirt.  Did you get rid of your pants too?

6       ULISES BONILLA:  Yeah, but I didn't have

7  no blood on my pants.

8       DETECTIVE APONTE:  You didn't have --

9  what shoes did you have on?

10      ULISES BONILLA:  Some -- some -- some

11 white ones, I guess.

12      DETECTIVE APONTE:  You didn't have those

13 boots on?

14      ULISES BONILLA:  No, I didn't have no

15 boots on.  I had some -- some green ones, some

16 green and white one, you know.  That's all I

17 remember, my shirt was all bleeding over here.

18 Like, it was mad blood over here on this side

19 because of the cut.  Like this whole neck right

20 here, this whole side right here (indicating).

21      DETECTIVE CEREGHINO:  What about over

22 here (indicating)?

23      ULISES BONILLA:  Huh?

24      DETECTIVE CEREGHINO:  You have all blood

25 here too (indicating)?

U. Bonilla

1

2        ULISES BONILLA:  It was a black shirt,

3   you know?  All I know -- you know, I felt it over

4   here.  Like, it was all over here.  Like, when I

5   took it off, like it was mad red over here, my

6   shoulder (indicating).

7        DETECTIVE APONTE:  Did you go to the

8   hospital for all your injuries, for all your --

9        ULISES BONILLA:  I tried to, you know,

10  but already I went for my finger.

11       DETECTIVE APONTE:  But if you're

12  bleeding from your head, you don't go again --

13       ULISES BONILLA:  No.

14       DETECTIVE APONTE:  -- and say you were

15  attacked --

16       ULISES BONILLA:  No, I didn't want to

17  go.

18       DETECTIVE APONTE:  -- and call the

19  police from the hospital?

20       ULISES BONILLA:  I didn't want to do

21  that.  I didn't want to go.

22       DETECTIVE APONTE:  Why didn't you want

23  to do that?  I don't understand.

24       ULISES BONILLA:  I didn't want -- I

25  didn't want to go.

U. Bonilla

1

2    DETECTIVE APONTE:  But you're bleeding

3  from your head, your t-shirt's all bloody, you

4  don't think about going -- you got hit with a tire

5  iron on your back a lot of times.  You have a bump

6  like that, you say (indicating).

7    ULISES BONILLA:  Because I thought --

8    DETECTIVE APONTE:  You're cut and

9  bleeding --

10    ULISES BONILLA:  I thought it was like a

11  regular fight, like, you know, I thought oh, he

12  got me, like he got me, you know, like that.  You

13  know, he got me good and good, you know, because

14  that's what Misael told me when we was going to

15  his house.  He was like, "You good?"  He was like,

16  "You good?"  "Yeah.  Yeah, I'm good.  He just got

17  me over here, but it's nothing."

18    DETECTIVE CEREGHINO:  When did you --

19  when did you first hear that Armando died?

20    ULISES BONILLA:  The, like, day after

21  that.  I guess the day after.

22    DETECTIVE CEREGHINO:  The day after?

23    ULISES BONILLA:  Yeah, I guess like --

24  like in the afternoon.

25    DETECTIVE CEREGHINO:  So, why didn't you

92

U. Bonilla

1  go home that night?

2  ULISES BONILLA:  Huh?

3  DETECTIVE CEREGHINO:  Why didn't you go

4  home?

5  ULISES BONILLA:  Because I was scared.

6  I didn't know -- I didn't -- to tell you the

7  truth, I didn't know -- I be -- I be thinking --

8  all this time I be -- I came back -- I came back.

9  DETECTIVE CEREGHINO:  Let me make sure I

10  got this right.  You're saying you got hit on the

11  head a couple times with a tire iron, you didn't

12  even get one punch in on Armando, Misael shoots

13  the gun in the air, you run away, and you're

14  afraid to go home, you're afraid of everything?

15  DETECTIVE APONTE:  And all your friends

16  are telling you you stabbed him.

17  ULISES BONILLA:  Because of that.

18  Because of that.  Because of --

19  DETECTIVE CEREGHINO:  Because of what?

20  ULISES BONILLA:  Because I seen what

21  happened.  They told me what happened, "Why did

22  you do that?"  Was like, "No, I didn't do it."

23  DETECTIVE CEREGHINO:  What were they

24  saying you did?

U. Bonilla

1

2    ULISES BONILLA:  Huh?  They were like,

3    "Did you stab him or something?"  I was like,

4    "No."

5    DETECTIVE CEREGHINO:  Who said you

6    stabbed him?

7    ULISES BONILLA:  Huh?

8    DETECTIVE CEREGHINO:  Who said you

9    stabbed him?

10    ULISES BONILLA:  Misael.

11    DETECTIVE CEREGHINO:  Misael said you

12    stabbed him?

13    ULISES BONILLA:  No, not Misael.  I

14    mean, like my sister, Nigger.

15    DETECTIVE CEREGHINO:  Diana said you

16    stabbed him?

17    ULISES BONILLA:  They was like, "You

18    stab him or something because why he die?"  They

19    were like, "You shoot him?"  They asking me mad

20    questions.  I don't know what to say.  I don't

21    know what to say.  They be telling me -- my

22    sister, everybody told me, "Just do it.  Just do

23    it.  Go tell them your story.  Tell them that you

24    don't know.  You don't have no knife with you."  I

25    don't know, man.  I don't know what to tell you

94

U. Bonilla

1
2     guys, man.  I didn't -- I didn't have no knife on
3 me at the time.  All this time I be away I been
4 thinking.
5          DETECTIVE CEREGHINO:  The way you
6 explain it the only person that could have stabbed
7 him was you.
8          ULISES BONILLA:  I don't know.  I be
9 thinking.  I be thinking and thinking, you know,
10 like all this time I be thinking, you know, that I
11 did it, did I do it or what happened.  What the
12 fuck happened?  Like, you know, I be thinking.  I
13 be thinking that I did it or not, what happened,
14 you know.  I be thinking, you know, like, that I
15 did it to defend myself or something like that.  I
16 don't know what to say.
17         Like, everybody told me, "Did you do it
18 to defend yourself?"  Yo, if I did it to defend
19 myself, I would have told you guys, full defense
20 or something like that, you know?  I would have
21 told you guys, you know, like it was full defense.
22 You know, I was defending myself because the guy
23 was fucking beating on me with the fucking -- that
24 thing, man.  You ask anybody, you say anybody --
25 anybody know he was just hitting me with that

U. Bonilla

1

2   thing.  I don't know if -- what the fuck to say,

3   you know, but all I know that he was just beating

4   on me with that thing, you know, with the -- with

5   the stick he had, that pipe, you know.

6          Like, I be -- to tell you the truth, I

7   be -- I be thinking and thinking all this time.  I

8   went to Boston, then I came back because I was

9   like, you know, I hope they already find out who

10  was it.  I hope they find out the whole thing, you

11  know.

12         DETECTIVE CEREGHINO:  So, before --

13  before Armando came home, you said you were

14  sitting across the street drinking?

15         ULISES BONILLA:  No.  I was -- listen, I

16  was drinking at my job, right?  That's when I --

17  that's why I hit my finger, you know?

18         DETECTIVE CEREGHINO:  Right.

19         ULISES BONILLA:  So, I came back from

20  the hospital.  I went to the hospital.

21         DETECTIVE CEREGHINO:  Right.

22         ULISES BONILLA:  I was over there for

23  mad long.  I came back.  When I came back, you

24  know, it's like, we passed by the -- I passed by

25  the store, you know, got me a beer.  I just got to

96

U. Bonilla

1    
2   the block.  I was just there, getting there, you
3   know, Nigger, Misael was there, and some other
4   guy.  I don't know him, some black guy.
5            DETECTIVE CEREGHINO:  And Jocelyn was
6   sitting in the car?
7            ULISES BONILLA:  Jocelyn got there and
8   I --
9            DETECTIVE CEREGHINO:  She was sitting in
10  the car with Diana?
11           ULISES BONILLA:  Diana?
12           DETECTIVE CEREGHINO:  Yeah, Armando's
13  15-year-old daughter.
14           ULISES BONILLA:  Isn't that Nancy?
15           DETECTIVE CEREGHINO:  That's right.
16  You're right, Nancy.  Your sister's Diana.  I
17  apologize.
18           You went over and you talked to them?
19           ULISES BONILLA:  Yeah, and I asked --
20           DETECTIVE CEREGHINO:  Do you remember
21  what you told them?
22           ULISES BONILLA:  Yeah.  I asked them --
23  I told you I was talking to her.  I asked her -- I
24  told you I was asking why -- why he want to fight
25  me.  I was telling her, "Why he want to fight me?"

U. Bonilla

I was like telling them, "I don't want to fight.

Why he want to fight me?"  And both of them like,

"I don't know, I don't know," you know.  That's

when the car passed.  That's when Misael was like,

"Yo, watch out."  You know, that's when the car

passed, when I was talking to the lesbian girl,

you know?  Because I was talking to a lesbian

girl.  You know, I don't -- how am I going to tell

his daughter, you know, why your dad want to fight

me, this and that?  You know, I was asking -- I

was asking her.  I thought she knew, you know.

Because his daughter wasn't coming out --

      DETECTIVE CEREGHINO:  I thought you knew

the reason why he wanted to fight you.

      ULISES BONILLA:  Yeah, I knew, you know,

but I don't know why he --

      DETECTIVE CEREGHINO:  Then why you

asking his daughter?

      ULISES BONILLA:  Because I don't know

why he wanted to fight me.  Like, it's all of a

sudden, you know, like -- like, all this time when

he get drunk, he be asking me for the money, you

know?  But since that time -- that time, he never

-- that never happened to me like that time, you

98

U. Bonilla

1  know, when I went to the store that other time.

2  When I went to the store and he started being

3  nasty to me, like and he never been like that, you

4  know?

5          So, then the next day he told me he

6  didn't want -- that he was sorry for jumping me at

7  the store with his homie.  You know, he told me he

8  was sorry and out of nowhere he call -- he call

9  Elmer and tell him, "Yo, I want my money, I want

10 to fight him, you know, I want my money, and tell

11 him that when I see him I'm gonna get my money,"

12 like that, like --

13          DETECTIVE CEREGHINO:  So, you're saying

14 the night that Armando died he -- Armando called

15 Elmer?

16          ULISES BONILLA:  Yeah.  He call Elmer.

17 He call Elmer.  That's how I knew.  That's how I

18 knew.  Then Elmer call Henry, you know, Henry,

19 Nigger, called Nigger and tell him that Armando

20 was talking mad shit.  I don't know what shit he

21 was talking, you know.

22          DETECTIVE CEREGHINO:  Did you try to

23 reach out to Armando on the phone?

24          ULISES BONILLA:  No.

U. Bonilla

1
2      DETECTIVE CEREGHINO:  No?

3      ULISES BONILLA:  No.  No.  I didn't

4  have -- I didn't have Armando's phone number.

5      DETECTIVE CEREGHINO:  No, you could have

6  used Elmer's phone.

7      ULISES BONILLA:  No, Elmer wasn't there.

8  Nigger didn't have it.  Nigger don't do coke.

9  Only the one that had it, it could have been maybe

10 Misael.  Misael didn't have -- didn't have no

11 phone.  Misael didn't have no phone, and Elmer had

12 his phone.  Only Elmer, but Elmer live all the way

13 Babylon, something.  You know, he used to live

14 over there, you know, in Babylon, so only Nigger.

15 That's why he called Nigger, you know?

16      If somebody would have Armando phone

17 right there, he would have called Nigger or Misael

18 or me.  He probably -- he had my number.  He

19 probably would have called me.  Armando had my

20 number.

21      DETECTIVE CEREGHINO:  He knows where you

22 live.  You're right down the block.

23      ULISES BONILLA:  Yeah.

24      DETECTIVE CEREGHINO:  So, why -- why

25 doesn't he come to your house to demand this

1                  U. Bonilla

2 money?

3        ULISES BONILLA:  What you mean?

4        DETECTIVE CEREGHINO:  Why doesn't

5 he come -- if you owe him $600 --

6        ULISES BONILLA:  Because my dad doesn't

7 know, the (inaudible).  Like, my people doesn't

8 know, you know, that he sell coke.  Like, you

9 know, like, my people won't let nobody else go

10 over there in my house because when he used to go

11 to my house, he used to go over there, just sit

12 and drink with my dad's friends.  Some of them do

13 coke.  You know, he used to like make his business

14 right there selling to them, you know?  But he

15 doesn't -- you know, like, he doesn't show up like

16 that.  He not going to go in front of my house

17 like, and tell me, "Yo, pay me up," you know?

18        DETECTIVE CEREGHINO:  It's funny that

19 this all happens right after Jenny says something

20 happens in the park.

21        ULISES BONILLA:  Nothing happened at the

22 park, man.  Like, nothing happened at the park.

23 Only that happened.

24        DETECTIVE CEREGHINO:  You know, she's

25 been examined.

U. Bonilla

1

2      ULISES BONILLA:   (Inaudible.)

3      DETECTIVE CEREGHINO:   And something

4  happened.

5      ULISES BONILLA:   No, nothing happened at

6  the park, man.  You could check.  Like you said,

7  she been examined.  Nothing happened at the park.

8  I never have nothing to do with her, all right?

9  So --

10     DETECTIVE APONTE:   Did she want

11  something to do with you?

12     ULISES BONILLA:   Huh?

13     DETECTIVE APONTE:   She took your number

14  down.  Did she want something to do with you?

15     ULISES BONILLA:   I don't know, maybe.

16     DETECTIVE APONTE:   She took your number

17  down, right?

18     ULISES BONILLA:   Maybe.

19     DETECTIVE APONTE:   Did she call you?

20     DETECTIVE CEREGHINO:   How often did she

21  call you?

22     ULISES BONILLA:   She didn't used to call

23  me like -- like -- like -- like for -- like that,

24  you know, like --

25     DETECTIVE CEREGHINO:   How often did she

U. Bonilla

1

2 call you?

3         ULISES BONILLA:  Like what you mean

4 how --

5         DETECTIVE CEREGHINO:  How often did she

6 call you on your cell phone?

7         ULISES BONILLA:  Like --

8         DETECTIVE APONTE:  How many times did

9 she call you?

10        ULISES BONILLA:  How many times?  Since

11 I knew she had my number, like twice or three

12 times, I guess.

13        DETECTIVE CEREGHINO:  I only want to

14 know how many times she called you after she knew

15 your number.

16        ULISES BONILLA:  After she knew my

17 number, since the time that she knew -- she got my

18 number --

19        DETECTIVE CEREGHINO:  Right.

20        ULISES BONILLA:  The day she got it, I

21 guess, and that was a minute ago.  The day she got

22 it and then some other day that the cops was in my

23 house.  They pulled my sister over, you know, and

24 they had my house, like, with mad police in there

25 in front of my house, so she called me like, "Yo,

U. Bonilla

1

2  what happened?  You got arrested?"  I'm like, "I'm

3  talking to you.  How am I going to get arrested?"

4  She wanted to know what happened in there in front

5  of my house.

6           DETECTIVE CEREGHINO:  So, how many times

7  did she call you?

8           ULISES BONILLA:  Like three times, I

9  guess.

10          DETECTIVE CEREGHINO:  How many times did

11 you call her?

12          ULISES BONILLA:  No, never used to call

13 her like that.

14          DETECTIVE APONTE:  Do you think she had

15 a crush on you?

16          ULISES BONILLA:  To tell you the truth,

17 I don't know.  She always, like, used to -- that's

18 like -- that's like a little girl.

19          DETECTIVE APONTE:  I know, but you think

20 she had a crush on you?  Was she chasing you

21 around or something?  Did she have a crush on you

22 maybe, taking your telephone number?

23          ULISES BONILLA:  Maybe.  Maybe because

24 I --

25          DETECTIVE CEREGHINO:  She come to watch

104

U. Bonilla

1   you play handball?

2          ULISES BONILLA:  No, she -- I only see

3   her like -- like twice at the park, that day and

4   some other day that she -- you know, she be

5   passing by there.  You know, just like twice in

6   the park.  She never used to go watch me play

7   handball, you know.  I always used to be at the

8   handball court after work, you know.  I get out

9   four o'clock.  I used to be over there like five,

10  six.  I used to be over there till the park is

11  closed, you know.  We used to drink there, be

12  there, you know?  Then, like, when the park

13  closed, we used to go to the front of his house,

14  the Molino house, you know.  We used to go to the

15  back, you know.  When Tricky Thing used to be

16  there, we used to go --

17         DETECTIVE APONTE:  Pretty much we're

18  getting stuck on one particular part, and you know

19  the part it is.  Once we're there, we jump off of

20  it because -- and then we have to come back at

21  some point, okay?

22         ULISES BONILLA:  I know, but --

23         DETECTIVE APONTE:  Listen.  Listen to

24  me, man.  At some point -- you know you're under

U. Bonilla

2  arrest obviously, so at some point this is going

3  to go to court, all right?

4       ULISES BONILLA:  I know.

5       DETECTIVE APONTE:  And then in court the

6  story you're going to say is, "Maybe I stabbed

7  him, maybe I didn't stab him.  I don't remember.

8  I know he died because he was stabbed, but I don't

9  remember.  Maybe I stabbed him.  Maybe somebody

10  gave me the knife.  Maybe somebody didn't give me

11  the" -- that stuff -- that's the story you're

12  going to go in and explain that to a judge, a

13  jury.  You got to think that through yourself, my

14  man.

15       ULISES BONILLA:  Listen, I'll -- listen,

16  I was just -- when he hit me twice, I was just

17  holding to him.  That's all I know.  I was just

18  holding to him, you know.

19       DETECTIVE APONTE:  Why are your friends

20  asking you if it's self defense?  What is that

21  about?

22       ULISES BONILLA:  Huh?

23       DETECTIVE APONTE:  Your friends are

24  telling you, "Was it self defense?"  What is that?

25       ULISES BONILLA:  No, my sister, you

U. Bonilla

1

2  know, like, she, like -- everybody, like, that I

3  talk to they were like -- you know, I tell them

4  like, "I don't know if I killed him, I don't know

5  why -- why they saying I killed him or something

6  like that."  They were like, "No."  They were

7  like, "If you don't did it -- if you didn't do it,

8  why can't you explain to them, the police,

9  somebody got in the fight and started stabbing him

10 or something like that.  Why can't you" --

11         DETECTIVE APONTE:  But there were too

12 many witnesses there.

13         ULISES BONILLA:  Too many.  How you know

14 how many people was there, like in the whole --

15         DETECTIVE APONTE:  Yeah, there was mad

16 people there.  There was mad people there, but not

17 on the body.  It was you two.

18         ULISES BONILLA:  Huh?

19         DETECTIVE APONTE:  It was the two of

20 you.

21         ULISES BONILLA:  No, Misael -- me,

22 Misael and somebody else.  I don't know if it was

23 Nigger.  Like I said, I don't know if he got in.

24         DETECTIVE APONTE:  I got to tell you,

25 there's one thing -- there's one thing that both

107

U. Bonilla

1

2  sides agree to.  You know what the one thing the

3  both sides agree to?  That the one guy fires in

4  the air and says, "This is between them."

5          ULISES BONILLA:  Nah.

6          DETECTIVE APONTE:  That's what everybody

7  agrees to.

8          DETECTIVE CEREGHINO:  Mano a mano.

9          DETECTIVE APONTE:  Mano a mano, these

10 two only.  So, it's you and him, you and Armando,

11 and no one else.

12         ULISES BONILLA:  Misael -- this is when

13 we go into Misael house that I ask him -- I was

14 telling you that I ask him -- I was like, "You

15 shoot him?  You shoot him?"  You know, I was like,

16 "Who shoot him?"  He was like, "Nigger."  He was

17 like, "Nigger shoot him," like that, right?

18 Supposedly when I was like that fighting -- when I

19 was fighting with him -- not fighting.  When I was

20 holding him like this -- when I was holding him

21 like this, Misael got in and I know that Misael

22 was like pushing the nigger like that, you know.

23         DETECTIVE CEREGHINO:  How was he pushing

24 him?  He was pushing Armando?

25         ULISES BONILLA:  Yeah, he was --

108

U. Bonilla

1

2     DETECTIVE CEREGHINO:  Where was he

3  pushing him?

4     ULISES BONILLA:  He was trying to get

5  the stick from Armando.

6     DETECTIVE CEREGHINO:  Where was he

7  pushing him, in the back?

8     ULISES BONILLA:  No, the front

9  because -- he's standing up and I'm holding on to

10 his stomach like this by his waist (indicating).

11 I'm holding on, you know, like -- I said -- I even

12 screaming at him, "Yo, stop, stop, stop.  That's

13 it.  That's it.  Para."  You know, because he was

14 just -- I couldn't take it no more.  He was

15 hitting me over here in the back like that, you

16 know, like --

17     DETECTIVE CEREGHINO:  Twice, you said.

18     ULISES BONILLA:  That was in the head

19 over here (indicating).

20     DETECTIVE APONTE:  How many times in the

21 back?

22     ULISES BONILLA:  Couple of times.  I

23 was -- I'm holding him like this.  I'm not holding

24 him but --

25     DETECTIVE APONTE:  It don't make sense

1                           U. Bonilla

2    what you're saying he hit you in the back.  He's

3    beating the shit out of you, you said, right?  How

4    many times did he beat you -- did he hit you in

5    the back?

6              ULISES BONILLA:  No more than ten times.

7              DETECTIVE APONTE:  Ten times with a tire

8    iron in your back and twice in your head?

9              ULISES BONILLA:  Yeah, you know, because

10   the next day I had like -- this whole back was

11   like a big ass bump like this, like big, you know

12   (indicating).

13             I be thinking all this time.  I be

14   trying to figure it out.  Like, you know,

15   everybody be telling me, probably somebody got in

16   and did it or no, I was like -- you know, like --

17   it's like -- I be like trying to think like, did

18   somebody did it or --

19             DETECTIVE CEREGHINO:  The way you

20   explain it, no one else could have gotten in

21   there.

22             DETECTIVE APONTE:  Ulises, you got to

23   come to terms with what happened here, man.

24             ULISES BONILLA:  It doesn't --

25             DETECTIVE APONTE:  You got to do a

U. Bonilla

1

2 better job explaining, man.  You got to do a

3 better job explaining it.

4          ULISES BONILLA:  (Eso es lo que pas□.

5 Eso es lo que pas□, THAT'S WHAT HAPPENED.  THAT'S

6 WHAT HAPPENED.)

7          DETECTIVE APONTE:  You got to do a

8 better job explaining it, man.

9          ULISES BONILLA:  I was just holding on

10 to him like that (indicating).  Never even got a

11 punch to him -- to him.  I never even got to punch

12 him or something like that, you know?  So, how

13 the -- how the fuck a knife appeared on me or

14 something like that, you know, like, how -- I

15 be -- I be -- be trying to think because the only

16 guy that got close to him was Misael.  Did he give

17 me the knife or something?

18          DETECTIVE APONTE:  Maybe.  Did he?

19          ULISES BONILLA:  That's what I be trying

20 to think.  That's what I be trying to think.

21          DETECTIVE APONTE:  You know what?  Maybe

22 you should do some more thinking.

23          You want to let him think for a second

24 here?

25          DETECTIVE CEREGHINO:  Yeah, we'll give

1      U. Bonilla

2  you a couple minutes, all right?

3          ULISES BONILLA:  (Inaudible.)

4          DETECTIVE CEREGHINO:  Yeah, you think

5  for a second.

6          DETECTIVE APONTE:  Think because that's

7  the stuff -- listen to me.  That's the stuff

8  that's going to -- it doesn't make any sense the

9  way you're explaining it, my man.  It makes

10 absolutely no sense.

11         DETECTIVE CEREGHINO:  You think for a

12 couple minutes.

13              (At 1:55 a.m. Detective Cereghino and

14              Detective Aponte left the room.)

15              (At 2:50 a.m. Detective Cereghino and

16              Detective Aponte entered the room.)

17         DETECTIVE CEREGHINO:  What's up, Ulises?

18 What's the matter, you cold?

19              Turn that up a little bit.

20              Have you had some chance to think, think

21 about what we were talking about?

22         ULISES BONILLA:  I be thinking for the

23 past --

24         DETECTIVE CEREGHINO:  What?

25         ULISES BONILLA:  I be thinking for the

112

U. Bonilla

1
2 past month, man.

3        DETECTIVE CEREGHINO:  You been thinking
4 for the past month?  What have you been thinking
5 about?

6        ULISES BONILLA:  Trying -- trying to
7 remember.

8        DETECTIVE CEREGHINO:  Trying to remember
9 what happened that night?  What does that tell
10 you?

11        ULISES BONILLA:  Huh?

12        DETECTIVE CEREGHINO:  When you're saying
13 you're trying to remember about what happened that
14 night, you tell me you don't remember and you tell
15 me that -- is it possible --

16        DETECTIVE APONTE:  Ulises, sit up.  I
17 can't even see your face.  I can barely hear what
18 you're saying.

19        DETECTIVE CEREGHINO:  Is it possible
20 that you stabbed him and you don't remember?

21        ULISES BONILLA:  I didn't have no knife
22 with me, man.  That's -- that's what I know
23 because I didn't have no knife with me.  I don't
24 know --

25        DETECTIVE APONTE:  When you got there,

113

U. Bonilla

1

2  you mean?

3          ULISES BONILLA:  Huh?

4          DETECTIVE APONTE:  When you got there,

5  you had no knife.

6          ULISES BONILLA:  I didn't have no knife

7  on me at all, like --

8          DETECTIVE CEREGHINO:  You get out of

9  there, you go to Misael's house?  How did you get

10 there?

11         ULISES BONILLA:  Walking.

12         DETECTIVE CEREGHINO:  You walked?  Where

13 does he live, on Railroad?

14         ULISES BONILLA:  Yeah.

15         DETECTIVE CEREGHINO:  915 Railroad

16 Avenue?

17         Okay, then where do you go from there?

18         ULISES BONILLA:  I was walking around,

19 man.

20         DETECTIVE CEREGHINO:  When did you get

21 into your sister's car?

22         ULISES BONILLA:  (Inaudible) when my

23 finger was cut, that's what you're saying?

24         DETECTIVE CEREGHINO:  After Armando gets

25 stabbed, when did you get in your sister's car?

1               U. Bonilla

2               ULISES BONILLA:  I didn't go in her car.

3               DETECTIVE CEREGHINO:  There's a lot of

4    blood in that car.

5               ULISES BONILLA:  I never got in her car.

6               DETECTIVE CEREGHINO:  But you

7    understand, there's a lot of blood in that car.

8               ULISES BONILLA:  Yeah, I --

9               DETECTIVE CEREGHINO:  We have the car.

10   You know we have the car, right?

11              ULISES BONILLA:  Yeah, I know.

12              DETECTIVE CEREGHINO:  And I'm not going

13   to lie to you 'cause it hasn't been -- they

14   haven't gotten the DNA on it.  Do you know what

15   DNA is?

16              DETECTIVE APONTE:  Sit up, Ulises.

17              DETECTIVE CEREGHINO:  They can test --

18   when they find blood, they can test and find out

19   exactly whose it is, not, you know, a group, not a

20   male white, not a male black, not a male Hispanic.

21   They can tell exactly who it is, and I'm not

22   saying that they've done all the testing, but what

23   happens if they do the testing on the blood in

24   your sister's car and maybe some of it's yours but

25   it comes back to Armando?  That would tell me that

115

U. Bonilla

1

2    you got -- that you got in that car, right?

3           ULISES BONILLA:  You guys don't

4    understand, man.

5           DETECTIVE CEREGHINO:  You got to sit up

6    so I can hear you.

7           DETECTIVE APONTE:  See how it gets all

8    complicated, man?  See how it gets complicated

9    when --

10          ULISES BONILLA:  It's like I said --

11          DETECTIVE APONTE:  The truth is the

12   truth is the truth, man.  That gets all

13   complicated.  When you try to twist the truth, it

14   gets complicated, man.

15          ULISES BONILLA:  How am I gonna twist

16   the truth, man?  I be thinking -- all this time --

17   all this time, like I said, like, I was with my --

18   I was going to turn myself in, you know, like I

19   told you guys, I was, man.  Like, I not even lying

20   'cause I didn't know what to do no more.  I was

21   just thinking.  I was, like, police didn't know --

22   like, you know, like -- you know, like --

23   something like that, when they find out the whole

24   thing --

25          DETECTIVE APONTE:  If we find Armando's

116

U. Bonilla

1

2  blood in your sister's car, how do we explain

3  that?  How do we explain that?  We're going to

4  have a problem with that.

5          ULISES BONILLA:  I don't -- you guys.

6          DETECTIVE CEREGHINO:  Ulises, what would

7  you be turning yourself in for?

8          ULISES BONILLA:  Huh?

9          DETECTIVE CEREGHINO:  Why would you

10  be --

11          ULISES BONILLA:  For the warrants

12  because supposedly I got mad warrants in my --

13          DETECTIVE CEREGHINO:  What?

14          ULISES BONILLA:  I got mad warrants to

15  my house.

16          DETECTIVE CEREGHINO:  So, you --

17          ULISES BONILLA:  I was gonna go to court

18  the 14th.

19          DETECTIVE CEREGHINO:  Let me get this

20  straight.

21          ULISES BONILLA:  I was gonna go to

22  court.  Supposedly they send mad letters to my

23  house saying I'm going to get a warrant, this and

24  that.

25          DETECTIVE CEREGHINO:  Let me get this

117

U. Bonilla

1
2   straight.  You're so upset about what happened
3   with Armando, you were going to turn yourself in
4   because of some warrants?

5          ULISES BONILLA:  Yeah.  And then they --
6   after that, you know, I figured when I turn myself
7   in, you know, I know I already got a warrant for
8   missing two court dates.

9          DETECTIVE CEREGHINO:  Yeah?

10         ULISES BONILLA:  You know, so when I
11  turn myself in they going to find out.  You know,
12  I just going to tell them.

13         DETECTIVE CEREGHINO:  They're going to
14  find what out?

15         ULISES BONILLA:  Huh?

16         DETECTIVE CEREGHINO:  What are they
17  going to find out?

18         ULISES BONILLA:  They want to question
19  me, they going to find out that I'm already in
20  jail, you know?

21         DETECTIVE CEREGHINO:  How is that going
22  to help you, though?

23         ULISES BONILLA:  Wasn't going to help
24  me.  You know, I just going to turn myself in.
25  How the fuck am I just gonna come over here and

U. Bonilla

1  tell my story, like --

2          DETECTIVE CEREGHINO:  But you tell me

3  you run because you don't know why, you're going

4  to turn yourself in 'cause you don't know why.

5          ULISES BONILLA:  I tell you I --

6          DETECTIVE CEREGHINO:  And my partner

7  said, all we're looking for is the truth here.

8  We're not going to put words in your mouth.

9          ULISES BONILLA:  If I knew -- like, if

10 I -- if I can remember or something like that,

11 like -- you know, like that I -- that I did

12 something or I --

13         DETECTIVE APONTE:  Ulises, how we going

14 to explain Armando's blood in your sister's car?

15 How we going to explain that?

16         ULISES BONILLA:  I don't know.  I don't

17 know.  I don't know.  She probably was there.  She

18 probably, you know, like with somebody, you know?

19 Like, I don't know.  I don't, man.  You guys --

20 all I remember was going to Misael house and

21 staying there.  You know, I was like -- you know,

22 I was --

23         DETECTIVE APONTE:  For how long?

24         ULISES BONILLA:  Huh?

119

U. Bonilla

1

2 DETECTIVE APONTE:  For how long?

3 ULISES BONILLA:  Like, I stay there in

4 the back of his house for a good time, but I

5 don't --

6 DETECTIVE APONTE:  For how long?  For

7 how long?

8 ULISES BONILLA:  I don't remember.  I

9 don't know.

10 DETECTIVE APONTE:  A day, two days,

11 three days, four days?

12 ULISES BONILLA:  To the middle of the

13 night or something like that.

14 DETECTIVE APONTE:  And then where did

15 you go?

16 ULISES BONILLA:  Huh?

17 DETECTIVE APONTE:  Where did you go?

18 ULISES BONILLA:  I left, you know?

19 DETECTIVE APONTE:  I know, but where?

20 ULISES BONILLA:  I just left.  I walk

21 till I came to the city.

22 DETECTIVE APONTE:  That day after it

23 happened, you went to the city after going to

24 Armando -- after going to what's his name's house,

25 right?

120

1                    U. Bonilla

2         ULISES BONILLA:  Yeah.

3         DETECTIVE APONTE:  You didn't go -- you

4   didn't think about going to the hospital?

5         ULISES BONILLA:  No, (inaudible) go to

6   the hospital?

7         DETECTIVE APONTE:  Where you been since?

8   You said you went up to Boston?

9         ULISES BONILLA:  Yeah.

10        DETECTIVE APONTE:  Why did you --

11  Ulises, you got to sit up, man.  I'm trying to

12  talk to you.  Why would you go to Boston?

13        ULISES BONILLA:  To see what the whole

14  thing -- you know, to see what happened.  To see

15  if you guys find out who it was, to see you

16  guys --

17        DETECTIVE APONTE:  Why would you go up

18  to Boston to find that out?  How would they know

19  in Boston what we're doing down here?

20        ULISES BONILLA:  Huh?  What you mean how

21  they would know?

22        DETECTIVE APONTE:  Why would you go to

23  Boston?

24        ULISES BONILLA:  I --

25        DETECTIVE APONTE:  Why would you run

121

U. Bonilla

1

2  from us and go up to Boston?

3        DETECTIVE CEREGHINO:  Why would you go

4  to Boston while we're conducting our

5  investigation?

6        ULISES BONILLA:  'Cause I was hoping you

7  guys find out, like, what happened.  You know,

8  like, if you guys were really, like, looking for

9  me or something like that or you guys -- you know,

10  you just wanted to question me or something like

11  that.

12        DETECTIVE APONTE:  Okay, so now you

13  come -- how long were you up in Boston for?

14        ULISES BONILLA:  I don't know.

15        DETECTIVE APONTE:  Huh?

16        ULISES BONILLA:  I don't know.

17        DETECTIVE APONTE:  About three days,

18  four days, five days?  I mean --

19        ULISES BONILLA:  No.

20        DETECTIVE APONTE:  How long were you up

21  there for?

22        ULISES BONILLA:  Two weeks.

23        DETECTIVE APONTE:  Two weeks?

24        ULISES BONILLA:  A week.

25        DETECTIVE APONTE:  Then you come back

122

1                           U. Bonilla

2       here?

3                   ULISES BONILLA:  Yeah.

4                   DETECTIVE APONTE:  Do you go to your

5       house?

6                   ULISES BONILLA:  Huh?

7                   DETECTIVE APONTE:  Do you go back to

8       live in your house?

9                   ULISES BONILLA:  No, they don't want me

10      in my house.

11                  DETECTIVE APONTE:  Why?

12                  ULISES BONILLA:  Huh?

13                  DETECTIVE APONTE:  Why?

14                  ULISES BONILLA:  They all like

15      (inaudible) told to go tell you guys, you know,

16      what happened, this and that, you know.

17                  DETECTIVE APONTE:  Right.

18                  ULISES BONILLA:  To go tell you guys.

19                  DETECTIVE APONTE:  You don't want to do

20      that?

21                  ULISES BONILLA:  Yeah, but I don't

22      remember.  I don't know.  You know, I want to -- I

23      want to go, you know, want to go tell them, you

24      know.  They're not going to say, like, how the

25      fuck do you want to say all these (inaudible).

1      U. Bonilla

2          DETECTIVE APONTE:  So, you chose not to

3    come talk to us, then.  So, where did you go then

4    when you weren't allowed in your house 'cause you

5    wouldn't come in and surrender yourself or come

6    talk to us?  Where did you go then?

7          ULISES BONILLA:  I just look for -- I

8    looking for jobs, you know.

9          DETECTIVE APONTE:  Where did you end up?

10         ULISES BONILLA:  Huh?

11         DETECTIVE APONTE:  Where did you end up?

12   Where were you sleeping?

13         ULISES BONILLA:  The street, I guess.

14   Everywhere, like --

15         DETECTIVE APONTE:  How about the horse

16   farm thing?  How about the -- tell us about the

17   horse farm.

18         ULISES BONILLA:  I got a job right

19   there, you know.  And I would just think, you

20   know, I was just -- you know, I was just --

21         DETECTIVE APONTE:  How did you know we

22   were coming that day?

23         ULISES BONILLA:  Huh?

24         DETECTIVE APONTE:  How did you know we

25   were coming that day?

1                           U. Bonilla

2              ULISES BONILLA:  What day?

3              DETECTIVE APONTE:  The day -- the day we

4    were going to come and visit you at the horse

5    farm.  How did you know?  How did you find out?

6    Who told you?

7              ULISES BONILLA:  I didn't know.  I

8    didn't know.  I just went to get my hair cut.  I

9    just went to get my hair cut that day I left.

10             DETECTIVE APONTE:  What time?

11             ULISES BONILLA:  I went to the laundry.

12   I went to get my hair cut, like -- like 12, 11,

13   you know, and I was just -- you know, I was just

14   over there and, you know, I got scared.

15             DETECTIVE APONTE:  How did you get your

16   pay money?  How did you get paid?

17             ULISES BONILLA:  Huh?

18             DETECTIVE APONTE:  How did you get paid?

19   You got paid that day, right?

20             ULISES BONILLA:  Yeah.

21             DETECTIVE APONTE:  How did you get paid?

22   Who gave you the money?

23             ULISES BONILLA:  Some guy.

24             DETECTIVE APONTE:  Who?

25             ULISES BONILLA:  Some guy that work

1                    U. Bonilla

2    there.

3              DETECTIVE APONTE:  Well, what's his

4    name?

5              ULISES BONILLA:  Pepe.

6              DETECTIVE APONTE:  Pepe?

7              ULISES BONILLA:  I guess.

8              DETECTIVE APONTE:  So, Pepe gave you

9    your pay?

10             ULISES BONILLA:  Yeah.  I got there, you

11   know, I came from the laundry.  When I got there

12   --

13             DETECTIVE APONTE:  About what time was

14   that?  About what time did you come from the

15   laundry?

16             ULISES BONILLA:  Like twelve or one

17   something.

18             DETECTIVE APONTE:  Okay.

19             ULISES BONILLA:  Then Pepe gave me the

20   money, you know, and I was just scared, you know.

21   I really -- I don't know, like --

22             DETECTIVE APONTE:  Why were you scared?

23             ULISES BONILLA:  Because when I went to

24   the laundry, like mad, mad cops just came, like,

25   in the laundry, you know, like -- you know.

126

U. Bonilla

1

2       DETECTIVE APONTE:  Who did you call?

3       ULISES BONILLA:  Huh?

4       DETECTIVE APONTE:  Who called you?  Who

5 did you call?

6       ULISES BONILLA:  No, I didn't call.

7       DETECTIVE APONTE:  You know we're

8 watching your telephone.

9       ULISES BONILLA:  If I had any --

10       DETECTIVE APONTE:  So, you got --

11       ULISES BONILLA:  You should know if I

12 make any calls.  You know, I call -- I used to

13 make calls.  You know, like, I already knew you

14 guys had my number.  You guys went there and like

15 people in there have my number.  You know, like, I

16 just wanted -- I told you I just wanted to turn

17 myself in.  I just wanted --

18       DETECTIVE APONTE:  But you didn't do

19 that.

20       ULISES BONILLA:  I was going to do that,

21 man.

22       DETECTIVE APONTE:  But you didn't do

23 that.

24       ULISES BONILLA:  I didn't do it.

25       DETECTIVE APONTE:  Right.

1           U. Bonilla

2           ULISES BONILLA:  If you guys checking my

3  phone, so check --

4           DETECTIVE APONTE:  Then you were using

5  the guy's telephone number upstairs and you were

6  using -- the other guy that you shared that house,

7  you were using their phone to make phone calls,

8  remember that?

9           ULISES BONILLA:  What guy upstairs?

10          DETECTIVE APONTE:  The guy upstairs.

11          DETECTIVE CEREGHINO:  Your neighbor.

12          ULISES BONILLA:  My neighbor --

13          DETECTIVE CEREGHINO:  The guy that --

14          DETECTIVE APONTE:  The guy with the Audi

15  that drove you out of there; remember that guy?

16          ULISES BONILLA:  Yeah.

17          DETECTIVE APONTE:  Yeah, remember that

18  guy?

19          ULISES BONILLA:  Yeah, but I wasn't --

20          DETECTIVE APONTE:  You used his phone.

21          ULISES BONILLA:  I didn't use his phone.

22  I didn't use his phone.

23          DETECTIVE CEREGHINO:  Where did he take

24  you that night?

25          DETECTIVE APONTE:  No, you used the

128

U. Bonilla

2  other guy's phone downstairs.  The other guy who

3  has -- who has the room with you.  You had the

4  front room, he had the back room.

5         ULISES BONILLA:  Yeah.

6         DETECTIVE APONTE:  You have a phone, but

7  you use his phone.

8         ULISES BONILLA:  Yeah, I use his phone.

9         DETECTIVE APONTE:  Why?  Who did you

10  call?

11         ULISES BONILLA:  I called my sister.

12         DETECTIVE APONTE:  Right, and what did

13  your sister tell you?

14         ULISES BONILLA:  Huh?  She didn't tell

15  me nothing, you know -- you know -- you know, I

16  was telling her, you know, what to do and shit

17  like that.  She was like, "Just do it, man.  Just

18  go tell them.  Probably they believe you."  You

19  know, everybody used to tell me that.

20         DETECTIVE APONTE:  Did your sister tell

21  you that we had your girlfriend?

22         ULISES BONILLA:  No.

23         DETECTIVE APONTE:  Come on now.

24         ULISES BONILLA:  No, she didn't tell --

25         DETECTIVE APONTE:  Come on now.

129

U. Bonilla

1   ULISES BONILLA:  She didn't tell me.

2   She didn't tell me nothing like that, man.  She

3   never told me nothing like that.

4   DETECTIVE APONTE:  I sat in the chair

5   that you sat in when you were looking through that

6   -- through the door to the entrance of the

7   property.  I sat in that same chair.

8   ULISES BONILLA:  (Inaudible.)

9   DETECTIVE APONTE:  Right.  'Cause you

10  thought we were coming that night, right?  So how

11  would you know that?

12  ULISES BONILLA:  I had a feeling.  You

13  know, I had a --

14  DETECTIVE APONTE:  It had to be more

15  than a feeling.  You're making phone calls, you're

16  not using your own phone, you sit in the chair,

17  you look out the glass door watching for the

18  police to come.

19  DETECTIVE CEREGHINO:  How do you go from

20  very comfortable to very uncomfortable?

21  ULISES BONILLA:  Huh?

22  DETECTIVE CEREGHINO:  How do you go from

23  very comfortable --

24  ULISES BONILLA:  Because when I was at

130

U. Bonilla

1
2  the laundromat, you know, like -- like, mad police
3  car got in there, you know, and I was just scared,
4  you know.  Like, when the -- when I was at the
5  laundry, I was -- I went to the laundry right
6  there, like -- like -- like a couple blocks down.
7  You know, I was there.  You know, I even went
8  walking.  I left the laundry, I went to get a
9  haircut.  You know, I was getting a haircut and
10 when I got back there, there were -- police was
11 still there and they was just looking at me, you
12 know.  So, when I got over there I was like -- I
13 was gonna get my paycheck (inaudible) you know.
14 Then, you know, I was just scared, you know, like
15 --
16        DETECTIVE APONTE:  So, you just sat in
17 the office (inaudible) a chair looking out --
18 looking out the window?
19        ULISES BONILLA:  Yeah, I call -- I
20 always used to do that.  I always used to be like
21 that, you know, always used to be like that.
22        DETECTIVE APONTE:  Where'd you go from
23 there?
24        ULISES BONILLA:  Huh?
25        DETECTIVE APONTE:  Where'd you go from

131

U. Bonilla

1

2  there?  When the guy gave you the ride in the

3  Audi, where did he take you?

4           ULISES BONILLA:  Um-hmm.

5           DETECTIVE APONTE:  We talked to him.

6  Don't lie now.

7           ULISES BONILLA:  To the station.

8           DETECTIVE APONTE:  Where?

9           ULISES BONILLA:  To the station, to the

10 train station.

11          DETECTIVE APONTE:  Which train station?

12          ULISES BONILLA:  The one (inaudible).

13          DETECTIVE APONTE:  Which train station?

14          ULISES BONILLA:  The one right there.

15 The one close to there.

16          DETECTIVE APONTE:  And where'd you go

17 from there?

18          ULISES BONILLA:  Huh?

19          DETECTIVE APONTE:  Where'd you go from

20 there?

21          ULISES BONILLA:  To the city.  I be in

22 the city, you know, like -- that's all I go, you

23 know.

24          DETECTIVE APONTE:  Where in the city?

25          ULISES BONILLA:  (Inaudible.)

132

U. Bonilla

1    U. Bonilla

2        DETECTIVE APONTE:  Where you been

3    sleeping in the city?  Where you been sleeping?

4        ULISES BONILLA:  In the park.

5        DETECTIVE APONTE:  In the park, in Penn

6    Station?

7        ULISES BONILLA:  All the -- other

8    places.

9        DETECTIVE APONTE:  How come you haven't

10   eaten in four days?  You got money.

11       ULISES BONILLA:  You know, like,

12   sometimes I used to go, like, to -- I went like

13   two, three times -- times to hotel.

14       DETECTIVE APONTE:  Right.

15       ULISES BONILLA:  Where, you know --

16       DETECTIVE APONTE:  How come you

17   haven't -- you have money.  How come you haven't

18   bought food?

19       ULISES BONILLA:  I didn't want to waste

20   it on food, you know.

21       DETECTIVE APONTE:  What you want to

22   waste it on?

23       ULISES BONILLA:  You know, I wanted to

24   look for -- for a job.  You know, like, I

25   wanted -- you know, like I wanted to see what was

133

U. Bonilla

1   going on, like --

2           DETECTIVE APONTE:  So, pretty much you

3   were homeless because you knew we were looking for

4   you?

5           ULISES BONILLA:  Huh?

6           DETECTIVE APONTE:  Pretty much you were

7   homeless because you knew we were looking for you?

8           ULISES BONILLA:  Yeah.  Everybody I used

9   to call -- you know, I used to -- I got some

10  numbers from the Yellow Pages, you know, and

11  something like that.  You know, I used to check

12  'cause I didn't got no numbers and everybody I

13  used to call used to tell me, "Just turn yourself

14  in.  Tell them your story," you know -- you know,

15  go --

16          DETECTIVE APONTE:  And the best story

17  you can think of is I don't know whether I had a

18  knife or not.

19          ULISES BONILLA:  That's -- that's what I

20  told them.

21          DETECTIVE APONTE:  When we try to --

22  when we look in your sister's car and you got

23  blood in your sister's car, how we going to

24  explain that one, Ulises?  How we going to explain

134

U. Bonilla

1

2  that one, Ulises?

3          ULISES BONILLA:  I don't --

4          DETECTIVE APONTE:  That's the problem

5  there.  How we going to explain that?

6          ULISES BONILLA:  I don't know.

7          DETECTIVE CEREGHINO:  Misael tells us

8  you get in a car that night.

9          ULISES BONILLA:  Who?

10          DETECTIVE CEREGHINO:  Misael tells us

11  you get in your sister's car that night.

12          ULISES BONILLA:  How I gonna get in --

13          DETECTIVE APONTE:  Too much blood -- too

14  much blood for a finger.  Listen, Ulises --

15          ULISES BONILLA:  I remember going to

16  Misael house.

17          DETECTIVE CEREGHINO:  I'm not saying you

18  didn't go there.

19          DETECTIVE APONTE:  Too much blood for

20  one little finger, dude.

21          ULISES BONILLA:  I don't know.

22          DETECTIVE APONTE:  You're just better

23  off saying the truth, man.

24          ULISES BONILLA:  That's the truth, man.

25  I be trying to remember.

135

U. Bonilla

1

2     DETECTIVE APONTE:  The truth is you

3 don't remember whether you stabbed someone to

4 death or not?  That's the truth, you don't

5 remember whether you stabbed someone to death?

6     ULISES BONILLA:  How you know --

7     DETECTIVE APONTE:  You don't remember

8 your clothes being soaked with blood and going

9 into your sister's car?  You don't remember that?

10 That's physical evidence, man.

11     DETECTIVE CEREGHINO:  It's possible --

12 it's possible you don't remember how many times

13 you stabbed him, but to not remember having a

14 knife in your hand, that's -- that's kind of hard

15 to believe.

16     ULISES BONILLA:  It -- no --

17     DETECTIVE CEREGHINO:  I mean, do you

18 agree with that?

19     ULISES BONILLA:  I didn't -- the thing

20 is I didn't have no knife.  Like, I can't -- I be

21 like -- you know, I be thinking and thinking all

22 this time.  Like, all this time I be thinking.  I

23 been trying to think, did I have a knife?  How the

24 fuck did a knife appear on me?  Where the fuck did

25 I grab it if I had it?  Did I take it from him or

U. Bonilla

1

2  something or Misael give it to me or something

3  like that?  Because Misael was the only one that

4  got close, you know, that got in the fight.  You

5  know, he was the only one that got in the fight.

6  You know it was like did he did it?  Did he give

7  it to me?  I be thinking like -- you know, like

8  this whole time, so -- since I left.  Like, I'm

9  not sure, man.  I be trying to think.

10          DETECTIVE APONTE:  Put it this way.  Let

11  me ask you a question.  Did he bleed on you?  That

12  blood in your sister's car, some of it's going to

13  be his, right?  Did he bleed on you?

14          ULISES BONILLA:  I don't know.  When I

15  left -- when I heard the gunshot and I left, you

16  know, I look back, you know, I thought the guy was

17  shooting, I saw him walking to his house.  I saw

18  him go walking.

19          DETECTIVE APONTE:  Listen to me.  Listen

20  to me.  Was he bleeding on you?

21          ULISES BONILLA:  I don't know.  How am I

22  gonna know?  I'm holding to the guy.  I got mad

23  blood on me.  I got mad blood.

24          DETECTIVE APONTE:  You know how you're

25  gonna know?  You know how you're gonna know?

U. Bonilla

1

2  Ulises, you know how you're gonna know?  Because

3  you could -- you're there.  You know whether you

4  stabbed him or not.  That's how you know.  You

5  know that.  You know that.

6           ULISES BONILLA:  Who --

7           DETECTIVE APONTE:  You know that.

8           ULISES BONILLA:  I was --

9           DETECTIVE APONTE:  You would know

10  whether the guy's bleeding on you because if

11  you're stabbing him, you would know it.

12           ULISES BONILLA:  How am I gonna?  How am

13  I gonna know it, man?  That guy -- holding to the

14  guy.  I didn't see the guy falling.  I didn't see

15  nothing.

16           DETECTIVE APONTE:  Doesn't mean he

17  wasn't stuck.  Doesn't mean he wasn't stabbed.  He

18  doesn't walk very far before he collapses.  He

19  doesn't go very far before he hits the ground.

20           ULISES BONILLA:  Oh, man.

21           DETECTIVE CEREGHINO:  Was he bleeding

22  before you ran away?

23           ULISES BONILLA:  Like -- like how?

24           DETECTIVE CEREGHINO:  Was he bleeding --

25  did you see any blood on him before you ran away?

1                             U. Bonilla

2                   ULISES BONILLA:  I didn't see nothing,

3       you know.  I was just -- I was just like --

4                   DETECTIVE APONTE:  Ulises, there's

5       too many -- there's too many witnesses to this --

6       to this thing.

7                   ULISES BONILLA:  Right.  There can be

8       all the witnesses.  That's not telling my story.

9       I don't know.  I didn't -- I didn't stab him.  Did

10      I know, you know, because I was just holding on to

11      the guy like this (indicating).  I was just

12      hugging him, you know, like this.  He was just --

13      you know, like, I didn't want to keep my head like

14      so he could hit me.

15                  DETECTIVE APONTE:  But with all that

16      going on, you don't remember whether you stabbed

17      him or not?

18                  ULISES BONILLA:  No.

19                  DETECTIVE APONTE:  You don't remember

20      maybe you had a knife and maybe you didn't have a

21      knife?

22                  ULISES BONILLA:  I didn't have no knife

23      for sure.  I know that for sure.

24                  DETECTIVE APONTE:  At any point.  At any

25      point.

139

U. Bonilla

1

2    ULISES BONILLA:  At any point because

3  when I came from the hospital --

4        DETECTIVE CEREGHINO:  When you're

5  hugging him -- when you're hugging him, you got

6  your arms around his chest, where's your head?

7        ULISES BONILLA:  Huh?

8        DETECTIVE CEREGHINO:  Where is your head

9  when you're hugging him?

10        ULISES BONILLA:  Like in a shell like

11  this (indicating).  I'm trying to keep my head

12  down, you know, 'cause when he hit me --

13        DETECTIVE CEREGHINO:  You're pressing it

14  against his chest?

15        ULISES BONILLA:  Huh?

16        DETECTIVE CEREGHINO:  Are you pressing

17  it against his chest?

18        ULISES BONILLA:  To the side.  To the

19  side, you know.

20        DETECTIVE CEREGHINO:  So, he's hitting

21  you like this (indicating)?

22        ULISES BONILLA:  Yeah.  Yeah, like that.

23  Like, all I felt was -- all I felt was hitting,

24  like -- like, you know, I felt mad people just

25  jumping me or something like that, you know,

U. Bonilla

1

2    'cause I felt like he was just going at it.  Like,

3    I was just telling him, "Yo, stop.  Stop."  You

4    know, I was just telling, "Yo, para.  Para."  You

5    know, that's all I was telling him, you know, and

6    I was just holding on to him.

7         Then Misael, you know, try to get it

8    away from me.  I'm over here, you know, like

9    still -- you know, like (todavía blanco, me

10   entendes, que, de, de los golpes, STILL BLANK, YOU

11   UNDERSTAND, THAT, FROM THE BLOWS).  Misael (le

12   dije así, I TOLD HIM LIKE THAT).  Then I heard the

13   gunshot, man.  Me thinking, you know, like -- it

14   was like, if I did it, you know, like how did I

15   grab the knife?  How did I got a knife on me?

16   How --

17        DETECTIVE APONTE:  That's the questions

18   we're asking you.

19        ULISES BONILLA:  That's the question I

20   be having since I didn't want to come and talk to

21   you guys 'cause I don't know.  I be thinking this

22   whole time.  I be thinking this whole time, man.

23        DETECTIVE CEREGHINO:  Well, have you

24   talked to anybody else who was there that night?

25   What did Misael tell you happened?

U. Bonilla

1
2 ULISES BONILLA:  What?

3 DETECTIVE CEREGHINO:  What did Misael
4 tell you happened that night?

5 ULISES BONILLA:  I already told you I
6 hardly talk to Misael that whole time.

7 DETECTIVE CEREGHINO:  You haven't talked
8 to him since that night?

9 ULISES BONILLA:  No.

10 DETECTIVE CEREGHINO:  What did he tell
11 you?

12 ULISES BONILLA:  That night?

13 DETECTIVE CEREGHINO:  Yeah.

14 ULISES BONILLA:  He tell me that he
15 shoot him.  That's what he tell me.  He didn't
16 tell me he shoot him.  He was like, "Nigger shoot
17 him," because I was like, "What happened?  Who
18 shoot him?"  And he was, like -- he was like,
19 "Nigger did it.  Nigger did it."  He was telling
20 me like that, you know, Nigger did it.  Then I ask
21 Nigger.  He was like "Me, I didn't have no gun.  I
22 didn't have no gun.  Misael had the gun."  You
23 know, like, Nigger told me that, you know, "I
24 didn't shoot him."  I was like, "Misael said you
25 shoot him."  I was like, "Why you shoot him for?"

142

U. Bonilla

1   I thought, you know, that he got shot.  You know,

2   so I was like, "Why you shoot him for," you know?

3          DETECTIVE CEREGHINO:  At that time you

4   didn't know that he had been stabbed?

5          ULISES BONILLA:  No, I -- I didn't know

6   he was -- that was going to happen in that little

7   fight.  I didn't know, you know?

8          DETECTIVE CEREGHINO:  Things got carried

9   away.  There's no doubt about it.

10         ULISES BONILLA:  I know.  I know, you

11  know?  I know if I -- if I would have -- I don't

12  know, man.  I didn't have no knife.  Like, I be

13  thinking about it, you know, because I was just --

14  listen, I didn't even went to my house from the

15  hospital.  I went to the deli and back.  You know,

16  when I got to the deli -- when I got back there,

17  there was that girl there, you know, that I was

18  asking and that's it and that's it.

19         And the phone call -- and the phone call

20  that they -- that he called -- you know, Tricky

21  Thing called Nigger to tell him, you know, and

22  that's it and that's it.  You know, and that was

23  like -- like ten, five minutes.  I was just

24  getting from the hospital, you know?  How the -- I

143

U. Bonilla

1

2 didn't even got home, I didn't even went to the

3 Molino house to get a knife or I didn't even went

4 home or something.  You know, I -- where am I

5 gonna pick up a knife from?

6              DETECTIVE APONTE:  How did you cut your

7 finger?  You said at work?

8              ULISES BONILLA:  Yeah.  I didn't cut it.

9 I hit it because I do benching.

10              DETECTIVE APONTE:  Um-hmm.

11                   (At 3:11 a.m. Detective Cereghino

12              left the room.)

13              ULISES BONILLA:  And I hit it with a --

14 with a big ass hammer like --

15              DETECTIVE APONTE:  Oh, you hit it with a

16 hammer?

17              ULISES BONILLA:  Yeah.

18              DETECTIVE APONTE:  How did you get to

19 the -- how did you get to the hospital?

20              ULISES BONILLA:  My sister was gonna

21 take me, you know.  I was already in the car, you

22 know, and I'm bleeding and shit, and she taking

23 her sweet time, you know, telling me, "Yeah, we

24 gonna go right now, we gonna go right now."

25                   (At 3:11 a.m. Detective Cereghino

144

1                    U. Bonilla

2          entered the room.)

3          ULISES BONILLA:  Then when we -- she

4  didn't -- she didn't want to take me after that.

5  She was like, "You gotta wait 'cause I" -- she go

6  leave some guys at work.

7          DETECTIVE APONTE:  So, how did you get

8  to the hospital?  This is a long way to get to --

9  how did you get to the hospital when you hurt your

10 finger?

11         ULISES BONILLA:  So, I was like there in

12 her car, you know (inaudible).  Then I was like,

13 fuck it.  I'm gonna go walking, you know.

14         DETECTIVE APONTE:  So, you walked to the

15 hospital?

16         ULISES BONILLA:  Yeah, I went to -- I

17 was walking to the hospital.  Then a guy find me.

18 One of my friend, he took me to the hospital.

19         DETECTIVE APONTE:  So, he drove you to

20 the hospital?

21         ULISES BONILLA:  Yeah.

22         DETECTIVE APONTE:  So, first you come

23 out of work, you get in your sister's car, right;

24 is that what you're saying?

25         ULISES BONILLA:  No.  When I came out of

145

U. Bonilla

2  work, no, I went upstairs, you know, to my room.

3          DETECTIVE APONTE:  No, I'm saying when

4  you hurt your finger.  You're at work when you

5  hurt your finger.

6          ULISES BONILLA:  Yeah.

7          DETECTIVE APONTE:  What do you do when

8  you hurt your finger?

9          ULISES BONILLA:  I finish -- I finish

10  the job.

11          DETECTIVE APONTE:  You finish the day's

12  work?

13          ULISES BONILLA:  Yeah, the day of work.

14          DETECTIVE APONTE:  Weren't you bleeding

15  all over the place?

16          ULISES BONILLA:  Hell, yeah.  I was like

17  bleeding like --

18          DETECTIVE APONTE:  And yet you still

19  worked the rest of the day while bleeding all over

20  the place?

21          ULISES BONILLA:  Yeah, because my

22  (inaudible) right there (inaudible) right there.

23          DETECTIVE APONTE:  I'm saying there's a

24  lot of blood in the car.

25          ULISES BONILLA:  You should see how it

U. Bonilla

1

2  was (inaudible) at work.

3          DETECTIVE APONTE:  And you kept working

4  like that, bleeding?

5          ULISES BONILLA:  No, I had -- I had a

6  piece of paper like wrapped on it.

7          DETECTIVE APONTE:  Right.

8          ULISES BONILLA:  I wrap a piece of

9  paper.  When I got -- when I came -- when I got

10  home I took it off.  I'm telling you, listen, this

11  whole piece of finger was like -- it was --

12          DETECTIVE APONTE:  You're missing my

13  point, my man.  You're missing my point.  The

14  point I'm making, there's too much blood in that

15  car, in your sister's car, for you going in there

16  with something already stopping the bleeding on

17  it.

18          ULISES BONILLA:  No, it was --

19          DETECTIVE APONTE:  There's too much

20  blood in the car.

21          ULISES BONILLA:  The thing fell off when

22  I was holding the guy like that.  My finger was --

23          DETECTIVE APONTE:  Yeah, but you said

24  you never got back in the car.

25          ULISES BONILLA:  Oh, man.

147

1      U. Bonilla

2          DETECTIVE APONTE:  You said you never

3   got back in your sister's car.  How is there so

4   much blood in your sister's car?

5          ULISES BONILLA:  I didn't have the --

6   that was when I went to the hospital, you know,

7   that I got the thing, but I had the paper on and

8   the thing fell off already.  I already had it off.

9   I already had it off.  You know, that's why I went

10  to the hospital, because that bandage --

11         DETECTIVE APONTE:  Listen to me.  Listen

12  to me.  Listen to me.  You say you're at work, you

13  say you hurt yourself, you say you stay at work

14  and finish the day's work, then you come out, you

15  put something on it to stop the bleeding --

16         ULISES BONILLA:  That was at my job.

17         DETECTIVE APONTE:  Right, at your job.

18  You're stopping the bleeding.

19         ULISES BONILLA:  When I get home --

20         DETECTIVE APONTE:  No, you get in your

21  sister's car you say, right?  She doesn't take you

22  to the hospital, you get out of your sister's car,

23  you then start walking to the hospital, you find a

24  friend who takes you to the hospital, okay?  So,

25  you were in your sister's car for a very short

148

U. Bonilla

1

2    time with something stopping the bleeding.

3         ULISES BONILLA:  No.

4         DETECTIVE APONTE:  That's what you're

5    saying to me.

6         ULISES BONILLA:  When I got home, I went

7    to my room.  You didn't even let me explain to

8    you.

9         DETECTIVE APONTE:  Okay.

10        ULISES BONILLA:  I went to my room.

11        DETECTIVE APONTE:  Okay.

12        ULISES BONILLA:  I took it off.  I took

13   it off to clean it off, but I can't stop the

14   bleeding.  That's why I -- I wasn't going to go to

15   the hospital 'cause, you know, I wasn't --

16        DETECTIVE APONTE:  You said your friend

17   took you to the hospital.

18        ULISES BONILLA:  Listen.  Listen.

19        DETECTIVE APONTE:  Okay.

20        ULISES BONILLA:  When I got from work I

21   went upstairs.  I already had that -- a piece of

22   paper to cover it up from my job, that I put it in

23   my job.  I took it off to clean it when I got

24   home, you know.  Then I told my sister, you know,

25   I couldn't stop the bleeding.  It was too much.

U. Bonilla

1
2  You know, I cannot stop the bleeding.  So, I went

3  to my sister's car, you know, and I was right

4  there waiting, and she was waiting to go leave

5  some guys first, you know?  So, I'm like, "My

6  finger" -- I'm like, "My finger, you know, I can't

7  even feel it.  It hurt."  You know, so she was

8  like, "You got to wait.  I got to take them to the

9  job," because they do a part-time job, like two

10 guys that live there.  So, she was like, "I'm

11 gonna give them a ride first.  Then I got to go to

12 school, you know, so I not going to waste time

13 taking you."

14         And I'm right there waiting in her car,

15 and she never got outside, you know, and I'm

16 calling her like, "Yo, yo, come here," this and

17 that.  Then she started getting mad at me, so fuck

18 it, just left the car.  Like, you know, closed the

19 door and left and started walking, you know,

20 started walking and then the guy find me over

21 there, you know, and he gave me a ride.

22         DETECTIVE APONTE:  So, you go -- you go

23 to the hospital from your house, not from your

24 job?

25         ULISES BONILLA:  From my house, yeah.  I

150

1                          U. Bonilla

2   went home.

3              DETECTIVE APONTE:  You went home first?

4              ULISES BONILLA:  Yeah, I went home first

5   to change and, you know, and I took the -- I took

6   the paper off, you know, and all that, you know,

7   and I --

8              DETECTIVE APONTE:  And then you sat in

9   your sister's car, you bled in your sister's car,

10  and then you got out of your sister's car and then

11  you got into your friend's car and he took you to

12  the hospital?

13             ULISES BONILLA:  Yeah.  You can even --

14  you can -- I tell you my friend car too, he

15  probably got mad blood on it.  He even told me, he

16  was like -- he give me mad paper.  Like, he was

17  like, "Yo, here, man," because --

18             DETECTIVE APONTE:  Who's your friend?

19  What's his name?

20             ULISES BONILLA:  Mirley (phonetic).

21             DETECTIVE APONTE:  Mirley?

22             ULISES BONILLA:  Yeah.

23             DETECTIVE APONTE:  What kind of car does

24  Mirley have?

25             ULISES BONILLA:  A white -- a white one,

U. Bonilla

1
2  I think like a Grand Prix.

3          DETECTIVE APONTE:  Grand Prix?

4          ULISES BONILLA:  Yeah, I guess.

5          DETECTIVE APONTE:  Where does he live?

6  Where does this guy live?

7          ULISES BONILLA:  I don't know, like

8  (inaudible) I think.  I don't know, you know?

9          DETECTIVE APONTE:  How are we going to

10  explain -- how are we going to explain Armando's

11  blood inside your sister's car?

12          ULISES BONILLA:  I don't know.  You guys

13  (inaudible) like things that I don't even

14  remember.  I don't even know.

15          DETECTIVE CEREGHINO:  Ulises.  Ulises,

16  we're not trying to jam up your sister here.

17  We're just trying to find out exactly what

18  happened.

19          ULISES BONILLA:  All right.  I'm telling

20  you guys --

21          DETECTIVE CEREGHINO:  As I said to you

22  before, who was there with you?

23          ULISES BONILLA:  Where?

24          DETECTIVE CEREGHINO:  Before the fight

25  started, who was there with you?

152

1                          U. Bonilla

2               ULISES BONILLA:  Before the fight

3    started?

4               DETECTIVE CEREGHINO:  Yeah, with you and

5    Armando.

6               ULISES BONILLA:  Misael and -- and --

7    and -- and Nigger and some other guy, some black

8    guy.

9               DETECTIVE CEREGHINO:  What about Elmer?

10              ULISES BONILLA:  Elmer wasn't there.

11              DETECTIVE CEREGHINO:  You're sure?

12              ULISES BONILLA:  I'm sure.  He's the one

13   that called -- that called Nigger all the way from

14   Babylon to tell him that -- that Armando was,

15   like -- was looking for me to pay him his money.

16   You know, 'cause he called him asking for his

17   money.  Then he said that he was, like, telling --

18   telling mad shit that I got to pay him too, this

19   and that, you know.

20              DETECTIVE CEREGHINO:  So, you knew

21   Armando was still looking for the money?

22              ULISES BONILLA:  Yeah, I -- that's what

23   I'm telling you.  I was asking the girl, you know,

24   like, why -- why he want to fight with me, you

25   know?  I was asking why he over there like talking

153

U. Bonilla

1

2  all that shit, you know --

3          DETECTIVE CEREGHINO:  I have Elmer

4  calling Armando three times.

5          ULISES BONILLA:  All right.

6          DETECTIVE CEREGHINO:  Just before the

7  fight.

8          ULISES BONILLA:  All right.  Like

9  before, you see?  So -- so, you have him calling,

10  you know, so I never -- I never -- that thing was

11  Elmer -- the whole thing started -- I would never

12  know, you know, that I -- probably would have been

13  me I guess, kill, something like that, you know.

14  I would never know he was looking for me until

15  Elmer called me, you know.

16          DETECTIVE CEREGHINO:  Again, if you know

17  he's looking for you for money that you don't

18  have, why would you be hanging out across the

19  street from his house?

20          ULISES BONILLA:  I was just coming from

21  the hospital when I heard that thing.

22          DETECTIVE CEREGHINO:  But you stopped

23  for a beer.

24          ULISES BONILLA:  Huh?

25          DETECTIVE CEREGHINO:  You stopped at the

U. Bonilla

deli for a beer.

ULISES BONILLA:  I stopped by the deli.
You know, when I got to right there on the
block --

DETECTIVE CEREGHINO:  Right.

ULISES BONILLA:  -- that's when the
phone call -- I was already there.  I never -- I
never thought, you know, that he was going to ask
for the money, you know, that time.  Then he call
Elmer to ask for his money or something.  I --

DETECTIVE CEREGHINO:  Didn't you just
have a fight with him at the deli a couple of
days --

ULISES BONILLA:  But I tell you the next
day he told me that he didn't want no part with
that.  That was a mistake, that he was just drunk
and coked up.  He just told me -- I telling you,
he -- that next day he was drinking with me and
Misael and Nigger across the street, doing mad
bags of coke.  You know, doing mad -- throwing
bags like crazy and he was like, "Forget about it,
man.  I was just drunk.  I was just drunk."  You
know, that's what he told me.  "It's okay.  It's
okay," like that, you know?

1                            U. Bonilla

2              DETECTIVE CEREGHINO:  All right.  Let me

3      just ask you --

4              ULISES BONILLA:  Elmer was the one that

5      call -- that called Nigger and tell him that

6      Armando wanted his money or something like that he

7      said, you know.  I don't know why he said --

8      Nigger just told me, like, Armando over there

9      talking shit, this and that, you know?  That's all

10     he tell me, you know?  'Cause I used to like -- I

11     used to get like -- you know, because Tricky Thing

12     used to get coke from him, you know, on credit.

13     When he didn't used to have money, he used to use

14     me because Armando always used to give me.  You

15     know, like, he always, like -- we used to be

16     friends.  You know, like, we used to drink

17     together.  We used to do all that shit together,

18     you know?  We used to be like -- he would like --

19     you know, like, I used to call him and like, "Can

20     I get two bags," you know?  "I pay you later" or

21     something.

22              DETECTIVE CEREGHINO:  How much does a

23     bag cost?

24              ULISES BONILLA:  Huh?  40, $20.  Used to

25     give me like (inaudible) 40s, like 40s.  Sometimes

U. Bonilla

1

2   he -- sometimes, like the day he told me after

3   that fight at the deli, he went -- he did like

4   fucking six or five bags, you know, like 40s and

5   20s, you know.  You know, telling you, man --

6          DETECTIVE CEREGHINO:  Let me just go

7   over this again.  So, people are telling us

8   certain things about you, okay?  They saw what

9   happened that night and you're not saying that

10  they're wrong, but you're saying you're not sure

11  about what happened?

12         ULISES BONILLA:  That's all I know, man.

13  All I know they came at me, started hitting me,

14  you know, and I was just grabbing on to him like

15  getting hit, getting beat up.  You know, I --

16         DETECTIVE CEREGHINO:  You're the only

17  one grabbing him?

18         ULISES BONILLA:  Huh?

19         DETECTIVE CEREGHINO:  You're the only

20  one grabbing him?  You're the only one right here

21  at his chest, right?

22         ULISES BONILLA:  Yeah, like that.  I'm

23  not grabbing him by the chest, I'm grabbing him

24  like this (indicating).

25         DETECTIVE CEREGHINO:  When we just came

U. Bonilla

1

2   back in a couple of minutes ago and Detective

3   Aponte asked you something, I believe you said the

4   only one who could have stabbed him was either you

5   or Misael, right?

6           ULISES BONILLA:  If that's --

7           DETECTIVE CEREGHINO:  I'm asking you.

8   We weren't there.

9           ULISES BONILLA:  That's the point, you

10  know, because that's what you guys want to hear.

11          DETECTIVE CEREGHINO:  No.  No.  No.

12          ULISES BONILLA:  No, it is because --

13  no, that's true.  I don't know.  I didn't have no

14  knife on me.  I never have no knife on me.  The --

15  the thing is I know -- I know I was involved in

16  the fight.  I know it was with me and him.  You

17  know -- I know, you know, like -- like, what

18  happened, like, you know.  All I know was I

19  getting hit, you know, and just like holding on to

20  him so I won't fall, you know, just holding on to

21  him.

22          Then, you know, like, that's all I know,

23  you know.  The only ones that -- that got in after

24  when I -- when Misael just got to defend me, you

25  know, like, because I was just getting beat up.

U. Bonilla

1

2  He grabbed Armando shit.  He tried to take

3  Armando -- Armando thing.  He was like, "Yo, hold

4  on.  Yo, I got you, man.  I got you."  He grab his

5  thing, you know.  I'm like this and I know when

6  Misael got in, I wasn't feeling nothing no more.

7  Then he was like, "Hold on."  Then I heard the

8  gunshot, you know?  That's what I said.  That's

9  when I -- when I -- when I left.  I heard the

10  gunshot but Misael never told me, "Yo, I'm shoot

11  him" or nothing like that, you know?  I heard the

12  gunshot.  I thought that --

13            DETECTIVE CEREGHINO:  Then you get up

14  and you run away?

15            ULISES BONILLA:  -- it was his friend.

16  Yeah, I thought it was his friend, you know?  So I

17  get up, you know.  I'm bleeding all over right

18  here.  So, I get up, you know, and I'm looking

19  back like, you know, like -- like, running,

20  looking back, you know, going like this

21  (indicating).

22            DETECTIVE CEREGHINO:  And you see

23  Armando --

24            ULISES BONILLA:  Walking away.

25            DETECTIVE CEREGHINO:  Was he walking

U. Bonilla

1

2    okay?

3            ULISES BONILLA:  Yeah.  That's why I say

4    when I left -- when I left, you know, like when I

5    let him go -- I let him go, then -- then when the

6    gunshot, right, then I'm running, then I'm looking

7    back, then I remember seeing like -- you know,

8    like, that's the only guy walking in the middle of

9    the street and Misael was coming when they did,

10   like in the back of me.

11           DETECTIVE CEREGHINO:  When you ran, were

12   you on the sidewalk or in the street?

13           ULISES BONILLA:  I started -- I started

14   in the middle of the street.  Then I got on the

15   sidewalk.

16           DETECTIVE CEREGHINO:  Which sidewalk, on

17   your side of the street, or on Armando's side?

18           ULISES BONILLA:  On the other side of

19   the street.  I got in like -- in like -- like --

20           DETECTIVE CEREGHINO:  Where your house

21   is?

22           ULISES BONILLA:  Yeah, like on that

23   side.

24           DETECTIVE CEREGHINO:  And you ran all

25   the way down to Broadway?

160

1                        U. Bonilla

2              ULISES BONILLA:  Yeah, because it was

3    straight.

4              DETECTIVE CEREGHINO:  And --

5              ULISES BONILLA:  And Misael was the one

6    that told me to go.  I was gonna go home.  I was

7    gonna go home, you know, and Misael was right

8    behind me.

9              DETECTIVE CEREGHINO:  You know what?

10   You know what?  Do you know where we found the

11   knife?  Right along there.  Right along there.

12             DETECTIVE APONTE:  Same way where you

13   ran.

14             DETECTIVE CEREGHINO:  Not by Armando,

15   not by where the fight was, right along where you

16   ran.

17             ULISES BONILLA:  I didn't have no knife.

18   You guys don't believe me, man.  I didn't -- I

19   don't know --

20             DETECTIVE CEREGHINO:  It's not a matter

21   of believing us.  It's a matter of what everyone

22   that was there is telling us.

23             ULISES BONILLA:  How --

24             DETECTIVE CEREGHINO:  All we want is the

25   truth.

U. Bonilla

1

2    ULISES BONILLA:  I'm telling you the

3    truth.  I'm telling you the fight.  You know, I'm

4    telling you everything.  I'm telling you I didn't

5    have no knife, you know.  I didn't -- I didn't

6    have no knife.  I don't know if I had -- if I got

7    a knife or something.  No, that I remember.  All

8    this time -- all this time I be thinking about it.

9    I -- still don't fit in my head, like -- like,

10   what the fuck, you know, like, I know I was

11   drinking but I got to remember.  At least I

12   remember when I got hit, you know, and I would

13   like zoom out like a little bit, you know?

14       DETECTIVE CEREGHINO:  Are you sure this

15   wasn't about something that happened with you and

16   Jennifer?

17       ULISES BONILLA:  No.  No, man.  It was

18   all about drugs, man.  It was all over that shit.

19       DETECTIVE CEREGHINO:  So, the two boys

20   that saw you go in the bathroom with her at the

21   park --

22       ULISES BONILLA:  No, I never went to the

23   bathroom with her.

24       DETECTIVE CEREGHINO:  I'm just telling

25   you.  I'm saying the two boys that said you went

162

U. Bonilla

1    into the park -- went to the bathroom in the park

2    with her, they're not telling the truth?

3            ULISES BONILLA:  No, I never went to the

4    bathroom with her in the park.  Never.

5            DETECTIVE CEREGHINO:  Okay.

6            ULISES BONILLA:  Never went to the

7    bathroom with her in the park.  You could -- you

8    could test it out or you could do whatever you

9    want.  I didn't do anything.

10           DETECTIVE CEREGHINO:  And the people

11   that saw you fighting with Armando, they're not

12   telling the truth either?

13           ULISES BONILLA:  I don't know.  I don't

14   know why they saying -- I don't know what the fuck

15   they said.  I don't know who was there.  I don't

16   know.  I was just standing there, you know.

17           DETECTIVE CEREGHINO:  They're saying

18   there's only one person that could have stabbed

19   Armando.

20           ULISES BONILLA:  Because I was the one

21   that he came at.  Everybody know that he was

22   coming at me.

23           DETECTIVE CEREGHINO:  Right.

24           ULISES BONILLA:  You know?

U. Bonilla

1

2          DETECTIVE CEREGHINO:  Right.

3          ULISES BONILLA:  But I didn't do it.  I

4   didn't -- I just --

5          DETECTIVE APONTE:  You didn't do it, or

6   you don't think you did it?

7          DETECTIVE CEREGHINO:  Let me ask you

8   this.

9          ULISES BONILLA:  I don't think I did it,

10  man.

11         DETECTIVE CEREGHINO:  Ulises, let me ask

12  you this.

13         ULISES BONILLA:  I didn't have no knife.

14  The thing is I didn't have no knife.

15         DETECTIVE CEREGHINO:  Okay, Ulises --

16         ULISES BONILLA:  I'm telling you -- I'm

17  telling you what happened, I'm telling you where I

18  run, I'm telling you what I did after.  Like, I

19  don't --

20         DETECTIVE CEREGHINO:  Ulises, was

21  Armando stabbed before he came at you, before you

22  started fighting?

23         ULISES BONILLA:  I don't know.  He just

24  came --

25         DETECTIVE CEREGHINO:  Was he hurting?

U. Bonilla

1

2 Was he staggering?  Was he bleeding?

3           ULISES BONILLA:  I don't know.  Listen,

4 he just came out of nowhere.  Like I tell you,

5 Misael was the one that --

6           DETECTIVE CEREGHINO:  Did he feel

7 strong?  Did he feel okay?

8           ULISES BONILLA:  Huh?  He was like

9 crazy.  Like, I don't know what was wrong with

10 him, you know, like, when he came at me.  He just

11 came at me and hit me once then, you know, I

12 ducked, then he hit me again over here, then, you

13 know, like --

14           DETECTIVE CEREGHINO:  Did you think he

15 was already stabbed when he came up to you?

16           ULISES BONILLA:  I don't know.  I would

17 have told you yeah, I would have told you maybe, I

18 would have told you no, but I don't know.  I can't

19 even lie to you.  I don't -- I don't --

20           DETECTIVE CEREGHINO:  Do you think

21 someone who was stabbed many times in the chest

22 would be able to do what he did?

23           ULISES BONILLA:  He was -- all I know

24 that -- all I know that he came up on me mad crazy

25 and started hitting me, you know, and then I --

U. Bonilla

1
2  that's it, you know.  When he hit me once, you

3  know, like you guys probably don't believe me --

4  if you guys got everything, you probably got that

5  probably too, you know?  That he hit me once, he

6  hit me over here, you know, then he started

7  hitting me because this whole thing was swollen up

8  the next day, you know.  The next day this

9  whole -- my whole back was like --

10         DETECTIVE APONTE:  But you didn't go to

11  the hospital?

12         DETECTIVE CEREGHINO:  You didn't go to

13  the doctor, right?

14         ULISES BONILLA:  I didn't go.

15         DETECTIVE APONTE:  Why?  Why didn't you

16  go to the hospital?

17         ULISES BONILLA:  I didn't want to go to

18  the hospital?

19         DETECTIVE APONTE:  Why?

20         ULISES BONILLA:  I didn't.

21         DETECTIVE CEREGHINO:  You went for your

22  finger.

23         ULISES BONILLA:  I should have went.  I

24  should have went.  That's why I went -- you know,

25  that's why I went.  You know how many bills I got

U. Bonilla

1
2  in the hospital?

3        DETECTIVE APONTE:  Is that why you

4  didn't go, because of bills?

5        ULISES BONILLA:  No, I wasn't even

6  thinking about that.  I just didn't want to go,

7  you know?  I just --

8        DETECTIVE CEREGHINO:  You didn't go to

9  the hospital, you ran away, you left --

10        ULISES BONILLA:  I should have went to

11  the hospital.  Now I'm thinking I should have

12  went --

13        DETECTIVE CEREGHINO:  You went out of

14  state, you come back.

15        DETECTIVE APONTE:  You made yourself

16  homeless.

17        DETECTIVE CEREGHINO:  You say you're

18  going to turn yourself in for some warrants.

19        ULISES BONILLA:  For -- you know, to

20  tell my side of the story, you know?  If you

21  got -- if you got my phone number, all that shit,

22  you can hear all the mess, all my phone calls.

23  You know I be -- all I do, you know.  Like, I call

24  my -- my -- my house probably.  I call all my

25  people probably, you know, I be telling them, you

U. Bonilla

1
2  know, like, "I'm turn myself in."  They were like,
3  "Do it, man.  Do it.  Go tell your story," you
4  know?  You know, "You know, you got to tell them
5  what happened, you know?  You just tell them what
6  happened and they going to see what they do," you
7  know?
8          So I was like -- I'm scared you know,
9  like how you expect?  You know, like, I never --
10 never in my mind was like in that point that you
11 try -- like you gonna go -- I'm thinking like that
12 I'm kill somebody or something like that, you
13 know, like where -- certain thing, like after
14 that, you just fight somebody in a little fight,
15 you think the guy got killed, you know, you think
16 it's you or you think somebody else did it, you
17 involved on it.  You know, like what would you
18 think?  You know, like I can't -- you know, I got
19 mad shit in my head.
20          DETECTIVE APONTE:  For how long did you
21 think that it was you that killed him?  For how
22 long did you think that it was you that killed
23 him?
24          ULISES BONILLA:  I don't know.  I
25 didn't -- I didn't -- I didn't -- I didn't -- I be

168

U. Bonilla

1  thinking.  You know, I didn't think it was me but

2  then, you know, like, I see things are not getting

3  nowhere.  You know, if it was me or something

4  because I remember -- you know, the thing is

5  that -- the thing is that, that I didn't have no

6  knife when he came at me.  I didn't have no knife.

7  I didn't have nothing when he came on me, you

8  know?  If I had something, I would have had like a

9  stick or something, you know, like -- or a bat.

10        DETECTIVE APONTE:  I keep hearing you

11  say "I didn't have a knife when he came at me,"

12  which is totally different from at no point did I

13  have a knife.  At some point you had a knife.  At

14  some point.  I'm not saying you had --

15        ULISES BONILLA:  I didn't have no

16  knife -- but it means that I didn't have no knife

17  so I could stab him.

18        DETECTIVE APONTE:  Yeah, earlier in the

19  day.  Yeah, I understand what you're saying but at

20  some point -- at some point you had a knife in

21  your hand.

22        ULISES BONILLA:  No.  That I remember,

23  no.

24        DETECTIVE APONTE:  Not that you

169

U. Bonilla

1

2 remember?

3          ULISES BONILLA:  No, it's not --

4          DETECTIVE APONTE:  Not that you

5 remember.

6          ULISES BONILLA:  No, I remember I didn't

7 have no knife.  Like, this whole thing I didn't

8 have no knife, you know.

9          DETECTIVE APONTE:  I just think that

10 would be something I'd remember, you know?  That's

11 just me.  You know, that would be something that I

12 would remember.

13          DETECTIVE CEREGHINO:  What Detective

14 Aponte is -- I remember him hitting me here, I

15 remember him hitting me here, I remember him

16 hitting me here, I remember him hitting me here

17 (indicating).  Knife?  I don't remember.

18          ULISES BONILLA:  Yeah, because I was

19 just holding on to him when he hit me.  I was --

20          DETECTIVE CEREGHINO:  There's certain

21 things -- there's certain things you remember.

22          ULISES BONILLA:  I was just -- yeah, I

23 was zooming out, like when he hit me right here,

24 but I didn't have no knife.  I don't remember just

25 stabbing him or something.  Like, I don't -- I

170

U. Bonilla

1    don't -- I don't --

2    DETECTIVE APONTE:  But you remember him

3    walking away afterwards, you remember the gun was

4    shot.

5    ULISES BONILLA:  The gunshot was right

6    next to my ear.

7    DETECTIVE APONTE:  And you remember --

8    ULISES BONILLA:  Right next to my --

9    DETECTIVE APONTE:  And you remember

10   looking back and seeing him.

11   ULISES BONILLA:  Yeah, it was right --

12   DETECTIVE APONTE:  You remember him --

13   ULISES BONILLA:  That was --

14   DETECTIVE APONTE:  You remember --

15   ULISES BONILLA:  When you like that --

16   you -- you like that -- you -- you -- you like --

17   you, like -- you like -- like (me entendes,

18   blanco, que te, que de los golpes que te dieron,

19   YOU UNDERSTAND, BLANC, THAT, FROM THE BLOWS

20   RECEIVED).  You feel like, you know, like -- you

21   like -- like your whole shit like going -- you

22   know how you feel when they hit you in the head?

23   You get like numb or I don't know what you call

24   it, you know, like mad dizzy or something.  You

171

U. Bonilla

1

2   know, and I'm like this when he hitting me

3   (indicating), you know, and the gunshot was right

4   next to my ear.  Like, it was -- I'm telling you,

5   I thought I was getting shot.  I thought they were

6   shooting at me.  I thought his friend was the one

7   shooting.  You know, that's why I look back.  I

8   was looking back.

9           DETECTIVE APONTE:  No, you describe

10  everything very good, very detailed.

11          ULISES BONILLA:  I didn't --

12          DETECTIVE APONTE:  Then when you --

13          ULISES BONILLA:  I wouldn't --

14          DETECTIVE APONTE:  Then afterwards when

15  you're going away, you look over at him and you

16  see him walking towards his house and he seemed

17  fine.  A lot of detail, except --

18          ULISES BONILLA:  Except that I --

19          DETECTIVE APONTE:  -- did you have a

20  knife or did you not have a knife?

21          ULISES BONILLA:  I didn't have no knife.

22  I don't know if -- if I stab him.

23          DETECTIVE APONTE:  I don't know if

24  someone gave me a knife, I don't know if I had a

25  knife. I don't remember --

172

1                          U. Bonilla

2              ULISES BONILLA:  That's what -- you

3    guys --

4              DETECTIVE CEREGHINO:  Ulises, I can fill

5    in one or two of the blanks.  You run away, he

6    walks onto the lawn, he collapses, he's dead.

7    He's stabbed too many times, okay?  You run this

8    way -- you run this way and right the way you run

9    is where we find the knife.

10             ULISES BONILLA:  Everybody run that way,

11   man.  Everybody, Misael and Nigger was running

12   behind me too.  Like, we all run together.

13             DETECTIVE CEREGHINO:  You already

14   said -- you already said the only two people that

15   could have stabbed him were you or Misael, right?

16             ULISES BONILLA:  I don't know, man.  I

17   don't know.  God, man, I --

18             DETECTIVE APONTE:  And the blood in your

19   sister's car.

20             ULISES BONILLA:  I be trying to think

21   about it, man.  Like, the time I want to think

22   about what the fuck keep me out the hospital or

23   something.  You know, I be thinking, like -- like,

24   you know, when I came back, you know, because they

25   gave me some shit at the hospital for the pain,

173

U. Bonilla

1
2  you know?  And they told me not to drink, you

3  know, and I was already twisted, you know, so I

4  want to take it.  Like, if it's that -- I don't

5  know what it is.  I be thinking, like, to tell you

6  the truth, you know --

7          DETECTIVE CEREGHINO:  So, when you're

8  thinking like that, you're thinking between the --

9  your drinking and what they gave you at the

10  hospital, you might have stabbed him, you don't

11  remember; is that what you're saying?

12          ULISES BONILLA:  I'm -- like, I don't --

13  I don't remember if I -- if somebody give me a

14  knife or I stabbed him or I had a knife.  I didn't

15  have no knife.  You know, that's all -- that's all

16  I remember.  I remember going to the hospital.

17  How am I gonna go to the hospital with a knife?

18  Never do that, you know?  You know, I don't -- I

19  don't carry knives.

20          DETECTIVE APONTE:  So, pretty much the

21  only thing you don't remember about the

22  stabbing -- the only thing you don't remember

23  about is the fact that you don't remember?  The

24  only thing you do remember is that you don't

25  remember?

174

U. Bonilla

1

2      ULISES BONILLA:  What?

3      DETECTIVE APONTE:  The only thing that

4  you know for sure is that you don't know how the

5  guy got stabbed.

6      ULISES BONILLA:  No, I don't know.  If I

7  would have know, I would have -- I would have just

8  said right now.  You know, I'm already here.  I'm

9  already here.  Like, I'm telling that fight was

10  with me, you know.

11      DETECTIVE APONTE:  The fight was with

12  you, yeah.  The fight was with you.  It wasn't

13  with anybody else.  The fight was with you.  The

14  fight was with you.  That's right.  It's right on

15  the money there.

16      ULISES BONILLA:  I wish that I would

17  remember, you know.  I don't care, you know, like,

18  I don't care.  I'll go to jail anyway, you know.

19  You know, I don't -- I don't remember doing that.

20      DETECTIVE CEREGHINO:  Okay.  We'll be

21  back.

22               (At 3:33 a.m. Detective Cereghino and

23               Detective Aponte left the room.)

24               (At 3:51 a.m. Detective Aponte

25               entered the room.)

U. Bonilla

1

2          DETECTIVE APONTE:  You finished with

3    your stuff?

4          ULISES BONILLA:  Yeah.  I can't --

5          DETECTIVE APONTE:  You got to go to the

6    bathroom or anything?

7          ULISES BONILLA:  I can't call nobody

8    (inaudible)?

9          DETECTIVE APONTE:  I'll talk to the

10   detective.  You got to go to the bathroom or

11   anything?

12         ULISES BONILLA:  Yeah.

13         DETECTIVE APONTE:  You want this?

14         ULISES BONILLA:  No.

15         DETECTIVE APONTE:  No.

16              (At 3:51 a.m. Detective Aponte left

17              the room.)

18              (At 3:52 a.m. Detective Aponte

19              entered the room.)

20         DETECTIVE APONTE:  Bathroom, right?  Let

21   me get that thing you have on your neck, though.

22              (At 3:52 a.m. Detective Cereghino

23              entered the room.)

24         DETECTIVE APONTE:  I'll put it with the

25   rest of the stuff.

1          U. Bonilla

2          DETECTIVE CEREGHINO:  Give me.

3                  (At 3:52 a.m. Detective Cereghino

4          left the room.)

5          DETECTIVE APONTE:  How were you charging

6  your phone?  How were you charging your phone?

7          ULISES BONILLA:  Right there, man.

8          DETECTIVE APONTE:  Where?

9          ULISES BONILLA:  In the station.

10          DETECTIVE APONTE:  Penn Station?

11          ULISES BONILLA:  Yeah.

12          DETECTIVE APONTE:  Heads up, Jimmy.

13  Heads up.

14                  (At 3:53 a.m. Detective Aponte and

15          Ulises Bonilla left the room.)

16                  (At 3:56 a.m. Detective Cereghino,

17          Ulises Bonilla and an unidentified male

18          entered the room.)

19          DETECTIVE CEREGHINO:  I want you to go

20  through your pockets again, make sure you got

21  nothing on you, all right?  Go through your

22  pockets again.  You'll get a receipt for

23  everything.

24          UNIDENTIFIED MALE:  What's the thing on

25  the back of the pants?  Turn around.  Oh, okay.

U. Bonilla

1

2    DETECTIVE CEREGHINO: He's got another

3 pair of pants on underneath that. I went through

4 those pockets too. Okay, have a seat. You want

5 water or anything?

6    ULISES BONILLA: Can I make a phone

7 call?

8    DETECTIVE CEREGHINO: Yeah, one second.

9 Who you want to call?

10    ULISES BONILLA: My mom just to --

11    DETECTIVE CEREGHINO: Your mom, okay.

12    ULISES BONILLA: -- let her know.

13    DETECTIVE CEREGHINO: Okay.

14    (At 3:57 a.m. Detective Cereghino and

15    an unidentified male left the room.)

16    (At 4:05 a.m. Detective Cereghino and

17    Detective Aponte entered the room.)

18    DETECTIVE APONTE: Who's that?

19    ULISES BONILLA: I was gonna get a job.

20    DETECTIVE APONTE: Huh?

21    ULISES BONILLA: I was gonna get a job

22 in Queens.

23    DETECTIVE APONTE: You got -- you got --

24    ULISES BONILLA: I know, a different

25 name.

178

U. Bonilla

1

2       DETECTIVE APONTE:  You got a different

3  name and stuff, right?  Your hair is cut and the

4  whole deal.

5       ULISES BONILLA:  I did -- I just got it

6  today.

7       DETECTIVE APONTE:  You just got this

8  today?

9       ULISES BONILLA:  Yeah.

10      DETECTIVE APONTE:  Why wouldn't you get

11  a regular ID with your real name on it?

12      ULISES BONILLA:  Huh?

13      DETECTIVE APONTE:  Why wouldn't you get

14  an ID with your real name on it?

15      ULISES BONILLA:  For my warrants I was

16  scared.

17      DETECTIVE APONTE:  You were afraid of

18  your warrants?

19      ULISES BONILLA:  Yeah.  I was just gonna

20  try to get a job.  Meanwhile, I see what happened,

21  I see if you guys find out, you know, what

22  happened.  That's all -- that's what I be thinking

23  the whole time.  You know, like, that's what I be

24  thinking.

25      DETECTIVE APONTE:  So, you wanted us to

1          U. Bonilla

2   find out what really happened and then try to find

3   you to explain to you what really happened?

4              ULISES BONILLA:  No, at least to --

5              DETECTIVE APONTE:  How were we supposed

6   to find you?

7              ULISES BONILLA:  At least to -- I was

8   gonna --

9              DETECTIVE APONTE:  If you're cutting

10  your hair and changing your name and doing all

11  this stuff and sleeping in the parks and in motel

12  rooms --

13             ULISES BONILLA:  I wasn't gonna be --

14             DETECTIVE APONTE:  -- and in Penn

15  Station, how were we supposed to find you and tell

16  you?

17             ULISES BONILLA:  I wasn't gonna be like

18  that all the time, you know.

19             DETECTIVE APONTE:  How long, until your

20  money ran out?

21             ULISES BONILLA:  Huh?

22             DETECTIVE APONTE:  How much longer, till

23  your money finished?

24             ULISES BONILLA:  Not even, because my

25  money had been there.  Like, you know, I be

180

1                     U. Bonilla

2    wanting to turn myself in since last week, you

3    know.

4              DETECTIVE APONTE:   What was stopping

5    you?

6              ULISES BONILLA:   Huh?

7              DETECTIVE APONTE:   What was stopping

8    you?

9              ULISES BONILLA:   I was just scared you

10   guys wasn't gonna believe me.   I was -- I was just

11   scared you guys wasn't gonna believe my story, you

12   know?

13             DETECTIVE CEREGHINO:   Would you believe

14   you?

15             ULISES BONILLA:   I know -- I know --

16             DETECTIVE CEREGHINO:   I mean, would you

17   believe you?   You're the only guy -- you're the

18   only guy face to face with Armando.   All of

19   Armando's injuries are right here.

20             ULISES BONILLA:   I'm only hugging him.

21   I'm not even punching him or nothing.   That's what

22   I remember, you know?   That's what I remember.   I

23   don't -- I didn't do nothing.   That's what I --

24   that's what I remember.   I didn't do nothing, you

25   know.   I -- it's -- I don't remember.   I just told

U. Bonilla

1

2  you, I be just like -- you know, like, I'm not --

3  I'm not a killer, man.

4          DETECTIVE CEREGHINO:  Again.  Again,

5  what is it you don't remember?

6          ULISES BONILLA:  I don't remember doing

7  that.  I don't remember stabbing him or nothing.

8  I just remember holding on to him, him hitting me.

9  That's all I remember.  That's all I remember.

10          DETECTIVE CEREGHINO:  Are you saying

11  it's possible you did it and you don't remember?

12          ULISES BONILLA:  No, because I -- it

13  can't be possible that I did it 'cause I didn't

14  have no knife.  To think that --

15          DETECTIVE CEREGHINO:  'Cause if you

16  didn't do it, you didn't do it.  If you don't

17  remember --

18          ULISES BONILLA:  I don't -- I didn't --

19  I don't remember doing that, you know.  I didn't

20  have no knife.

21          DETECTIVE CEREGHINO:  Right, so you

22  don't remember.

23          ULISES BONILLA:  I didn't have no knife

24  to be doing that.  You know, I know that I was

25  just like -- I was just coming from the hospital.

U. Bonilla

1  I didn't have no knife.  I wasn't even drinking or

3  nothing.

4          DETECTIVE CEREGHINO:  But did you

5  normally -- did you normally carry a knife?

6          ULISES BONILLA:  No, never carry a

7  knife.

8          DETECTIVE CEREGHINO:  Because I thought

9  you said -- I thought you said before you wouldn't

10 have carried a knife 'cause you were going to the

11 hospital.

12         ULISES BONILLA:  I'm going to the

13 hospital.  Why am I gonna carry a knife to the

14 hospital?

15         DETECTIVE CEREGHINO:  Right.

16         ULISES BONILLA:  I don't carry no knife.

17 I always get searched.  I always get searched.

18 Right there in Westbury I always get searched.

19 Always.  People always get searched in there, you

20 know.  How am I gonna just go to the deli and get

21 searched and get locked up for a knife?  No,

22 not (inaudible).

23         DETECTIVE CEREGHINO:  Okay.  All right.

24                 (At 4:09 a.m. Detective Cereghino and

25                 Detective Aponte left the room.)

183

U. Bonilla

1

2       (At 4:20 a.m. Detective Cereghino

3     entered the room.)

4     DETECTIVE CEREGHINO:  Ulises, I need the

5 -- you got to give me the drawstring.

6     ULISES BONILLA:  Huh?

7     DETECTIVE CEREGHINO:  You got a

8 drawstring on the inside pants?

9     ULISES BONILLA:  Yeah, two.

10     DETECTIVE CEREGHINO:  Two?

11     ULISES BONILLA:  Yeah.

12     DETECTIVE CEREGHINO:  Can you pull them

13 out?

14     ULISES BONILLA:  I guess.

15     (At 4:20 a.m. an unidentified male

16     entered the room.)

17     UNIDENTIFIED MALE:  This is the property

18 receipt.

19     DETECTIVE CEREGHINO:  Watch your

20 fingers.  Watch your fingers.  Okay.  This is your

21 property, okay?  (Inaudible) what did we say it

22 was?  It's $174.

23     UNIDENTIFIED MALE:  58 cents.

24     DETECTIVE CEREGHINO:  And 58 cents,

25 okay?

184

U. Bonilla

1         UNIDENTIFIED MALE:  And then all these
2  are your belongings.  Your blue bag with the
3  clothing has a deodorant, your cellphone, a
4  lighter, cigarettes, papers, your prayer book,
5  chapstick, your leather necklace, your scarf and
6  your gloves.  That's everything that you have
7  here.
8         DETECTIVE CEREGHINO:  Just sign here.
9         Let me find a phone that works and I'll
10  bring a phone in to you.
11         ULISES BONILLA:  (Inaudible.)
12           (At 4:21 a.m. an unidentified male
13         left the room.)
14         DETECTIVE CEREGHINO:  What?  Yeah.
15  Yeah, give me that.  This one too.  You got to cut
16  this one too?
17         ULISES BONILLA:  Yeah.
18         DETECTIVE CEREGHINO:  Watch your
19  fingers.
20         ULISES BONILLA:  (Inaudible.)
21         DETECTIVE CEREGHINO:  What?
22         ULISES BONILLA:  (Inaudible.)
23         DETECTIVE CEREGHINO:  It doesn't come
24  off.  Hold on.  Hold on.  Hold on.  Hold on.  Hold

185

1                        U. Bonilla

2    on.  Hold on.  Hold on.  All right.

3                      (At 4:22 a.m. Detective Cereghino

4                left the room.)

5                      (At 4:23 a.m. Detective Cereghino

6                entered the room.)

7              DETECTIVE CEREGHINO:  Here's a receipt

8    for your property, okay?  Come with me.  I'm gonna

9    let you make that phone call.

10                     (At 4:24 a.m. Detective Cereghino and

11               Ulises Bonilla left the room.)

12                     (At 4:29 a.m. Ulises Bonilla entered

13               the room.)

14                     (At 4:43 a.m. Detective Cereghino and

15               an unidentified male entered the room.)

16             DETECTIVE CEREGHINO:  Ulises, detective

17   here wants to take some pictures of your injuries,

18   okay?  I want you to stand over here and show him

19   where, up by your ear.

20             UNIDENTIFIED MALE:  You just got to

21   point to it.  Point to it with your finger.  It's

22   up there?

23             ULISES BONILLA:  Yeah.

24             UNIDENTIFIED MALE:  Okay, I see that.

25   What about the one on your head?

1           U. Bonilla

2               ULISES BONILLA:  This side (inaudible).

3               UNIDENTIFIED MALE:  All right.  And you

4   got hit on the back, on the shoulders and stuff?

5               ULISES BONILLA:  Right here

6   (indicating).

7               UNIDENTIFIED MALE:  Just do me a favor,

8   pull your shirt up.

9               ULISES BONILLA:  Right here

10  (indicating).

11              UNIDENTIFIED MALE:  Okay.

12              DETECTIVE CEREGHINO:  Want to do that

13  one first while he's got the shirt up?

14              UNIDENTIFIED MALE:  (Inaudible) if you

15  would, just stand against that for me, please.

16  That way.  That's it.  Just -- that's good.  Just

17  do me a favor, just look at me.  Okay.  Ulises,

18  just let your hands hang at your sides.  Head up.

19  That's it.  You can take a seat for a second.

20  I'll be right back.  You know what?  Do me a

21  favor.  Just stand up where I can see again but

22  face this.  Pull your shirt up.  Pull your shirt

23  all the way up.  Okay.  Stand up straight, head

24  up.  Head up, Ulises.  That's it.  Once more

25  closer.  Hold still.  Okay.  Just take a seat for

1                        U. Bonilla

2    a second.   I'll be right back (inaudible).

3                DETECTIVE CEREGHINO:   Okay.

4                        (At 4:46 a.m. an unidentified male

5                left the room.)

6                DETECTIVE CEREGHINO:   We'll get you out

7    of here in a couple minutes.

8                        (At 4:47 a.m. an unidentified male

9                entered the room.)

10               UNIDENTIFIED MALE:   Okay.   Ulises, just

11   do me a favor, pull your ear down like that for me

12   so I can see what I'm looking at, and with this

13   hand pull the hair up.   Here, that hand, pull your

14   ear down and with this hand pull the hair up.

15   That's good.   Okay.   Now just pull your hair away

16   and you're going to have to kind of show me where

17   this thing is 'cause I can't see it.

18               ULISES BONILLA:   (Inaudible.)

19               UNIDENTIFIED MALE:   What you got to do

20   is you're going to have to feel it and then kind

21   of pull the hair away.

22               ULISES BONILLA:   (Inaudible.)

23               UNIDENTIFIED MALE:   Right in there?

24   Okay.   Try and keep the hair away as much as you

25   can.   That's it in there?

188

U. Bonilla

1

2       ULISES BONILLA:  (Inaudible.)

3       UNIDENTIFIED MALE:  Okay.  Take your

4  time.  Did you get it?  'Cause I didn't get a

5  chance to take the photo.

6       ULISES BONILLA:  (Inaudible.)

7       UNIDENTIFIED MALE:  Just pull your

8  fingers away (inaudible).  Okay.

9       ULISES BONILLA:  This one goes over here

10  inside too.

11      UNIDENTIFIED MALE:  Inside?

12      ULISES BONILLA:  Right there

13  (indicating).

14      UNIDENTIFIED MALE:  You got to turn --

15  watch me.  You got to turn your head like this for

16  me so I can look in and down.  Okay.  Okay.  Now

17  look kind of that way but look at me.  That's it.

18  Okay.

19      DETECTIVE CEREGHINO:  Good.

20      UNIDENTIFIED MALE:  Good?

21      DETECTIVE CEREGHINO:  Thank you.

22      UNIDENTIFIED MALE:  All right.

23         (At 4:50 a.m. Detective Cereghino and

24         an unidentified male left the room.)

25         (At 5:15 a.m. Detective Cereghino

1                       U. Bonilla

2              entered the room.)

3              DETECTIVE CEREGHINO:  Okay.  You ready?

4    Stand up.  Put your hands behind your back.

5                   (At 5:15 a.m. an unidentified male

6              entered the room.)

7              DETECTIVE CEREGHINO:  I got you.  Okay,

8    follow the detective.

9                   (At 5:15 a.m. Detective Cereghino,

10             Ulises Bonilla, and an unidentified male

11             left the room.)

12   * * * * * * * * * * * * * * * * * * * * * * * * *

13

14

15

16

17

18

19

20

21

22

23

24

25

190

1

2                    CERTIFICATE OF INTERPRETER

3    STATE OF NEW YORK        )

4                             )    ss.:

5    COUNTY OF NASSAU         )

6           I, Jose Gonzalez, hereby certify that I

7    translated the following portions of the recording of

8    the foregoing proceeding pages from Spanish to English,

9    to the best of my ability, and the foregoing typewritten

10   pages constitute the full and complete portions of the

11   transcript of said recording that I translated.

12        Page:   35   Lines:   4-7

13        Page:   40   Lines:   19-20

14        Page:   49   Line:    5

15        Page:   51   Lines:   14-15

16        Page:   68   Lines:   24-25

17        Page:   110  Lines:   4-6

18        Page:   140  Lines:   9-12

19        Page:   170  Lines:   18-21

20   Witness my hand on this date:

21

22   Sworn to before me on:          Jose Gonzalez,
                                      Spanish Interpreter

23   3|14|2011

24                                SUZANNE BAUDE
                                NOTARY PUBLIC, State of New York
25   Notary Public        Qualified in Nassau County
                          Commission Expires June 16, 20___

SUZANNE HAND & ASSOCIATES, INC.   631-277-2700  WWW.HANDREPORTING.COM

191

## CERTIFICATE OF TRANSCRIBER

STATE OF NEW YORK        )

                         )      ss.:

COUNTY OF NASSAU         )


         I, Kathleen Karageorgos, hereby certify

that I transcribed the recording of the foregoing

proceeding pages fully and accurately to the

best of my ability, except for those portions

listed on page 190 that were translated from

Spanish to English by Jose Gonzalez, Spanish

interpreter.  The foregoing typewritten pages

constitute the full and complete transcript

of said recordings.


Witness my hand on this date: 3/10/11

                              Transcriber

Sworn to before me on:        *Kathleen Karageorgos*
_3/10/11_                     Kathleen Karageorgos

*Janet M Coen*
  Notary Public

JANET M COEN
NOTARY PUBLIC STATE OF NEW YORK
SUFFOLK COUNTY
LIC. #01CO8074887
COMM. EXP. MAY 20, 2014

192

| $ | 2 | 4:50 188:23 | 187:4,8 188:23,25 |
|---|---|---|---|

**$**

**$174** 183:22

**$20** 155:24

**$200** 12:16

**$300** 44:20,21 46:2

**$600** 10:15 11:21,23
21:6 45:10,24
48:17 100:5

**1**

**1:55** 111:13

**10-year-old** 41:11
42:13,14,17
43:9,12,18 52:18
54:7

**10-year-old's** 42:14

**11** 124:12

**110** 190:17

**11751** 1:24

**12** 124:12

**12:32** 2:2

**12:36** 4:8

**12:44** 4:10

**14** 26:7,17,18

**140** 190:18

**14-15** 190:15

**14th** 116:18

**15-year-old** 42:13
54:4 96:13

**160** 3:12,13

**163** 5:14,15

**170** 190:19

**174** 3:15

**179** 47:8

**180** 47:11

**18-21** 190:19

**19** 5:7 52:16

**190** 191:13

**19-20** 190:13

**2**

**2:50** 111:15

**20** 36:5 45:17

**2010** 1:11

**202N-11** 1:7

**20s** 156:5

**24** 49:3

**24-25** 190:16

**26th** 57:23

**27** 1:11

**277-2700** 1:25

**28th** 7:24

**29** 5:7

**3**

**3:11** 143:11,25

**3:33** 174:22

**3:51** 174:24 175:16

**3:52** 175:18,22
176:3

**3:53** 176:14

**3:56** 176:16

**3:57** 177:14

**35** 190:12

**4**

**4:05** 177:16

**4:09** 182:24

**4:20** 183:2,15

**4:21** 184:13

**4:22** 185:3

**4:23** 185:5

**4:24** 185:10

**4:29** 185:12

**4:43** 185:14

**4:46** 187:4

**4:47** 187:8

**4:50** 188:23

**40** 155:24 190:13

**40s** 155:25 156:4

**4-6** 190:17

**4-7** 190:12

**49** 190:14

**5**

**5** 190:14

**5:15** 188:25 189:5,9

**51** 190:15

**58** 183:23,24

**6**

**631** 1:25

**65** 3:14

**66** 3:14

**67** 3:14

**68** 3:14 190:16

**69** 3:14

**7**

**70** 3:14

**71** 3:14

**72** 3:14

**73** 3:14

**9**

**9-12** 190:18

**915** 113:15

**A**

**a.m** 2:2 4:8,10
111:13,15
143:11,25
174:22,24
175:16,18,22
176:3,14,16
177:14,16 182:24
183:2,15 184:13
185:3,5,10,12,14

187:4,8 188:23,25
189:5,9

**ability** 190:9 191:12

**able** 7:15 43:7
164:22

**absolutely** 111:10

**according** 46:15

**accurately** 191:11

**accused** 41:6,15

**across** 47:21 48:20
95:14 153:18
154:20

**advised** 7:2

**afford** 6:18

**afraid** 92:15 178:17

**afternoon** 91:24

**afterwards** 74:20
170:4 171:14

**against** 1:6 6:15
139:14,17 186:15

**ago** 59:7 102:21
157:2

**air** 16:18 85:21
92:14 107:4

**allowed** 123:4

**alone** 13:11,23

**already** 15:16
23:5,16 45:24
71:24 90:10 95:9
117:7,19 126:13
141:5 143:21
146:16 147:8,9
148:21 154:8
164:15 172:13,14
173:3 174:8,9

**am** 50:20 77:2 86:16
97:9 103:3 115:15
117:25 136:21
137:12 143:4
173:17 182:13,20

**answer** 7:3 74:4

answering 6:16

answers 74:2,8

anybody 41:9 43:6
  49:17 76:10
  94:24,25 140:24
  174:13

anyone 8:16

anything 2:6 41:6
  47:22 162:10
  175:6,11 177:5

anyway 174:18

apologize 96:17

Aponte 1:16 2:3
  3:2,7 4:9,11,12,15
  5:17 20:21,24
  21:5,8
  59:10,13,17,20
  60:5,10,13,19,23
  61:3,6,11,14,20,25
  62:4,7,10,15,21,24
  63:3,9,14,19,21,24
  64:2,6,9,16,20,22,
  25
  65:4,8,12,16,19,23
  66:3,9,13,17,20,23
  67:3,7,11,14,18,21
  68:6,11,15,20
  69:2,9,12,16,20,23
  70:25
  71:3,8,12,16,19,25
  72:6,9,24
  73:5,9,12,21,25
  74:5,10,14,19,22,2
  5 75:5,9,13,17,24
  76:5,8,15,19
  77:8,16,20,25
  79:4,14,17,22
  80:9,13 83:21,25
  84:5,19,23
  85:2,7,10,15,18,25
  86:5,11,14
  87:4,8,10,19
  88:12,19,22,25
  89:4,8,12
  90:7,11,14,18,22
  91:2,8 92:16

101:10,13,16,19
102:8 103:14,19
104:18,24
105:5,19,23
106:11,15,19,24
107:6,9 108:20,25
109:7,22,25
110:7,18,21
111:6,14,16
112:16,25 113:4
114:16
115:7,11,25
118:14,24
119:2,6,10,14,17,1
9,22
120:3,7,10,17,22,2
5
121:12,15,17,20,2
3,25
122:4,7,11,13,17,1
9
123:2,9,11,15,21,2
4
124:3,10,15,18,21,
24
125:3,6,8,13,18,22
126:2,4,7,10,18,22
,25
127:4,10,14,17,20,
25
128:6,9,12,20,23,2
5 129:5,10,15
130:16,22,25
131:5,8,11,13,16,1
9,24
132:2,5,9,14,16,21
133:3,7,17,22
134:4,13,19,22
135:2,7
136:10,19,24
137:7,9,16
138:4,15,19,24
140:17
143:6,10,15,18
144:7,14,19,22
145:3,7,11,14,18,2
3 146:3,7,12,19,23
147:2,11,17,20
148:4,9,11,16,19

149:22
150:3,8,18,21,23
151:3,5,9 157:3
160:12 163:5
165:10,15,19
166:3,15 167:20
168:11,19,25
169:4,9,14
170:3,8,10,13,15
171:9,12,14,19,23
172:18 173:20
174:3,11,23,24
175:2,5,9,13,15,16
,18,20,24
176:5,8,10,12,14
177:17,18,20,23
178:2,7,10,13,17,2
5 179:5,9,14,19,22
180:4,7 182:25

appear 26:12
  135:24

appeared 110:13

argument 34:12

Armando 21:7,8,9
  23:11,20 24:24
  30:3 33:4,6 34:10
  36:14,16 39:10,11
  40:7 43:2 44:8
  45:4,6 46:6 47:10
  50:22 52:2 55:20
  57:13,22 58:12,23
  59:10,11 61:11
  75:11 78:8 81:13
  91:19 92:13 95:13
  98:15,20,24
  99:16,19
  107:10,24 108:5
  113:24 114:25
  117:3 119:24
  152:5,14,21 153:4
  155:6,8,14
  158:2,3,23 160:14
  162:12,20 163:21
  180:18

Armando's 47:18
  78:6 96:12 99:4
  115:25 118:15

151:10 159:17
180:19

arms 139:6

arrest 105:2

arrested 38:9
  103:2,3

as> 35:6 140:12

ass 63:7,12 66:6
  109:11 143:14

Associates 1:24

ate 3:21

attacked 90:15

attention 6:9

Audi 127:14 131:3

Avenue 1:24 40:22
  113:16

away 21:20 24:14
  30:5 31:8,21 32:8
  61:7 70:10 73:18
  74:12 80:4 81:4
  92:14 94:3
  137:22,25 140:8
  142:10 158:14,24
  166:9 170:4
  171:15 172:5
  187:15,21,24
  188:8

B

Babylon 10:4 12:23
  44:18,19 99:13,14
  152:14

backseat 29:6

bag 35:2,21,24
  36:4,10 37:3,4
  155:23 184:3

bags 39:20,22
  49:4,23 154:21,22
  155:20 156:4

bandage 147:10

banging 66:9 86:22

barely 112:17

basic 4:20

bat 168:10

bathroom 41:17,19
50:7,16,18,19
161:20,23
162:2,5,8
175:6,10,20

Bay 1:24

beat 79:11 109:4
156:15 157:25

beating 79:18 84:3
94:23 95:3 109:3

beer 34:2 95:25
153:23 154:2

beginning 58:15
77:11

behind 13:21 29:8
32:18 160:8
172:12 189:4

believe 57:22
72:9,11 75:25
76:3 128:18
135:15 157:3
160:18 165:3
180:10,11,13,17

believing 160:21

belongings 184:3

benching 143:9

besides 24:8

best 72:18 133:17
190:9 191:12

better 68:7,25
110:2,3,8 134:22

bike 51:23 54:16,25

bills 165:25 166:4

birth 5:6

bit 66:2 111:19
161:13

black 24:10,11
40:20 51:14 90:2
96:4 114:20 152:7

BLANC 170:20

blanco 140:9 170:19

blank 15:8 86:25
140:10

blanks 172:5

bled 150:9

bleed 136:11,13

bleeding 15:12
29:20 31:13 66:14
75:23 86:23
87:17,19,20 89:17
90:12 91:2,9
136:20
137:10,21,24
143:22
145:14,17,19
146:4,16
147:15,18
148:2,14,25 149:2
158:17 164:2

block 43:24 96:2
99:22 154:5

blocks 130:6

blood 28:15,20,21
29:11,14
88:7,8,10,12,20,21
89:7,18,24
114:4,7,18,23
116:2 118:15
133:24
134:13,14,19
135:8 136:12,23
137:25 145:24
146:14,20 147:4
150:15 151:11
172:18

bloody 87:5,6 91:3

BLOWS 140:11
170:20

blue 184:3

body 106:17

Bonilla 1:8,13
2:1,3,7,11,14,17,2
2,25

3:1,12,16,22,25
4:1,3,25
5:1,3,4,7,10,12,14,
16,22,25
6:1,6,8,22,24
7:1,4,8,12,18,21
8:1,2,5,10,13,17,1
9,23
9:1,2,4,8,12,18,24
10:1,2,13,20
11:1,4,7,10,20,24
12:1,2,11,19
13:1,3
14:1,7,10,18,21,24
15:1,3,18,22
16:1,9,12,16,20,23
17:1,2,8,12,19,21,
25 18:1,5,24
19:1,4,12,16,20,25
20:1,4,8,12,16,19,
23,25 21:1,7,11,16
22:1,6,12,17,19
23:1,2,5,8,10,13
24:1,9,15,25
25:1,5,8,11
26:1,4,7,13,16,25
27:1,8,11,14,18,21
,24
28:1,8,14,17,20,23
29:1,2,7,10,13,19
30:1,4,11,14,21
31:1,18,22,25
32:1,3,6,9,11,14,1
6,18,20,24
33:1,2,5,8,10,13
34:1,5,8,11,18,21
35:1,11,14,22,25
36:1,3,8,11,15,18,
22,25 37:1
38:1,15,19 39:1
40:1,2,5,8,10,13,1
6,19,23,25
41:1,4,7,10,13,18,
21
42:1,11,15,18,20,2
3
43:1,4,10,13,15,19
44:1,9
45:1,2,5,8,11,13,2

0,22
46:1,9,11,16,20,24
47:1,5,9,12,15,19
48:1,4,13,18,21
49:1
50:1,5,10,14,17,25
51:1,4,10,13,18,22
52:1,3,5,9,16,19,2
3
53:1,2,12,15,17,21
,25
54:1,5,9,12,15,19,
22,24
55:1,16,21,24
56:1,2,4,17,20,24
57:1,6,9,14,18,24
58:1,2,9,13,17,20,
24
59:1,6,12,15,19,22
60:1,3,6,12,15,20,
25
61:1,4,9,13,19,22
62:1,3,5,9,12,17,2
3
63:1,2,7,11,16,20,
23,25
64:1,4,7,10,19,21,
24
65:1,2,6,10,14,18,
21,25
66:1,5,11,16,19,21
,25
67:1,5,9,12,17,20
68:1,4,9,12,18,23
69:1,5,11,14,18,21
70:1,3,5,9,13,17,2
2
71:1,2,7,14,18,23
72:1,5,8,21
73:1,3,8,11,14,22
74:1,3,9,13,16,21,
24
75:1,3,6,10,16,20
76:1,4,7,12,17,21,
25 77:1,6,15,18,22
78:1,2,8,11,15,19,
21,24
79:1,8,11,15,20,24
80:1,5,11,15,20,23

81:1,7,11,14,17,24
82:1,3,7,11,14,18,
21 83:1,8,12,19,23
84:1,2,6,22,25
85:1,5,9,13,16,23
86:1,3,8,12,16
87:1,7,9,14,20,23
88:1,2,5,8,13,21,2
4
89:1,2,6,10,14,23
90:1,2,9,13,16,20,
24 91:1,7,10,20,23
92:1,3,6,18,21
93:1,2,7,10,13,17
94:1,8
95:1,15,19,22
96:1,7,11,14,19,22
97:1,16,20
98:1,17,25
99:1,3,7,23
100:1,3,6,21
101:1,2,5,12,15,18
,22
102:1,3,7,10,16,20
103:1,8,12,16,23
104:1,3,23
105:1,4,15,22,25
106:1,13,18,21
107:1,5,12,25
108:1,4,8,18,22
109:1,6,9,24
110:1,4,9,19
111:1,3,22,25
112:1,6,11,21
113:1,3,6,11,14,18
,22 114:1,2,5,8,11
115:1,3,10,15
116:1,5,8,11,14,17
,21
117:1,5,10,15,18,2
3 118:1,6,10,17,25
119:1,3,8,12,16,18
,20
120:1,2,5,9,13,20,
24
121:1,6,14,16,19,2
2,24
122:1,3,6,9,12,14,
18,21

123:1,7,10,13,18,2
3
124:1,2,7,11,17,20
,23,25
125:1,5,7,10,16,19
,23
126:1,3,6,9,11,20,
24
127:1,2,9,12,16,19
,21
128:1,5,8,11,14,22
,24
129:1,2,9,13,22,25
130:1,19,24
131:1,4,7,9,12,14,
18,21,25
132:1,4,7,11,15,19
,23 133:1,6,9,20
134:1,3,6,9,12,15,
21,24
135:1,6,16,19
136:1,14,21
137:1,6,8,12,20,23
138:1,2,7,18,22
139:1,2,7,10,15,18
,22 140:1,19
141:1,2,5,9,12,14
142:1,6,11
143:1,8,13,17,20
144:1,3,11,16,21,2
5
145:1,6,9,13,16,21
,25
146:1,5,8,18,21,25
147:1,5,16,19
148:1,3,6,10,12,18
,20 149:1,25
150:1,4,13,20,22,2
5
151:1,4,7,12,19,23
152:1,2,6,10,12,22
153:1,5,8,20,24
154:1,3,7,15
155:1,4,24
156:1,12,18,22
157:1,6,9,12
158:1,15,24
159:1,3,13,18,22
160:1,2,5,17,23

161:1,2,17,22
162:1,4,7,14,21,25
163:1,3,9,13,16,23
164:1,3,8,16,23
165:1,14,17,20,23
166:1,5,10,19
167:1,24
168:1,16,23
169:1,3,6,18,22
170:1,6,9,12,14,16
171:1,11,13,18,21
172:1,2,10,16,20
173:1,12
174:1,2,6,16
175:1,4,7,12,14
176:1,7,9,11,15,17
177:1,6,10,12,19,2
1,24
178:1,5,9,12,15,19
179:1,4,7,13,17,21
,24
180:1,6,9,15,20
181:1,6,12,18,23
182:1,6,12,16
183:1,6,9,11,14
184:1,12,18,21,23
185:1,11,12,23
186:1,2,5,9
187:1,18,22
188:1,2,6,9,12
189:1,10

book 184:5

boots 89:13,15

Boston 82:10,13,17
95:8
120:8,12,18,19,23
121:2,4,13

bother 2:10

bottom 77:10

bought 33:25 49:3
132:18

boys 50:6,7,11,12
161:19,25

Briley 40:17 51:17

bring 49:12 184:11

Britey 51:17

Broadway 40:24
159:25

broke 22:3,13

broken 28:10 29:24

Brooklyn 34:6

brother 39:5 43:16,
54:18

brown 13:19

bruise 14:15 17:16

bruised 63:11

bump 63:7,9,12
91:5 109:11

business 100:13

buy 12:3,5 27:22

C

car 3:24 9:16 13:12
14:3 18:10,14
27:17,20
28:7,13,16,25
29:12,16 38:21
96:6,10 97:5,6
113:21,25
114:2,4,5,7,9,10,2
4 115:2 116:2
118:15 130:3
133:23,24
134:8,11 135:9
136:12 143:21
144:12,23 145:24
146:15,20,24
147:3,4,21,22,25
149:3,14,18
150:9,10,11,14,23
151:11 172:19

care 174:17,18

carried 77:9 142:9
182:10

carry 76:23
77:4,5,6,9 173:19
182:5,6,13,16

case 50:2

**Cassel** 5:21 51:10

**cause** 6:10 10:6,8,10
17:25 21:21 22:3
26:11 28:9,12
29:19 44:19 46:3
48:21 51:7 67:23
82:18 84:22
114:13 115:20
118:5 121:6 123:4
129:10 133:13
139:12 140:2,21
144:5 148:15
152:16 155:10
181:13,15 182:10
187:17 188:4

**caused** 59:14

**cell** 102:6

**cellphone** 184:4

**cents** 183:23,24

**Cereghino** 1:15
2:2,5,8,12,15,18,2
3 3:4,8,13,17,23
4:2,4,8,10,14,15
5:2,5,9,11,13,15,2
0,23 6:3,7,9,23,25
7:6,10,14,19,22
8:3,8,11,15,18,21,
24
9:3,5,10,17,22,25
10:12,18
11:2,5,9,18,22,25
12:9,18,25
14:6,9,16,19,22,25
15:14,20
16:7,10,14,17,21,2
4 17:6,10,17,20,23
18:3,22
19:2,10,14,18,23
20:2,6,9,14,18
21:9,13
22:4,10,15,18,24
23:3,7,9,11
24:7,13,23
25:3,7,10
26:2,5,11,14,24
27:6,9,13,16,19,23
28:6,12,15,18,22,2

4 29:5,8,11,18
30:2,9,12,19
31:15,20,24
32:2,5,7,10,12,15,
17,19,21,25
33:3,6,9,11
34:4,6,9,16,20
35:9,12,20,23
36:2,6,9,13,17,20,
24 38:13,17 39:24
40:3,6,9,11,14,17,
21,24
41:2,5,9,11,16,20
42:9,12,17,19,21,2
4 43:5,11,14,17
44:6,24
45:3,6,9,12,18,21
46:5,10,12,18,22
47:3,7,10,13,17
48:3,12,16,19
49:25
50:6,12,15,24
51:3,9,11,16,20,25
52:4,7,15,18,22,24
53:10,13,16,19,23
54:3,6,11,13,17,20
,23 55:15,19,22,25
56:3,15,18,23
57:4,7,12,15,21,25
58:6,10,14,19,22
59:5,24 60:8
68:13,16 69:25
70:4,7,11,15,19,23
71:10 76:23 77:4
78:5,9,13,17,20,22
79:6,9 80:3,18,21
81:3,9,12,15,22,25
82:5,9,12,16,20
83:5,10,16
87:21,24 88:4,6
89:21,24
91:18,22,25
92:4,10,20,24
93:5,8,11,15 94:5
95:12,18,21
96:5,9,12,15,20
97:14,18 98:14,23
99:2,5,21,24
100:4,18,24

101:3,20,25
102:5,13,19
103:6,10,25
107:8,23
108:2,6,17 109:15
110:25
111:4,11,13,15,17,
24 112:3,8,12,19
113:8,12,15,20,24
114:3,6,9,12,17
115:5
116:6,9,13,16,19,2
5 117:9,13,16,21
118:3,7 121:3
127:11,13,23
129:20,23
134:7,10,17
135:11,17
137:21,24
139:4,8,13,16,20
140:23
141:3,7,10,13
142:4,9 143:11,25
151:15,21,24
152:4,9,11,20
153:3,6,16,22,25
154:6,12 155:2,22
156:6,16,19,25
157:7,11
158:13,22,25
159:11,16,20,24
160:4,9,14,20,24
161:14,19,24
162:6,11,18,24
163:2,7,11,15,20,2
5 164:6,14,20
165:12,21
166:8,13,17
169:13,20
172:4,13 173:7
174:20,22 175:22
176:2,3,16,19
177:2,8,11,13,14,1
6 180:13,16
181:4,10,15,21
182:4,8,15,23,24
183:2,4,7,10,12,19
,24
184:9,15,19,22,24

185:3,5,7,10,14,16
186:12 187:3,6
188:19,21,23,25
189:3,7,9

**certain** 156:8
167:13 169:20,21

**CERTIFICATE**
190:2 191:2

**certify** 190:6 191:9

**chair** 129:5,8,17
130:17

**chance** 6:20 111:20
188:5

**change** 3:19 150:5

**changing** 179:10

**chapstick** 184:6

**charging** 176:5,6

**chasing** 103:20

**check** 101:6 127:3
133:12

**checking** 127:2

**chest** 20:6,7
70:2,12,15,16,24
85:20 139:6,14,17
156:21,23 164:21

**Chili** 55:6,9

**chill** 47:20

**chose** 123:2

**chubby** 55:13

**cigarette** 3:18

**cigarettes** 184:5

**city** 82:8 119:21,23
131:21,22,24
132:3

**clean** 148:13,23

**clearly** 85:8

**close** 9:5,6 110:16
131:15 136:4

**closed** 104:12,14
149:18

closer 186:25

clothes 135:8

clothing 184:4

cocaine 40:12

Cocoa 55:6,10

coke 11:24,25 21:4,6
  34:25 35:25
  36:2,3,4,10
  39:14,16,19,21,23
  44:20,21 47:22
  49:3,12 50:4,9
  99:8 100:8,13
  154:21 155:12

coked 46:4 48:22
  154:18

cold 111:18

collapses 137:18
  172:6

comes 114:25

comfortable
  129:21,24

coming 9:20 22:2
  33:21 77:2 97:13
  123:22,25 129:11
  153:20 159:9
  162:23 181:25

complete 190:10
  191:16

complicated
  115:8,13,14

condition 30:3

conducting 121:4

confused 68:19,20

considered 5:20

constitute 190:10
  191:16

Continue 54:8

control 72:2,3

cops 38:5 41:8
  42:3,4 48:13
  49:23 102:22

125:24

corner 3:9 81:4

cost 155:23

count 3:14,19

country 25:18

COUNTY 1:2 190:5
  191:6

couple 34:10 46:5
  58:15 92:12
  108:22 111:2,12
  130:6 154:13
  157:2 187:7

court 1:2 6:15
  26:8,9,12,19 104:9
  105:3,5 116:17,22
  117:8

cousin 49:21 55:13

cover 148:22

crazy 21:24,25 31:2
  154:22 164:9,24

credit 12:7,19 37:3
  155:12

cross 46:25 47:4,9

crush 103:15,20,21

cut 11:7 66:6,14
  67:2 72:25 81:20
  87:12,15,16 89:19
  91:8 113:23
  124:8,9,12 143:6,8
  178:3 184:16

cutting 179:9

_____

D

dad 5:25 97:10
  100:6

dad's 100:12

date 5:5 26:19
  190:20 191:19

dates 117:8

daughter 41:3,6,12
  42:10 96:13
  97:10,13,19

day 17:16 22:5
  39:6,8,9 42:3,6,7
  48:23,24 49:22
  50:21,23 52:11
  58:14 88:16,17
  91:20,21,22 98:6
  102:20,21,22
  104:4,5 109:10
  119:10,22
  123:22,25
  124:2,3,9,19
  145:13,19
  154:16,19 156:2
  165:8 168:20

days 3:22,23
  36:21,23 46:6,13
  50:23 57:16,23,24
  58:15 82:15,23,24
  119:10,11
  121:17,18 132:10
  154:14

day's 145:11 147:14

de 40:19 51:14
  140:10 170:19

dead 172:6

deal 178:4

dealing 36:7,11

death 59:14 135:4,5

decide 77:22 78:4

defend 80:16 84:8
  94:15,18 157:24

Defendant 1:9

defending 94:22

defense 94:19,21
  105:20,24

deli 34:5,20
  36:17,25 46:7
  142:16,17
  154:2,3,13 156:3
  182:20

demand 99:25

demanding 45:19

deodorant 184:4

depends 58:3,4

deported 12:14
  49:17

describe 84:20
  171:9

detail 171:17

detailed 84:21
  171:10

detective 1:15,16
  2:2,3,5,8,12,15,18,
  23
  3:2,4,7,8,13,17,23
  4:2,4,8,9,10,11,12,
  14,15
  5:2,5,9,11,13,15,1
  7,20,23
  6:3,7,9,23,25
  7:6,10,14,19,22
  8:3,8,11,15,18,21,
  24
  9:3,5,10,17,22,25
  10:12,18
  11:2,5,9,18,22,25
  12:9,18,25
  14:6,9,16,19,22,25
  15:14,20
  16:7,10,14,17,21,2
  4 17:6,10,17,20,23
  18:3,22
  19:2,10,14,18,23
  20:2,6,9,14,18,21,
  24 21:5,8,9,13
  22:4,10,15,18,24
  23:3,7,9,11
  24:7,13,23
  25:3,7,10
  26:2,5,11,14,24
  27:6,9,13,16,19,23
  28:6,12,15,18,22,2
  4 29:5,8,11,18
  30:2,9,12,19
  31:15,20,24
  32:2,5,7,10,12,15,
  17,19,21,25
  33:3,6,9,11
  34:4,6,9,16,20
  35:9,12,20,23

36:2,6,9,13,17,20,24 38:13,17,22 39:24
40:3,6,9,11,14,17,21,24
41:2,5,9,11,16,20
42:9,12,17,19,21,24 43:5,11,14,17
44:6,24
45:3,6,9,12,18,21
46:5,10,12,18,22
47:3,7,10,13,17
48:3,12,16,19
49:25
50:6,12,15,24
51:3,9,11,16,20,25
52:4,7,15,18,22,24
53:10,13,16,19,23
54:3,6,11,13,17,20,23 55:15,19,22,25
56:3,15,18,23
57:4,7,12,15,21,25
58:6,10,14,19,22
59:5,10,13,17,20,24
60:5,8,9,10,13,19,23
61:3,6,11,14,20,25
62:4,7,10,15,21,24
63:9,14,19,21,24
64:2,6,9,16,20,22,25
65:4,8,12,16,19,23
66:3,9,13,17,20,23
67:3,7,11,14,18,21
68:6,11,13,15,16,20
69:2,9,12,16,20,23,25
70:4,7,11,15,19,23,25
71:3,8,10,12,16,19,25 72:6,9,24
73:5,9,12,21,25
74:5,10,14,19,22,25 75:5,9,13,17,24
76:5,8,15,19,23
77:4,8,16,20,25
78:5,9,13,17,20,22

79:4,6,9,14,17,22
80:3,9,13,18,21
81:3,9,12,15,22,25
82:5,9,12,16,20
83:5,10,16,21,25
84:5,19,23
85:2,7,10,15,18,25
86:5,11,14
87:4,8,10,19,21,24
88:4,6,12,19,22,25
89:4,8,12,21,24
90:7,11,14,18,22
91:2,8,18,22,25
92:4,10,16,20,24
93:5,8,11,15 94:5
95:12,18,21
96:5,9,12,15,20
97:14,18 98:14,23
99:2,5,21,24
100:4,18,24
101:3,10,13,16,19,20,25
102:5,8,13,19
103:6,10,14,19,25
104:18,24
105:15,19,23
106:11,15,19,24
107:6,8,9,23
108:2,6,17,20,25
109:7,19,22,25
110:7,18,21,25
111:4,6,11,13,14,15,16,17,24
112:3,8,12,16,19,25
113:4,8,12,15,20,24
114:3,6,9,12,16,17
115:5,7,11,25
116:6,9,13,16,19,25 117:9,13,16,21
118:3,7,14,24
119:2,6,10,14,17,19,22
120:3,7,10,17,22,25
121:3,12,15,17,20,23,25
122:4,7,11,13,17,1

9
123:2,9,11,15,21,24
124:3,10,15,18,21,24
125:3,6,8,13,18,22
126:2,4,7,10,18,22,25
127:4,10,11,13,14,17,20,23,25
128:6,9,12,20,23,25
129:5,10,15,20,23
130:16,22,25
131:5,8,11,13,16,19,24
132:2,5,9,14,16,21
133:3,7,17,22
134:4,7,10,13,17,19,22 135:2,7,11,17
136:10,19,24
137:7,9,16,21,24
138:4,15,19,24
139:4,8,13,16,20
140:17,23
141:3,7,10,13
142:4,9
143:6,10,11,15,18,25 144:7,14,19,22
145:3,7,11,14,18,23 146:3,7,12,19,23
147:2,11,17,20
148:4,9,11,16,19
149:22
150:3,8,18,21,23
151:3,5,9,15,21,24
152:4,9,11,20
153:3,6,16,22,25
154:6,12 155:2,22
156:6,16,19,25
157:2,7,11
158:13,22,25
159:11,16,20,24
160:4,9,12,14,20,24 161:14,19,24
162:6,11,18,24
163:2,5,7,11,15,20,25 164:6,14,20
165:10,12,15,19,2

1 166:3,8,13,15,17
167:20
168:11,19,25
169:4,9,13,20
170:3,8,10,13,15
171:9,12,14,19,23
172:4,13,18
173:7,20
174:3,11,20,22,23,24
175:2,5,9,10,13,15,16,18,20,22,24
176:2,3,5,8,10,12,14,16,19
177:2,8,11,13,14,16,17,18,20,23
178:2,7,10,13,17,25 179:5,9,14,19,22
180:4,7,13,16
181:4,10,15,21
182:4,8,15,23,24,25
183:2,4,7,10,12,19,24
184:9,15,19,22,24
185:3,5,7,10,14,16
186:12 187:3,6
188:19,21,23,25
189:3,7,8,9

**Diana** 93:15
96:10,11,16

**die** 25:10
59:10,11,13,14
60:16 93:18

**died** 43:2 50:24 52:2
57:13,22 58:23
60:16,17,23 61:5
67:14,15 91:19
98:15 105:8

**dieron** 170:19

**dies** 46:6

**different** 68:21
168:13 177:24
178:2

**difficult** 77:21

**digo** 68:24

**dije** 35:6 140:12

**dijo** 35:7

**disconnected** 57:19,22 58:3

**dizzy** 170:25

**DNA** 114:14,15

**doctor** 165:13

**done** 87:5 114:22

**door** 129:7,18 149:19

**doubt** 83:17 142:10

**downstairs** 128:2

**drawstring** 183:5,8

**drink** 45:7 47:16,19 48:9,10 49:3 100:12 104:12 155:16 173:2

**drinking** 48:15 83:11,12 95:14,16 154:19 161:11 173:9 182:2

**driver** 29:9

**driving** 38:13

**drop** 2:19 33:25

**dropped** 33:23

**drove** 4:16 127:15 144:19

**drug** 44:11,12,13

**drugs** 10:5,6 12:17 161:18

**drunk** 38:19,20 39:14 46:3 48:21 49:7 97:23 154:17,23

**ducked** 164:12

**dude** 134:20

**dying** 58:12

———— E ————

**ear** 85:6 170:7 171:4

185:19 187:11,14

**earlier** 168:19

**ears** 5:17

**Eat** 4:6

**eaten** 132:10

**either** 65:24 157:4 162:13

**el** 51:14

———— ☐ ————

☐**El** 40:19

———— E ————

**Elmer** 10:10 12:9,22,23 24:8,9 44:14,16 47:6 98:10,16,17,18,19 99:7,11,12 152:9,10 153:3,11,15 154:11 155:4

**Elmer's** 99:6

**else** 24:7 69:25 70:2 83:9 100:9 106:22 107:11 109:20 140:24 167:16 174:13

**email** 26:18

**en** 68:24

**English** 68:12 190:8 191:14

**entendes** 140:10 170:18

**entered** 2:4 4:11 111:16 144:2 174:25 175:19,23 176:18 177:17 183:3,16 185:6,12,15 187:9 189:2,6

**entrance** 129:7

**es** 68:24 110:4,5

**Eso** 110:4,5

**Espa☐ol** 68:24

**everybody** 11:12,13 16:4 17:4 27:2,4 38:4 40:4 43:24 44:6 53:21 60:7 80:2,5,12 93:22 94:17 106:2 107:6 109:15 128:19 133:9,13 162:22 172:10,11

**everybody's** 76:10

**everyone** 160:21

**everything** 47:23,24 84:21,24 85:8 92:15 161:4 165:4 171:10 176:23 184:7

**Everywhere** 123:14

**evidence** 135:10

**exactly** 114:19,21 151:17

**examined** 100:25 101:7

**except** 171:17,18 191:12

**excuse** 12:15

**expect** 167:9

**expecting** 38:9

**explain** 67:15,19 68:2 72:2 77:24 94:6 105:12 106:8 109:20 116:2,3 118:15,16 133:25 134:5 148:7 151:10 179:3

**explaining** 68:4 110:2,3,8 111:9

———— F ————

**face** 17:17,18,20,21 19:23,24 20:2 31:14 75:23

112:17 180:18 186:22

**facing** 19:2 20:7

**fact** 173:23

**fall** 11:11 32:22 69:22 157:20

**falling** 29:24 137:14

**family** 43:3,6

**farm** 123:16,17 124:5

**fast** 4:22

**father** 45:7 57:13

**favor** 186:7,17,21 187:11

**feel** 22:12 149:7 164:6,7 170:21,23 187:20

**feeling** 22:10 129:13,16 158:6

**fell** 14:12 18:20 23:14 31:16,18 61:24 69:10,21 146:21 147:8

**felt** 90:3 139:23,24 140:2

**fight** 8:16 9:6 10:19 13:15 14:23 17:4 18:7 20:5 31:4 34:9,13,23 37:25 38:3,11,24 39:5 40:7 42:4 44:7 46:6 47:14 48:24 50:22 51:2 55:20 81:12 83:23 91:11 96:24,25 97:2,3,10,15,21 98:11 106:9 136:4,5 142:8 151:24 152:2,24 153:7 154:13 156:3 157:16 160:15 161:3 167:14 174:9,11,12,13,14

fighting 11:13 17:9 70:5 73:3 86:17 107:18,19 162:12 163:22

figure 25:18,19 33:14 77:14 109:14

figured 117:6

fill 172:4

fine 54:8 68:15 171:17

finger 22:3,5,8 28:10,22 29:12,15,20,24 90:10 95:17 113:23 134:14,20 143:7 144:10 145:4,5,8 146:11,22 149:6 165:22 185:21

fingers 183:20 184:20 188:8

finish 145:9,11 147:14

finished 175:2 179:23

fire 22:22 23:15,23 24:2,4,17,18 30:6

fired 21:19 22:25 24:15 31:22,23

fires 107:3

first 14:11 60:15 61:4 69:6,9,10,13,23 91:19 144:22 149:5,11 150:3,4 186:13

fit 161:9

five 49:4 104:10 121:18 142:24 156:4

floor 23:6,10,15 86:22

food 132:18,20

foregoing 190:8,9 191:10,15

forget 10:17 44:11 154:22

forgot 49:2

Friday 39:10

friend 9:20,23 85:21 87:11 144:18 147:24 148:16 150:14,18 158:15,16 171:6

friends 72:18 78:6,8,10 80:14 92:16 100:12 105:19,23 155:16

friend's 150:11

front 12:5 47:18 55:22 100:16 102:25 103:4 104:14 108:8 128:4

fuck 13:10 37:16,17 94:12 95:2 110:13 117:25 122:25 135:24 144:13 149:17 161:10 162:15 172:22

fucking 15:4 38:21 44:11 49:5 83:14 94:23 156:4

full 94:19,21 190:10 191:16

fully 191:11

funny 42:24 100:18

furnished 6:19

---
G
---

gate 53:2,5,8

gets 70:20 113:24 115:7,8,12,14

getting 24:12 49:6 65:17,20 69:3

74:20 75:14,18 79:11,12 96:2 104:19 130:9 142:25 149:17 156:15 157:19,25 168:3 171:5

girl 13:11,12,20 18:6 41:14,22,24 42:16,18 43:23 51:5 55:12,13,17 56:5,8 85:10,11,12 97:7,9 103:18 142:18 152:23

girlfriend 128:21

glass 129:18

gloves 184:7

God 172:17

golpes 140:10 170:19

gonna 98:12 115:15 116:17,21 117:25 130:13 134:12 136:22,25 137:2,12,13 143:5,20,24 144:13 149:11 160:6,7 167:11 173:17 177:19,21 178:19 179:8,13,17 180:10,11 182:13,20 185:8

Gonzalez 190:6,21 191:14

gotta 144:5

gotten 109:20 114:14

grab 18:20,22 19:3,11,15,19 69:18,19 135:25 140:15 158:4

grabbed 14:13 19:15,19 158:2

grabbing

156:14,17,20,23

grade 6:6,7

Grand 151:2,3

great 68:14

green 89:15,16

ground 31:17 32:22 137:19

group 114:19

guess 27:22 29:3 42:23 50:22 51:18 57:20 58:21,25 59:15 70:19,20 84:13 89:11 91:21,23 102:12,21 103:9 123:13 125:7 151:4 153:13 183:14

gun 15:19,20 16:18 21:19 22:22,25 23:15,23 24:2,4,16,17,19 32:5,9,22 78:19,20,21 84:13,15 92:14 141:21,22 170:4

gunshot 32:22 59:16 60:17 61:7,10,24 75:4,7 85:5 136:15 140:13 158:8,10,12 159:6 170:6 171:3

guy 10:3,8,9,19,23 11:4,14,17,22 13:14 15:3,11,24 17:3,8,10,12 18:7 20:17,20,21,22,24 21:5,20,21 22:25 31:5,7 32:22 47:5 48:7 52:13 55:3 56:11 62:6 77:13 79:7,10,12,13 84:3,9,15 86:19 87:3 94:22 96:4 107:3 110:16

124:23,25
127:6,9,10,13,14,1
5,18 128:2 131:2
136:16,22
137:13,14 138:11
144:17 146:22
149:20 151:6
152:7,8 159:8
167:15 174:5
180:17,18

guys 12:4
14:16,18,19,20
23:25 25:19 37:21
38:25 39:2,7 47:2
59:8 67:20 75:8
77:23,24
94:2,19,21
115:3,19 116:5
118:20 120:15,16
121:7,8,9
122:15,18 126:14
127:2 140:21
144:6 149:5,10
151:12,20 157:10
160:18 165:3,4
172:3 178:21
180:10,11

guy's 79:18 127:5
128:2 137:10

H

hair 124:8,9,12
178:3 179:10
187:13,14,15,21,2
4

haircut 130:9

half 29:25

halfway 22:3 33:24

hammer 143:14,16

hand 1:24 15:15,17
77:12 135:14
168:22 187:13,14
190:20 191:19

handball 51:7,8
53:3,7 104:2,8,9

handcuffs 2:19

hands 186:18 189:4

hang 186:18

hanging 48:19
153:18

happen 58:11 60:2
67:16,19 142:7

happened 7:23 9:11
16:12 20:15 21:17
24:23,25 25:3,24
33:2,12 34:16,18
39:8,15 42:6
46:18,19,22 47:14
61:16 67:21,22,23
72:4,19 80:19,22
81:10,11 82:25
87:21,24 88:15
92:22 94:11,12,13
97:25
100:21,22,23
101:4,5,7 103:2,4
109:23 110:5,6
112:9,13 117:2
119:23 120:14
121:7 122:16
140:25 141:4,17
151:18 156:9,11
157:18 161:15
163:17 167:5,6
178:20,22 179:2,3

happens 22:16
47:17 100:19,20
114:23

hard 63:22 77:17,18
135:14

hardly 141:6

haven't 114:14
132:9,17 141:7

having 135:13
140:20

hay 35:4

head 33:16 63:24
64:17,23 65:4
66:14 83:2,24
85:14,17 90:12

91:3 92:12 108:18
109:8 138:13
139:6,8,11 161:9
167:19 170:23
185:25
186:18,23,24
188:15

Heads 176:12,13

healed 63:10 66:21

hear 5:19 16:14
60:14 91:19
112:17 115:6
157:10 166:22

heard 24:25
60:6,15,17,21,24
61:2 82:25 84:11
136:15 140:12
153:21 158:7,9,11

hearing 82:13
168:11

Hell 145:16

helmet 65:9

help 117:22,23

helping 21:20

Henry 9:24,25
10:10,13,14
12:10,22,24 24:10
30:17,20,24,25
31:2,3,4 32:19
38:19,20 98:19

Henry's 12:25 13:3
39:5

hereby 190:6 191:9

Here's 185:7

herself 54:15

he's 13:9,10 46:7,14
61:25
62:8,10,21,24 63:3
78:24 108:9 109:2
139:20 152:12
153:17 172:6,7
177:2 186:13

Hi 43:23 44:4

high 83:10

hire 6:18

Hispanic 114:20

hit 10:24
11:2,6,10,15
15:6,7,9 18:18,19
19:6,20 62:12
63:14 64:2,16,17
66:23 69:3,5
79:12 83:24
85:14,17 86:10,20
91:4 92:11 95:17
105:16 109:2,4
138:14 139:12
143:9,13,15
156:15 157:19
161:12 164:11,12
165:2,5,6
169:19,23 170:23
186:4

hits 65:7 137:19

hitting 14:12,14
15:6 17:13,14
19:8 20:17,20
21:21,25 23:16,18
37:22,23 39:3
62:8,11,21,25
63:3,21,22 64:13
84:9 87:3 94:25
108:15 139:20,23
156:13 164:25
165:7
169:14,15,16
171:2 181:8

hold 21:22 86:21
158:3,7 184:25
185:2 186:25

holding 11:14
15:5,10,23
17:3,7,24 20:12
21:22 63:17 84:3
86:25 105:17,18
107:20
108:9,11,23 110:9
136:22 137:13
138:10 140:6

146:22 157:19,20
169:19 181:8

**home** 92:2,5,15
95:13 143:2,4
146:10 147:19
148:6,24 150:2,3,4
160:6,7

**homeless** 133:4,8
166:16

**homie** 98:8

**homosexual** 85:11

**hoodie** 3:4

**hope** 95:9,10

**hoping** 121:6

**horse** 123:15,17
124:4

**hospital** 9:21 22:3
24:12 28:9
29:17,22 33:21,24
77:2,3 83:14
90:8,19 95:20
120:4,6 139:3
142:16,25 143:19
144:8,9,15,17,18,2
0
147:6,10,22,23,24
148:15,17 149:23
150:12 153:21
165:11,16,18
166:2,9,11
172:22,25
173:10,16,17
181:25
182:11,13,14

**hotel** 132:13

**house** 9:9 24:20,21
27:12,15 30:5
45:7
46:14,17,21,23,25
47:18 48:6,9,10,20
55:8,23 61:23
75:11,21 80:24
81:24 91:15 99:25
100:10,11,16
102:23,24,25

103:5 104:14,15
107:13 113:9
116:15,23 118:21
119:4,24
122:5,8,10 123:4
127:6 134:16
136:17 142:15
143:3 149:23,25
153:19 159:20
166:24 171:16

**How's** 22:10 70:8

**hugged** 69:25 70:2

**hugging** 22:16,17,25
23:4 31:5,16 62:6
64:11 70:7,8,12,24
73:18 76:21
138:12 139:5,9
180:20

**huh** 8:10 15:22
17:19 19:25
20:8,23 23:2,13
24:15 26:16
27:8,18 29:2
30:11 33:5 34:5
35:22 45:11,20
52:16 53:15,25
54:12 55:16 56:24
57:6 59:19 60:12
79:8 80:20
82:3,11,18 87:23
88:7 89:23 92:3
93:2,7 101:12
105:22 106:18
112:11 113:3
116:8 117:15
118:25 119:16
120:20 121:15
122:6,12
123:10,23 124:17
126:3 128:14
129:22 130:24
131:18 133:6
139:7,15 153:24
155:24 156:18
164:8 177:20
178:12 179:21
180:6 183:6

**hurt** 22:4 144:9
145:4,5,8 147:13
149:7

**hurting** 163:25

———————
I
———————

**I'd** 169:10

**ID** 178:11,14

**I'll** 2:18 3:9,18
4:5,23 105:15
174:18 175:9,24
184:10 186:20
187:2

**I'm** 4:14,19,21,24
6:10 7:6,15 13:16
15:4,11 16:24
17:6,21 18:7 19:5
22:17 25:14,15
26:20,21 36:11
37:21 39:13,16
42:10 43:2 46:20
49:8,9,23 50:5
51:6 52:10 53:7
60:3 61:23 65:15
68:4,11 70:17
76:2,12 77:11
80:16 81:20 84:3
87:12,13 91:16
98:12 103:2
108:9,11,23
114:12,21 116:23
117:19 120:11
134:17 136:8,22
139:11 140:8
143:22 144:13
145:3,23
146:10,14
149:5,6,10,14,15
151:19 152:12,23
156:22,23 157:7
158:5,10,17,18
159:6
161:2,3,4,24,25
163:16,17,18
166:11
167:2,8,11,12
168:15 171:2,4

173:12 174:8,9
180:20,21 181:2,3
182:12 185:8
187:12

**inaudible**
2:11,23,25 3:2,22
5:8,22 7:13
8:13,20 10:21
13:10 44:2 46:24
48:8 55:18 66:6
77:15 83:15 84:10
100:7 101:2 111:3
113:22 120:5
122:15,25 129:9
130:13,17
131:12,25 144:12
145:22 146:2
151:8,13 155:25
175:8 182:22
183:21
184:12,21,23
186:2,14
187:2,18,22
188:2,6,8

**Inc** 1:24

**indicating**
11:8,12,16 14:15
15:10 17:15
18:2,20,25 19:9,22
20:11,13 21:23
22:9 23:19 30:8
31:5,13,19 53:7
62:14,19
63:8,13,18 64:14
67:6,10 69:19
70:14,18 76:22
86:23 87:18 88:11
89:20,22,25 90:6
91:6 108:10,19
109:12 110:10
138:11 139:11,21
156:24 158:21
169:17 171:3
186:6,10 188:13

**Indictment** 1:7

**information** 4:20

**injuries** 62:15 63:5

90:8 180:19
185:17

**inside** 2:16 38:2
53:5,6,7 151:11
183:8 188:10,11

**interpreter** 190:2,22
191:15

**Interview** 1:12

**invent** 71:5

**investigation** 121:5

**involved** 14:23
157:15 167:17

**iron** 9:17 62:22,24
63:15,22
64:18,20,22
65:12,13 66:24
67:11 69:3 91:5
92:12 109:8

**Islip** 1:24

**isn't** 77:17 96:14

**it's** 26:10,16 28:20
42:24 46:13 52:21
67:12 76:5,18
77:18,21 91:17
95:24 97:21
100:18 105:20
107:10 109:17
114:24 115:10
135:11,12 136:12
154:24 160:20,21
167:16 169:3
173:4 174:14
180:25 181:11
183:22 185:21

**I've** 68:16

---

**J**

**jail** 117:20 174:18

**jam** 151:16

**jeans** 2:19

**Jennifer** 42:22
50:8,10 51:21
52:25 53:14

161:16

**Jenny** 53:15,16
56:15,19 100:19

**Jimmy** 176:12

**job** 29:20,21 68:8
83:13 95:16
110:2,3,8 123:18
132:24 145:10
147:16,17
148:22,23
149:9,24
177:19,21 178:20

**jobs** 123:8

**Jocelyn** 55:13,15
96:5,7

**joda** 49:5

**Jose** 190:6,21
191:14

**judge** 105:12

**July** 5:7

**jump** 104:20

**jumped** 34:13,14

**jumping** 39:7 98:7
139:25

**jury** 105:13

---

**K**

**Karageorgos** 1:23
191:9,21

**Kathleen** 1:23
191:9,21

**kill** 25:9 153:13
167:12

**killed** 106:4,5
167:15,21,22

**killer** 181:3

**Kinkel** 5:14,15 7:24
9:4 44:17 45:2,5

**knew** 44:14 53:10
59:21 88:16
97:12,14,16
98:18,19

102:11,14,16,17
118:10 126:13
133:4,8 152:20

**knife** 73:20
74:15,17,20
75:15,18,19,22,25
76:2,6,9,16,24
77:7,9,12 79:5,19
83:3,19,22 85:3,4
86:3,7,8,9,12,15,1
7 93:24 94:2
105:10 110:13,17
112:21,23 113:5,6
133:19
135:14,20,23,24
138:20,21,22
140:15 142:13
143:3,5 157:14
160:11,17
161:5,6,7
163:13,14
168:7,12,14,17,21
169:7,8,17,24
171:20,21,24,25
172:9
173:14,15,17
181:14,20,23
182:2,5,7,10,13,16
,21

**knives** 173:19

**knock** 11:16
65:21,22 66:7

---

**L**

**la** 38:5 49:5 68:24

**language** 68:22

**last** 3:20 30:2
60:24,25 75:12
180:2

**late** 18:16

**later** 46:13 82:14
155:20

**laundromat** 130:2

**laundry** 124:11
125:11,15,24,25

130:5,8

**lawn** 172:6

**lawyer**
6:16,17,18,21
7:5,9,17 77:23

**le** 35:6 140:11

**leaning** 11:17

**least** 161:11 179:4,7

**leather** 184:6

**leave** 13:11,23
25:16,17 71:23
144:6 149:4

**leaving** 49:9

**lesbian** 13:12 18:6
55:17 85:12
97:7,8

**let's** 49:2,3 63:4
78:5

**letters** 116:22

**lie** 114:13 131:6
164:19

**light** 55:8

**lighter** 184:5

**line** 67:5,6 77:10
190:14

**Lines**
190:12,13,15,16,1
7,18,19

**listed** 191:13

**listen** 60:8 62:4
67:25
71:4,6,8,9,10
72:25 73:15 74:6
75:3,14 76:12,13
79:17,24 80:5,6
85:24 95:15
104:24 105:15
111:7 134:14
136:19 142:15
146:10 147:11,12
148:18 164:3

**little** 3:19 34:12

204

41:22 42:15,18
43:23 51:5 66:2,4
103:18 111:19
134:20 142:7
161:13 167:14

**live** 5:9,10,12,24 6:2
12:4,5,23 44:17,25
45:4 47:6 55:7
99:12,13,22
113:13 122:8
149:10 151:5,6

**lived** 8:25 9:7 46:25
47:7,10

**lives** 8:22

**lo** 110:4,5

**locked** 26:20,22
182:21

**long** 51:25 52:24
58:10 95:23
118:24 119:2,6,7
121:13,20 144:8
167:20,22 179:19

**longer** 179:22

**los** 40:20 51:14
140:10 170:19

**lot** 46:8 77:5 88:6
91:5 114:3,7
145:24 171:17

**Luis** 47:5

**lying** 115:19

---

**M**

**mad** 13:6 18:14
38:24,25
39:2,7,20,22 46:14
48:22 49:7,11
89:18 90:5 93:19
95:23 98:21
102:24 106:15,16
116:12,14,22
125:24 130:2
136:22,23 139:24
149:17 150:15,16
152:18 154:20,21
164:24 167:19

170:25

**main** 10:20

**major** 68:24

**male** 114:20
176:17,24 177:15
183:15,17,23
184:2,13
185:15,20,24
186:3,7,11,14
187:4,8,10,19,23
188:3,7,11,14,20,2
2,24 189:5,10

**man** 8:2 13:15 17:22
24:22 25:6,20,23
33:20 39:17 59:8
71:24 72:17 79:3
93:25 94:2,24
100:22 101:6
104:25 105:14
109:23 110:2,8
111:9 112:2,22
113:19
115:4,8,12,14,16,1
9 118:20 120:11
126:21 128:17
129:3 134:23,24
135:10 136:9
137:13,20
140:13,22 142:13
146:13,25 150:17
154:23 156:5,12
158:4 160:18
161:17,18 163:10
167:3
172:11,16,17,21
176:7 181:3

**mano** 107:8,9

**Marby** 39:4 41:23
43:13,15,17
52:12,15,16
55:3,4,7
56:6,20,21,22
57:10 58:18

**Marby's** 56:16 58:7

**matter** 111:18
160:20,21

**may** 6:14

**maybe** 73:5,6,9,10
74:10,11,14
76:2,5,7 86:11
99:9 101:15,18
103:22,23
105:6,7,9,10
110:18,21 114:24
138:20 164:17

**mean** 8:14 19:17
47:23 59:12 73:15
93:14 100:3 102:3
113:2 120:20
121:18 135:17
137:16,17 180:16

**means** 72:14 168:17

**Meanwhile** 178:20

**mess** 166:22

**metal** 14:4

**mi** 68:24

**middle** 9:8 29:3
38:6,21,23 47:14
88:17 119:12
159:8,14

**mind** 18:13 49:5
83:17 167:10

**minute** 102:21

**minutes** 111:2,12
142:24 157:2
187:7

**Mirley** 150:20,21,24

**Misael** 10:23 13:20
15:12,13,14,16,24
16:3,5,8,11,13,15,
21,23,25 17:4
18:8,15 20:16
21:18 22:19,20
23:15,23,24
24:3,8,15,20,21
27:11,14
30:9,12,16,20,24
31:6 32:3,17
39:21,25 70:3,8
75:21 76:13

78:13,14,23 79:15
80:18,21,23
81:5,6,8,16,18,19,
24 84:6,7,8,10,11
85:21 87:2 91:14
92:13 93:10,11,13
96:3 97:5
99:10,11,17
106:21,22
107:12,13,21
110:16 118:21
134:7,10,16
136:2,3
140:7,11,25
141:3,6,22,24
152:6 154:20
157:5,24 158:6,10
159:9 160:5,7
164:5 172:11,15

**Misael's** 113:9

**missing** 117:8
146:12,13

**mistake** 154:17

**mix** 67:24

**moha** 52:14 55:4,5,8

**Molino** 46:24 48:8
104:15 143:3

**mom** 5:25 27:24
48:5 177:10,11

**moment** 33:22

**money** 3:3,11,25 4:3
13:8 35:19 45:19
46:8 49:10 97:23
98:10,11,12 100:2
124:16,22 125:20
132:10,17
152:15,17,21
153:17 154:10,11
155:6,13 174:15
179:20,23,25

**month** 57:17
112:2,4

**morenos** 40:20
51:14

**motel** 179:11

**mouth** 118:9

**move** 18:19 44:21

**moved** 10:3
44:16,18,19

**murdered** 61:16
72:13,14

**myself** 23:8
94:15,19,22
115:18
117:6,11,24
126:17 167:2
180:2

---
N
---

**Nah** 16:20 40:25
41:4,7 44:9 107:5

**nailed** 14:11

**name's** 119:24

**Nancy** 42:11 54:3
96:14,16

**Nancy's** 42:13 54:4

**NASSAU** 1:2 190:5
191:6

**nasty** 35:9,13 98:4

**neck** 89:19 175:21

**necklace** 184:6

**neighbor** 127:11,12

**Nevermind** 4:5

**nickname** 55:6

**nigger** 12:24,25
13:3,4 18:9
43:15,16 76:14
78:25 79:2 93:14
96:3 98:20
99:8,14,15,17
106:23
107:16,17,22
141:16,19,20,21,2
3 142:22 152:7,13
154:20 155:5,8
172:11

**night** 7:23 8:16
38:14 39:13 42:25
44:8 46:13 55:20
81:23 82:4 83:11
87:22,25 92:2
98:15 112:9,14
119:13 127:24
129:11 134:8,11
140:24 141:4,8,12
156:9

**nights** 34:10

**nobody** 8:7,13 48:6
50:18,19 100:9
175:7

**NONE** 35:4

**nonstop** 71:21,23

**normally** 182:5

**Notary** 190:25
191:24

**nothing** 2:7,9 13:24
33:17,18,19,20
41:14 43:24,25
72:22 73:4 80:24
81:18 86:18 91:17
100:21,22
101:5,7,8 128:15
129:3,4 137:15
138:2 158:6,11
168:8 176:21
180:21,23,24
181:7 182:3

**November** 1:11

**nowhere** 13:18
47:24 48:2 98:9
164:4 168:4

**numb** 170:24

**NY** 1:24

---
O
---

**obviously** 80:9
105:2

**o'clock** 104:10

**office** 130:17

**oh** 26:11 49:20

53:19 55:9 66:3
91:11 137:20
143:15 146:25
176:25

**okay** 2:18,21
3:15,16 4:7,25 5:2
6:11,25 7:22
9:10,25 11:5,9
17:2 20:18 21:9
22:15 23:9 26:24
29:18 32:25
36:2,24 47:12
54:23 59:5 60:19
61:3 62:10 63:10
64:9 71:20 72:19
74:3 75:9 79:14
83:25 84:5 86:11
104:22 113:17
121:12 125:18
147:24
148:9,11,19
154:24,25 156:8
159:2 162:6
163:15 164:7
172:7 174:20
176:25
177:4,11,13
182:23
183:20,21,25
185:8,18,24
186:11,17,23,25
187:3,10,15,24
188:3,8,16,18
189:3,7

**old** 52:15

**ones** 89:11,15
157:23

**onto** 172:6

**open** 65:5 66:13,14

**opportunity** 68:2

**Oscar** 54:18,20

**outside** 37:14,21
46:14,16,20,23
149:15

**owe** 11:21 12:15
13:8 35:18,19

37:6 44:19,20
46:7 100:5

**owed** 11:22

---
P
---

**pack** 49:3

**page**
190:12,13,14,15,1
6,17,18,19 191:13

**pages** 133:11
190:8,10
191:11,15

**paid**
124:16,18,19,21

**pain** 172:25

**pair** 2:20 177:3

**pairs** 2:12

**pants** 2:13,20 3:5
88:22,24,25 89:5,7
176:25 177:3
183:8

**paper** 146:6,9 147:7
148:22 150:6,16

**papers** 184:5

**para** 23:20,21 35:4
68:24 108:13
140:4

**park** 40:15,16,19,20
41:20,21,23
50:8,13
51:10,12,15,21
52:2 53:6 54:21
100:20,22 101:6,7
104:4,7,11,13
132:4,5 161:21
162:2,5,8

**parked** 14:2 18:14

**parks** 179:11

**parque** 40:19 51:14

**particular** 104:19

**partner** 118:7

**part-time** 149:9

pas> 110:4,5

pass 13:18 74:17
  75:24 76:6,15
  79:4 83:21

passed 13:20,25
  18:10 38:6 74:14
  76:9 83:3 85:3
  95:24 97:5,7

passing 104:6

past 111:23 112:2,4

pay 6:9 10:5,15
  12:7,13
  13:4,5,7,16 18:13
  37:9,11,12
  44:15,16 46:2
  49:5 100:17
  124:16 125:9
  152:15,18 155:20

paycheck 130:13

Pedico 20:25 21:7
  23:21 39:11

Penn 132:5 176:10
  179:14

people 1:4 6:2 14:3
  18:15 24:11,17
  27:3 40:20 41:16
  49:16 50:2,3
  51:14 60:14
  71:5,13,17,20,21
  72:7,19 80:9
  100:7,9 106:14,16
  126:15 139:24
  156:7 162:11
  166:25 172:14
  182:19

Pepe 125:5,6,8,19

person 76:13 94:6
  162:19

phone 7:12,15 10:11
  12:12,21 13:7
  41:24 43:7,8,12,20
  52:11 55:11
  56:6,13,16,19,22
  57:10,18 58:2,7
  98:24

99:4,6,11,12,16
  102:6
  127:3,7,20,21,22
  128:2,6,7,8
  129:16,17 142:20
  154:8 166:21,22
  176:6 177:6
  184:10,11 185:9

phonetic 21:2 40:17
  46:25 52:14
  150:20

photo 188:5

physical 135:10

pick 143:5

pictures 185:17

piece 146:6,8,11
  148:21

pills 27:22 83:14

pipe 10:25 11:3,6,11
  14:4 15:6 17:14
  95:5

places 132:8

play 51:7 53:3
  104:2,7

playing 51:7 53:7

please 186:15

pockets 2:15
  176:20,22 177:4

point 61:15 73:7
  76:6 77:11,12
  83:5 104:22,25
  105:2 138:24,25
  139:2 146:13,14
  157:9 167:10
  168:13,14,15,21
  185:21

police 47:2 48:14
  90:19 102:24
  106:8 115:21
  129:19 130:2,10

portions 190:7,10
  191:12

possible 112:15,19

135:11,12
  181:11,13

prayer 184:5

present 6:17 7:17

pressing 49:15,16
  139:13,16

pretty 104:18
  133:3,7 173:20

Prix 151:2,3

probably 99:18,19
  109:15 118:18,19
  128:18 150:15
  153:12 165:3,4,5
  166:24,25

problem 8:4,7,12
  21:13 68:17 84:20
  116:4 134:4

problems 82:13

proceeding 190:8
  191:11

property 129:8
  183:17,21 185:8

Prospect 34:7

protecting 76:10

Public 190:25
  191:24

pull 3:5 183:12
  186:8,22
  187:11,13,14,15,2
  1 188:7

pulled 38:7 102:23

punch 86:19 92:13
  110:11

punching 31:7
  180:21

pushing
  107:22,23,24
  108:3,7

Q

que 110:4,5 140:10
  170:19

Queens 177:22

question 117:18
  121:10 136:11
  140:19

questions 6:12,17
  7:3 93:20 140:17

R

Railroad 40:18,21
  53:4 113:13,15

ran 32:15,17,19
  81:4 137:22,25
  159:11,24
  160:13,16 166:9
  179:20

reach 98:24

ready 189:3

real 8:20,22 51:19
  55:5 78:3 84:21
  178:11,14

really 27:13 55:5,13
  121:8 125:21
  179:2,3

reason 13:15
  37:7,10 97:15

reasons 77:5

receipt 3:18 176:22
  183:18 185:7

RECEIVED 170:21

recent 52:8,9

recording 190:7,11
  191:10

recordings 191:17

red 90:5

regular 88:24,25
  91:11 178:11

relation 58:11

remain 6:13

remember 36:23
  45:23 48:23 49:8
  59:2
  74:16,17,19,22

75:3,12,14,18
76:17 77:7
80:7,8,17 84:23,24
85:2,8,9,10,18,19,
20,21,23,24 86:2,4
89:17 96:20
105:7,9
112:7,8,13,14,20
118:11,21 119:8
122:22
127:8,15,17
134:15,25
135:3,5,7,9,12,13
138:16,19 151:14
159:7 161:7,11,12
168:5,23
169:2,5,6,10,12,14
,15,16,17,21,24
170:3,4,8,10,13,15
171:25
173:11,13,16,21,2
2,23,24,25
174:17,19
180:22,24,25
181:5,6,7,8,9,11,1
7,19,22

**respond** 18:17

**response** 5:4 6:8,22
8:23

**rest** 145:19 175:25

**rid** 74:20 75:14,18
89:4,5

**ride** 28:2,3 131:2
149:11,21

**rights** 4:19 6:10 7:2

**road** 53:4

**room** 2:4 4:9,11
111:14,16 128:3,4
143:12 144:2
145:2 148:7,10
174:23,25
175:17,19,23
176:4,15,18
177:15,17 182:25
183:3,16 184:14
185:4,6,11,13,15

187:5,9 188:24
189:2,6,11

**rooms** 179:12

**run** 27:11 32:23
80:3 92:14 118:4
120:25 158:14
163:18
172:5,7,8,10,12

**running** 24:6,19
30:6,16,17 61:7
71:21 75:4 158:19
159:6 172:11

————————
S
————————

**sat** 29:5 129:5,6,8
130:16 150:8

**Saturday** 39:10

**save** 16:6

**saw** 26:18 30:3 31:4
39:6,7 50:7,15,16
51:22 52:10
61:8,22 87:3
136:17 156:8
161:20 162:12

**scar** 62:18 67:8

**scared** 82:19,21
92:6 124:14
125:20,22
130:3,14 167:8
178:16 180:9,11

**scarf** 3:7,8 184:6

**school** 6:4,5 149:12

**screaming** 108:12

**screw** 9:15 14:8

**searched**
182:17,18,19,21

**seat** 3:9 177:4
186:19,25

**second** 18:19
65:23,25 66:4
110:23 111:5
177:8 186:19
187:2

**seeing** 159:7 170:11

**seem** 82:12

**seemed** 171:16

**seems** 44:7

**seen** 41:17 48:21
92:21

**self** 105:20,24

**sell** 12:3 21:3 34:25
44:12 100:8

**selling** 100:14

**send** 116:22

**sense** 68:7,21,23
72:11 108:25
111:8,10

**separate** 37:24

**separating** 15:25
16:2,4

**September** 7:24
57:23

**seven** 14:3,18,19
18:15

**shared** 127:6

**sharp** 2:9

**shell** 139:10

**she's** 100:24

**shirt** 37:15,18
87:22,25 88:20
89:5,17 90:2
186:8,13,22

**shit** 13:6 28:10
41:25 44:11 82:25
98:21 109:3
128:16 143:22
152:18 153:2
155:9,17 158:2
161:18 166:21
167:19 170:22
172:25

**shoes** 89:9

**shoot** 22:22
30:9,12,21,22,23

32:9,11 81:2
93:19
107:15,16,17
141:15,16,18,24,2
5 142:3 158:10

**shooting** 84:16,18
136:17 171:6,7

**shoots** 16:17 32:5
85:21 92:13

**shop** 42:8 59:3,4

**short** 147:25

**shorts** 2:24

**shot** 33:4,7
59:18,21,23,25
61:5 142:2 170:5
171:5

**shoulder** 90:6

**shoulders** 186:4

**si** 68:24

**sides** 107:2,3 186:18

**sidewalk**
159:12,15,16

**sign** 184:9

**silent** 6:14,20

**sister** 6:2 93:14,22
102:23 105:25
128:11,13,20
143:20 148:24
151:16

**sister's** 27:17,20
28:13 96:16
113:21,25 114:24
116:2 118:15
133:23,24 134:11
135:9 136:12
144:23 146:15
147:3,4,21,22,25
149:3 150:9,10
151:11 172:19

**sit** 20:15 28:24
64:17 100:11
112:16 114:16
115:5 120:11

129:17

sitting 95:14 96:6,9

six 104:11 156:4

skinny 55:8

sleeping 123:12
132:3 179:11

slow 4:23

smashed 65:5

snitch 49:18

soaked 135:8

soda 4:6

soft 66:24

softer 66:2,4

somebody 7:9 9:19
10:2,4,14 24:16
68:10 73:22
74:14,17 75:24
76:6,15 79:4,18
83:3,9 85:3 99:16
105:9,10 106:9,22
109:15,18 118:19
167:12,14,16
173:13

somehow 18:13

someone 83:21
135:3,5 164:21
171:24

somewhere 14:2
67:13

son 23:19 81:19

sorry 7:6 17:6
39:13,16 48:25
98:7,9

south 1:24 49:17

Spanish 68:10,25
190:8,22 191:14

speak 4:17 5:18
7:7,16,18,19 68:10

spoke 41:22 42:2

ss 190:4 191:5

stab 59:16 72:22

87:15 93:3,18
105:7 138:9
168:18 171:22

stabbed 60:18,24
61:25 70:20
78:7,10,23 92:17
93:6,9,12,16 94:6
105:6,8,9 112:20
113:25 135:3,5,13
137:4,17 138:16
142:5 157:4
162:19 163:21
164:15,21
172:7,15
173:10,14 174:5

stabbing 77:13
84:24 106:9
137:11 169:25
173:22 181:7

staggering 164:2

stand 2:5 18:4 63:6
185:18
186:15,21,23
189:4

standing 18:9 23:14
30:4 43:2 108:9
162:17

start 37:23 45:19
147:23

started 9:18 11:13
14:12,14 15:24,25
16:3 17:11 19:8
20:17,20 24:6,19
31:7
37:15,18,22,23
38:10,11 39:2
49:6,7 73:3,6
75:25 84:9
86:5,6,7,9 98:3
106:9
149:17,19,20
151:25 152:3
153:11 156:13
159:13 163:22
164:25 165:6

state 1:2,4 25:17

166:14 190:3
191:4

statements 6:14

station
131:7,9,10,11,13
132:6 176:9,10
179:15

stay 16:19 24:22
119:3 147:13

staying 118:22

stick 95:5 108:5
168:10

stitch 66:18

stitches 66:20

stomach 108:10

stop 15:11
23:19,20,22
31:10,15 64:14,15
86:17 108:12
140:3 147:15
148:13,25 149:2

stopped 34:14,22
38:18 42:4
153:22,25 154:3

stopping 146:16
147:18 148:2
180:4,7

store 33:23,25
34:2,4,23 38:25
95:25 98:2,3,8

story 27:3,4
68:3,5,21 71:5
72:10,11 78:3
93:23 105:6,11
118:2 133:15,17
138:8 166:20
167:3 180:11

straight 116:20
117:2 160:3
186:23

street 7:24 44:24
45:3 47:14,21
48:20 95:14
123:13 153:19

154:20
159:9,12,14,17,19

strong 164:7

struggle 85:19

stuck 104:19 137:17

stuff 15:13,25 29:21
44:3 48:15 87:18
105:11 111:7
175:3,25 178:3
179:11 186:4

sudden 45:19 97:22

sue 29:23

summer 58:16

supposed 179:5,15

supposedly 11:20
12:14,20 13:7
15:18 43:19
44:21,23 45:25
62:10 84:14
107:18 116:12,22

sure 30:25 40:11,14
92:10 136:9
138:23 152:11,12
156:10 161:14
174:4 176:20

surrender 123:5

Suzanne 1:24

sweatshirt 2:21

sweet 143:23

swollen 165:7

Sworn 190:22
191:21

_____
T
_____

taking 37:15,18
103:22 143:22
149:13

talk 4:6 6:16,21 7:23
37:12,14
39:10,11,21,24
52:25 77:22 106:3
120:12 123:3,6
140:20 141:6

175:9

**talked** 15:16 30:20
40:3,4 50:3 96:18
131:5 140:24
141:7

**talking** 4:22 8:8,11
10:22 13:6,13,20
18:6,8 36:13
42:10 43:2 53:25
55:9,21,24 62:16
68:11,13,15 96:23
97:7,8 98:21,22
103:3 111:21
152:25 155:9

**te** 170:19

**telephone** 103:22
126:8 127:5

**ten** 109:6,7 142:24

**tend** 4:22

**terms** 109:23

**test** 114:17,18 162:9

**testing** 114:22,23

**Thank** 188:21

**that's** 2:9 3:13,23
4:19 6:2 7:10 10:9
16:7,10,12,21
21:2,12,17 24:22
25:14,22,23,24
28:11 33:2,13
37:7,10 40:8,10
42:2 44:7,14,16
45:22 49:10 54:8
55:16 56:14 59:8
60:3,20,21,22
61:17,20 65:14
68:21 69:7,16
71:21 73:14
75:11,12 76:2
79:15 83:20 89:16
91:14 95:16,17
96:15 97:4,5,6
98:18 99:15
103:17,18
105:11,17 107:6
108:12,13

110:5,19,20
111:6,7,8 112:22
113:23 131:22
133:20 134:4,24
135:4,10,14 137:4
138:8 140:5,17,19
141:15 142:19,23
147:9 148:4,14
152:22 154:7,24
155:9 156:12
157:6,9,10,13,22
158:8 159:3,8
165:2,24,25
169:10 171:7
172:2 173:15
174:14 178:22,23
180:21,22,23,24
181:9 184:7
186:16,19,24
187:15,25 188:17

**there's** 28:15 29:13
35:4 71:4,12,17,19
72:7,16,17 106:25
114:3,7 138:4,5
142:10 145:23
146:14,19 162:19
169:20,21

**they're** 13:22 18:11
26:21,22 117:13
122:24 156:10
162:3,12,18

**they've** 114:22

**threw** 49:4 88:4

**throw** 31:12 86:21
88:2

**throwing** 74:20
154:21

**till** 88:16 104:11
119:21 179:22

**tip** 22:14 29:23

**tire** 9:16,17
62:22,24 63:15,22
64:18,20,22
65:12,13 66:24
67:11 69:3 91:4

92:12 109:7

**tires** 14:8

**today□a** 140:9

**today** 178:6,8

**tool** 42:8 59:3,4

**top** 15:6 37:23
69:10,13,22

**totally** 168:13

**towards** 171:16

**train** 131:10,11,13

**transcribed** 191:10

**Transcriber** 1:23
191:2,20

**transcript** 1:12
190:11 191:16

**translated** 190:7,11
191:13

**Tricky** 10:8 13:5
44:12,13 45:25
47:6 104:16
142:21 155:11

**tried** 16:4 21:23
90:9 158:2

**truck** 13:18 14:2

**true** 5:2 18:14
76:2,5 157:13

**truth** 9:13 25:21
33:15,19 76:11
84:17 86:19 92:8
95:6 103:16
115:11,12,13,16
118:8 134:23,24
135:2,4 160:25
161:3 162:3,13
173:6

**try** 19:22 25:12
31:10 34:14 69:8
84:8 86:21 98:23
115:13 133:22
140:7 167:11
178:20 179:2
187:24

**trying** 25:13,16,18
33:14 47:4 64:12
70:9 73:16,18,23
74:2 76:3
77:13,14 79:25
108:4 109:14,17
110:15,19,20
112:6,8,13 120:11
134:25 135:23
136:9 139:11
151:16,17 172:20

**t-shirt's** 91:3

**Tuesday** 7:23 46:13

**turn** 2:8 19:6,7,12
26:5,15 69:7
111:19 115:18
117:3,6,11,24
118:5 126:16
133:14 166:18
167:2 176:25
180:2 188:14,15

**turning** 26:3 116:7

**Twelfth** 6:6,7

**twelve** 125:16

**twice** 40:9 69:5
83:24 85:14,17
102:11 104:4,6
105:16 108:17
109:8

**twist** 115:13,15

**twisted** 173:3

**typewritten** 190:9
191:15

---
U
---

**Uh-huh** 43:4 64:19
65:2

**Ulises** 1:8,13
2:3,7,11,14,17,22,
25 3:12,16,22,25
4:3,14,25
5:3,4,7,10,12,14,1
6,17,22,25
6:6,8,22,24
7:4,8,12,18,21

8:2,5,10,13,17,19,23
9:2,4,8,12,18,24
10:2,13,20
11:4,7,10,20,24
12:2,11,19 13:3
14:7,10,18,21,24
15:3,18,22
16:9,12,16,20,23
17:2,8,12,19,21,25
18:5,24
19:4,12,16,20,25
20:4,8,12,16,19,23,25 21:7,11,16
22:6,12,17,19
23:2,5,8,10,13
24:9,15,25
25:5,8,11
26:4,7,13,16,25
27:8,11,14,18,21,24 28:8,14,17,20,23
29:2,7,10,13,19
30:4,11,14,21
31:18,22,25
32:3,6,9,11,14,16,18,20,24
33:2,5,8,10,13
34:5,8,11,18,21
35:11,14,22,25
36:3,8,11,15,18,22,25 38:15,19
40:2,5,8,10,13,16,19,23,25
41:4,7,10,13,18,21
42:11,15,18,20,23
43:4,10,13,15,19
44:9,15
45:2,5,8,11,13,20,22
46:9,11,16,20,24
47:5,9,12,15,19
48:4,13,18,21
50:5,10,14,17,25
51:4,10,13,18,22
52:3,5,9,16,19,23
53:2,12,15,17,21,25
54:5,9,12,15,19,22,24 55:16,21,24

56:2,4,17,20,24
57:6,9,14,18,24
58:2,9,13,17,20,24
59:6,12,15,19,22
60:3,6,12,15,20,25
61:4,9,13,19,22
62:3,5,9,12,17,23
63:2,7,11,16,20,23,25
64:4,7,10,19,21,24
65:2,6,10,14,18,21,25
66:5,11,16,19,21,25 67:5,9,12,17,20
68:4,9,12,18,23
69:5,11,14,18,21
70:3,5,9,13,17,22,25
71:2,3,4,7,11,14,16,18,23
72:5,8,21,25
73:3,8,11,14,22
74:3,9,13,16,21,24,25
75:2,3,6,10,13,16,20
76:4,7,12,17,19,21,25
77:6,8,15,18,22
78:2,8,11,15,19,21,24
79:5,8,11,15,20,24
80:5,11,15,20,23
81:7,11,14,17,24
82:3,7,11,14,18,21
83:8,12,19,23
84:2,6,20,22,25
85:5,9,13,16,23
86:3,8,12,16
87:7,9,14,20,23
88:2,5,8,13,21,24
89:2,6,10,14,23
90:2,9,13,16,20,24
91:7,10,20,23
92:3,6,18,21
93:2,7,10,13,17
94:8 95:15,19,22
96:7,11,14,19,22
97:16,20 98:17,25

99:3,7,23
100:3,6,21
101:2,5,12,15,18,2 2 102:3,7,10,16,20
103:8,12,16,23
104:3,23
105:4,15,22,25
106:13,18,21
107:5,12,25
108:4,8,18,22
109:6,9,22,24
110:4,9,19
111:3,17,22,25
112:6,11,16,21
113:3,6,11,14,18,2 2 114:2,5,8,11,16
115:3,10,15
116:5,6,8,11,14,17,21
117:5,10,15,18,23
118:6,10,14,17,25
119:3,8,12,16,18,2 0
120:2,5,9,11,13,20,24
121:6,14,16,19,22,24
122:3,6,9,12,14,18,21
123:7,10,13,18,23
124:2,7,11,17,20,2 3,25
125:5,7,10,16,19,2 3
126:3,6,9,11,20,24
127:2,9,12,16,19,2 1
128:5,8,11,14,22,2 4 129:2,9,13,22,25
130:19,24
131:4,7,9,12,14,18,21,25
132:4,7,11,15,19,2 3 133:6,9,20,25
134:2,3,6,9,12,14,15,21,24
135:6,16,19
136:14,21
137:2,6,8,12,20,23

138:2,4,7,18,22
139:2,7,10,15,18,2 2 140:19
141:2,5,9,12,14
142:6,11
143:8,13,17,20
144:3,11,16,21,25
145:6,9,13,16,21,2 5 146:5,8,18,21,25
147:5,16,19
148:3,6,10,12,18,2 0 149:25
150:4,13,20,22,25
151:4,7,12,15,19,2 3 152:2,6,10,12,22
153:5,8,20,24
154:3,7,15
155:4,24
156:12,18,22
157:6,9,12
158:15,24
159:3,13,18,22
160:2,5,17,23
161:2,17,22
162:4,7,14,21,25
163:3,9,11,13,15,1 6,20,23
164:3,8,16,23
165:14,17,20,23
166:5,10,19
167:24 168:16,23
169:3,6,18,22
170:6,9,12,14,16
171:11,13,18,21
172:2,4,10,16,20
173:12 174:2,6,16
175:4,7,12,14
176:7,9,11,15,17
177:6,10,12,19,21,24
178:5,9,12,15,19
179:4,7,13,17,21,2 4 180:6,9,15,20
181:6,12,18,23
182:6,12,16
183:4,6,9,11,14
184:12,18,21,23
185:11,12,16,23
186:2,5,9,17,24

187:10,18,22
188:2,6,9,12
189:10
**Ulises's** 43:7,8
**Ultimately** 7:14
**Um-hmm** 2:22 32:6
57:14 131:4
143:10
**uncertain** 83:6
**uncomfortable**
129:21
**uncuff** 2:6
**underneath** 2:24
177:3
**understand** 4:23
6:13,21 72:13
73:15 79:3 90:23
114:7 115:4
140:11 168:20
170:20
**understanding**
68:17
**unidentified**
176:17,24 177:15
183:15,17,23
184:2,13
185:15,20,24
186:3,7,11,14
187:4,8,10,19,23
188:3,7,11,14,20,2
2,24 189:5,10
**upset** 117:2
**upstairs** 127:5,9,10
145:2 148:21

V

**verbal** 5:4 6:8,22
8:23
**Vickie** 41:24 55:12
56:8
**video** 37:20
**videos** 37:20
**visit** 124:4

**vos** 35:4

W

**waist** 108:10
**wait** 144:5 149:8
**waiting**
46:14,16,17,20
149:4,14
**walk** 33:24 82:4
119:20 137:18
**walked** 113:12
144:14
**walking** 30:5 33:22
34:3 38:16
61:8,12,22
113:11,18 130:8
136:17,18
144:13,17 147:23
149:19,20
158:24,25 159:8
170:4 171:16
**walks** 172:6
**warrant** 116:23
117:7
**warrants**
116:11,12,14
117:4 166:18
178:15,18
**wasn't** 8:5 20:4,5,10
24:9 25:15 33:4,7
40:14 44:11,22
52:7,9,19,20 54:17
59:18,21,23,25
65:10 69:6
79:2,12 97:13
99:7 117:23
127:19 137:17
148:14,15 152:10
158:6 161:15
166:5 174:12
179:13,17
180:10,11 182:2
**waste** 58:4
132:19,22 149:12
**watch** 10:23 13:21

18:11,15,16,17
21:19 97:6 103:25
104:7 183:19,20
184:19 188:15
**watching** 126:8
129:18
**water** 177:5
**wearing** 65:8,9
87:22,25
**weed** 47:24
**week** 36:22 121:24
180:2
**weeks** 52:3,4,5
57:19,21
58:21,22,24,25
59:7 121:22,23
**we'll** 3:10,19 4:6
110:25 174:20
187:6
**we're** 31:2 74:2
77:13,14
104:18,20 116:3
118:8,9 120:19
121:4 126:7
140:18 151:16,17
**Westbury**
5:21,22,23 182:18
**we've** 15:16 50:3
**whatever** 7:11 10:17
162:9
**When's** 3:20
**where'd** 130:22,25
131:16,19
**where's** 67:8 139:6
**whether** 62:2 77:8
83:6,17 85:3
133:18 135:3,5
137:3,10 138:16
**white** 89:11,16
114:20 150:25
**whole** 9:18 22:13,14
29:20,23 31:4,14
37:10 62:19 67:6

82:4 83:20,23
89:19,20 95:10
106:14 109:10
115:23 120:13
136:8 140:22
141:6 146:11
153:11 165:7,9
169:7 170:22
178:4,23
**Who's** 20:21,24
55:15 150:18
177:18
**whose** 114:19
**willing** 7:2
**window** 130:18
**wish** 6:19 174:16
**Witness** 190:20
191:19
**witnesses** 71:20
72:16,18 106:12
138:5,8
**work** 22:5 77:5
88:18 104:9
124:25 143:7
144:6,23
145:2,4,12,13
146:2
147:12,13,14
148:20
**worked** 145:19
**working** 146:3
**works** 184:10
**worth** 21:6
**wrap** 146:8
**wrapped** 146:6
**wrestle** 18:24 19:22
21:23 31:11 64:13
**wrong** 37:17 156:10
164:9

Y

**Yellow** 133:11

yet 145:18

yo 10:8,23 13:14,21
  18:10 21:19 22:20
  23:19,20 24:3
  30:17 31:6 35:2,6
  39:12,23 49:8,23
  52:12,13 55:2
  64:14 80:6,17,25
  94:18 97:6 98:10
  100:17 102:25
  108:12 140:3,4
  149:16 150:17
  158:3,4,10

YORK 1:2,4 190:3
  191:4

you'll 3:17 7:15
  176:22

yours 28:19 114:24

yourself 26:3,6,15
  80:16 94:18
  105:13 116:7
  117:3 118:5 123:5
  133:14 147:13
  166:15,18

you've 6:20 71:21

_____
Z
_____
zoom 15:7 66:8
  86:24 161:13

zooming 169:23